UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIC HINES,
    PLAINTIFF,

v.

GARY M. LANIGAN, ET AL.,
    DEFENDANTS

CIVIL ACTION NO: 23_____

CERTIFICATION

ERIC HINES #663508
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD
BRIDGETON, NJ 08302

I, ERIC HINES, OF FULL AGE, PLAINTIFF IN THE ABOVE CIVIL ACTION CASE, HEREBY CERIFY THAT:

(1)

I AM THE ABOVE-NAMED PLAINTIFF, AND I MAKE THIS CERTIFICATION IN SUPPORT OF MY MOTION TO DETAIL AND ESTABLISH ADMINISTRATOR, INMATE INQUIRY COORDINATE, MEDICAL DEPARTMENT, AND STAFF MEMBERS IN SEGREGATION, ARE HINDERING MY ABILITY TO HONOR THE LAW BY HIDING INMATE INQUIRY SUBMITTED, DISPLAYING THEM THOUGH CELL WINDOW BUT IN RETALIATION NEVER GIVING REDRESS.

(2)

I AM CURRENTLY SUBMITTING SAID COMPLAINT Pro Se, PLEASE NOTICE THE DETAIL ACCOUNT OF SUBMITTING PROPER INMATE INQUIRY, ADMINISTRATIVE APPEAL, AND MEMORANDUM CONFIRMING MY DILIGENCE, AND UNDERSTAND PRISONER LITIGATION REFORM ACT. PLEAS NOTICE EXHIBIT A-3 SUBMITTED IN COMPLAINT, MEMORANDUM DATED NOV. 6, 2014 CONFIRMING PRISON OFFICIAL IMPROPERLY ADDRESS ADMINISTRATIVE APPEAL. COMPLAINT DETAILED ADMINISTRATIVE PATRICK A. NOGAN, INFORM ME IN PERSON NO OTHER ADMINISTRATIVE APPEAL WILL BE ADDRESS ON MATTER DENYING MY RIGHT TO FURTHER LITIGATE MATTER.

(3)

PLEASE TAKE NOTICE OF EXHIBIT A-1 IN COMPLAINT, WERE INMATE COORDINATOR CONFIRMS GRIEVANCE FORM RECEIVED AND TRACKING

ASSIGNED CASE NUMBER 14-08-0002 WHICH WASN'T ANSWERED OR BUT WAS INFORM TO STOP INQUIRING BY PATRICK A. NOGAN.

(4)

PLEASE SEE EXHIBIT A-5, I SUBMITTING MATTER TO OMBUDSMAN AND CONFIRMS IT WAS BROUGHT TO ADMINISTRATON ATTENTION TO KNOW AVAIL, STILL NOTING "INMATE INQUIRIES, ADMINISTRATIVE APPEAL STILL FALL ON DEAF EARS.

(5)

HERE I WILL DETAIL MY ATTEMPT TO EXHAUST REMEDIES:

1. EXHIBIT A-2, ADMINISTRATIVE APPEAL DATED 1/7/2014, REQUESTING FINAL DISPOSITION, COMPLAINT DETAIL ADMINSTRATOR MR. NOGAN RESPONSE.
2. CONFIRM INMATE INQUIRY WAS SUBMITTED, DETAIL IN COMPLAINT AGAINST SCO. MARVIN. EXHIBIT D-1
3. SEE EXHIBITS D-2, D-3, D-4, CONFIRMS ATTEMPT TO OBTAIN SIX MONTH, SIGNATURE TO ACCOUNT STATEMENT.
4. INMATE INQUIRIES, EXHIBIT D-5 IS DOCUMENT MS. FAIRSTEAD PRESENTED AT CELL WINDOW ON ACSU C-POD CELL 1026, RETALIATORY ACT, HIDDEN AND KNOW RESPONSE FORTHCOMING. EXHIBIT D-6 SUBMITTED BE- DETAIL ACTION IN COMPLAINT.
5. EXHIBIT D-7, REQUEST REDRESS TO "LIPITOR" AND EXHIBIT D-8 IS PROCEDURE WAS PERFORM WITHOUT CONSULT OR EXCLAMATION.
6. ADMINISTRATIVE APPEAL EXHIBIT D-9 SUBMITTED BECAUSE OF MS. FAIRSTEAD RETALIATORY ACTS WITH EXHIBIT D-5, D-6. IT'S WORTH NOT- A HUNGER WAS HELD LAST YEAR KIOSK WAS TO BE INSTALLED IN JAN, 2017 TO KNOW AVAIL.

PLEASE UNDERSTAND I'M OPEN TO ANYTHING THE COURT WISHES ME TO DO, BUT BECAUSE OF PLAINTIFF DILIGENCE, EXCEPT COMPLAINT AND SIX MONTH STATEMENT GIVEN TO ME EVERY FIFTHTEENTH OF THE MONTH OF COURSE ACCOUNT STATEMENT OR DOCUMENT ISN'T ENCLOSED FOR REASON STATED. ALSO INMATE IS IN WHEELCHAIR SEVERE DAMAGE TO RIGHT SHOULDER, SIX MONTHS TO WRITE COMPLAINT DO TO PHYSICAL INJURY.

I DECLARE UNDER PENALTY OF PERJURY THAT I AM THE PLAINTIFF, AND THE INFORMATION IN THIS PETITION IS TRUE AND CORRECT I UNDERSTAND THAT FALSE STATEMENT OF A MATERIAL FACT MAY SE-

RULE AS THE BASIS FOR PROSECUTION FOR PERJURY.

DATE 3/26/2017                    Eric Hens