Eric Hines #663508
South Woods State Prison
215 Burlington Road
Bridgeton, N.J 08302

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 APR 26 P 3:24

Clerk, United States District Court
P.O. Box 2797
Camden, NJ 08101

Re: Civil Complaint, Gary M. Lanigan, et al

Dear Mr Clerk,

Please find enclosed 15 copys of complaint, ~~affidavit of and account certification document with signature~~ not enclosed, neither is document requiring signature from Prison Official. Enclosed Inmate Inquirys, Administrative Appeals, which is explained in certification, of hurdles in which inmate in wheelchair can't over come.

Because of retaliatory act, hidden grievance and total disregard for First Amendment rights, file said complaint, stamp one copy file and return to address of inmate. And any request or order the court wishes for me to do. Hopefully, with courts assistance a response to Inmate Inquiry and Administrative Appeals will be addressed. Thanking the Clerk and Court for all of your anticipated help in stated matter.

CC: File

Date 3/26/2017                    Eric Hines