Form IRSF-100

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

**SWSP-010423**

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

FIRST SUBMIT

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**

Did you file an informal complaint about this issue? Yes ☑ No ☐ If so, with whom? 12/29/16, MEDICAL Date: 12/23/16

Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)

INMATE'S NAME (NOMBRE): ERIC HINES SBI NUMBER (NUMERO DE SBI): 146793B DATE (FECHA): 1/26/17

INSTITUTION: SWSP (INSTITUCION) HOUSING UNIT: ASU G-RD 1026 (UNIDAD DE VIVENDA)

*****PLEASE RETAIN PINK COPY FOR YOUR RECORDS***

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ADA** | ☐ | **Custody** | ☐ | **Mailroom** | ☐ | **SID** | ☐ |
| **Administrative Offices** | ☑ | **Education** | ☐ | **Medical/Dental/Mental Health** | ☐ | **Social Services** | ☐ |
| **Business Office** | ☐ | **Food Service** | ☐ | **Parole** | ☐ | **Visits** | ☐ |
| **Classification** | ☐ | **Law Library** | ☐ | **RCRP/Comm Programs** | ☐ | | |

State Your Grievance (Who, What, Where & When) ON 12/29/16 JENNIFER FAIRSTEAD BRING INQUIRY 12/23/16 TO WINDOW IN CELL STATED, "STOP COMPLAINING ABOUT YOUR SHOULDER, YOU REFUSED SECOND OPERATION OF DR. MILLER, SO I'M STOPPING YOUR PAIN MEDICATION. NOW YOU EITHER SUFFER IN PAIN OR HAVE SECOND OPERATION. MS. FAIRSTEAD HAS REFUSED TO ADDRESS INMATE INQUIRY SHE DISPLAYED AT CELL WINDOW.

PART (PARTE 2): No action taken on this form, DOC Redirection form issued with paragraph(s)#____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s)#____ indicado(s).]

CASE NUMBER: (NUMERO DEL CASO) YEAR [AÑO] MONTH [MES] CASE NUMBER [NUMERO DE CASO]

RECEIVED BY: (RECIBIDO POR) DATE FORWARDED TO DEPT. (FECHA EN QUE SE ENVIO AL DEPARTAMENTO) DEPARTMENT (DEPARTMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

STAFF SIGNATURE (FIRMA DEL PERSONAL) DATE (FECHA) SIGNATURE OF ADMINISTRATIVE DESIGNEE (Firma del La Persona Administrativa Correspondiente Designado Por El) DATE (FECHA)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINDA):

ADDITIONAL ATTACHMENTS:____
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado) DATE (FECHA)

Form IRSF-101 **NEW JERSEY DEPARTMENT OF CORRECTIONS** **SWSP-010421**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

## INMATE GRIEVANCE
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☑ No ☐ If so, with whom? MEDICAL DEPT Date: 12/5/2014
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)
INMATE'S NAME (NOMBRE): Eric Hines SBI NUMBER (NUMERO DE SBI): 146973B DATE (FECHA): 1/7/2014

INSTITUTION: EJSP HOUSING UNIT: 4DW-1-4
(INSTITUCION) (UNIDAD DE VIVENDA)

*******PLEASE RETAIN PINK COPY FOR YOUR RECORDS***

TYPE OF GRIEVANCE (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ADA** | ☐ | **Custody** | ☐ | **Mailroom** | ☐ | **SID** | ☐ |
| **Administrative Offices** | ☑ | **Education** | ☐ | **Medical/Dental/Mental Health** | ☐ | **Social Services** | ☐ |
| **Business Office** | ☐ | **Food Service** | ☐ | **Parole** | ☐ | **Visits** | ☐ |
| **Classification** | ☐ | **Law Library** | ☐ | **RCRP/Comm Programs** | ☐ | | |

State Your Grievance (Who, What, Where & When): DR. [illegible] INFORMED ME MEDICAL SNEAKERS WERE DENIED BUT WON'T ADDRESS MATTER ON INMATE INQUIRY DATE 12/5/14. MR. NOGAN MEMORANDUM DATED 11/6/2014 MOTION NO. M-002517-13 MOTION FOR REMAND RE: MEDICAL SNEAKER DR. WOODWARD REFUSED CITING COST. THEIR REFUSAL TO ADDRESS INMATE INQUIRY ENTITLES ME TO ADMINISTRATIVE APPEAL FINAL DECISION IN ORDER TO FURTHER COMPLAINT

PART (PARTE 2): No action taken on this form. DOC Redirection form issued with paragraph(s)# ______ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s)# ______ indicado(s).]

CASE NUMBER: ______
(NUMERO DEL CASO) YEAR [AÑO] MONTH [MES] CASE NUMBER [NÚMERO DE CASO]

RECEIVED BY: (RECIBIDO POR) DATE FORWARDED TO DEPT: (FECHA EN QUE SE ENVIO AL DEPARTAMENTO) DEPARTMENT: (DEPARTMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):

STAFF SIGNATURE (FIRMA DEL PERSONAL) DATE (FECHA) SIGNATURE OF ADMINISTRATIVE DESIGNEE (Firma del La Persona Administrativa Correspondiente Designado Por El) DATE (FECHA)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINDA):

ADDITIONAL ATTACHMENTS: ______
(DOCUMENTOS ADJUNTOS ADICIONALES)

INMATE'S SIGNATURE (Firma Del Confinado) DATE (FECHA)

EXHIBIT D-1

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION** (marked with asterisks)
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

**SID**
- K/S
- PC
- STG
- Visitor Ban

**VISITS**
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

**OSAPAS**
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

**THIS SECTION TO BE COMPLETED BY INMATE**

**Inmate Name:** ERIC HINES **Date:** 3/29/16

**State Number:** 663502 **SBI#:** 146993B

**Housing Unit:** ECU-2 **Work Detail Hours:** N/A

**REQUEST:** "CRUEL AND UNUSUAL PUNISHMENT TO DISABLE INMATE"

F3 Continuing Nurse cleared inmate for PHD in "D" Building on 3/21/16. But nurse refused inmate request for clean diapers & medical equipment to clean himself. Second page over

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:** ______

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

EXHIBIT D-3

# NJDOC INMATE INQUIRY FORM

Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- Housing Status
- Program Removal
- Reinstate Contact Visit

**BUSINESS OFFICE**
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- Statements

**CLASSIFICATION**
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

**CUSTODY**
- Cell Moves
- General
- Housing Unit Issues

**CUSTODY / MAILROOM**
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

**EDUCATION / LAW LIB**
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies
- X SIX MONTH ACCOUNT STATEMENT SIGNATURE

**FOOD SERVICES**
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

**PAROLE**
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

**RCRP COMM. PROGRAMS**
- Denial of Program
- Eligibility Criteria
- Status of Application

**RELIGIOUS SERVICES**
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

**SOCIAL SERVICES**
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

**SID**
- K/S
- PC
- STG
- Visitor Ban

**VISITS**
- Denied Visitors
- Ex-Offender Visits
- Issues at Visits

**OSAPAS**
- Living in Balance
- N/A and A/A
- Engaging the Family
- RPP

**THIS SECTION TO BE COMPLETED BY INMATE**

**Inmate Name:** ERIC HINES **Date:** 12/20/2016

**State Number:** 663508 **SBI#:** 196493B

**Housing Unit:** MCSU PROP 102 **Work Detail Hours:** LOCK UP

**REQUEST:** SECOND REQUEST. PLEASE SEND SIX MONTH ACCOUNT STATEMENT AND ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL AND RETURN.
THANK YOU

**FOR OFFICIAL USE ONLY**

*(PARA USO OFICIAL SOLAMENTE* - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:**
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

EXHIBIT D-2

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies
- [X] 6 month statement
- [ ] Document signed

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [ ] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### SID
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** Eric Hines **Date:** 11/15/2016

**State Number:** [illegible] **SBI#:** 141693B

**Housing Unit:** ACSO [illegible] **Work Detail Hours:** Lock up

**REQUEST:** PLEASE SIGN ATTACH DOCUMENT AND RETURN WITH SIX MONTH ACCOUNT STATEMENT

### FOR OFFICIAL USE ONLY

*(PARA USO OFICIAL SOLAMENTE* – NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:**
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

EXHIBIT D-4

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

**BUSINESS OFFICE**
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

**CLASSIFICATION**
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

**CUSTODY**
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

**CUSTODY / MAILROOM**
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

**EDUCATION / LAW LIB**
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies
- [X] PRISON OFFICIAL SIGNED
- [ ] 6 MONTH STATEMENT

**FOOD SERVICES**
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- [ ] Class Sign-up / Completed Programs
- [ ] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

**PAROLE**
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

**RCRP COMM. PROGRAMS**
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

**RELIGIOUS SERVICES**
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

**SOCIAL SERVICES**
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

**SID**
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

**VISITS**
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

**OSAPAS**
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

**THIS SECTION TO BE COMPLETED BY INMATE**

**Inmate Name:** ERIC HINES **Date:** 1/26/2017

**State Number:** 663508 **SBI#:** 146993B

**Housing Unit:** ACSU C-Pod 216 **Work Detail Hours:** SEGREGATION

**REQUEST:** THIRD REQUEST. ON 1/25/2017 RECEIVED NEED DOCUMENT FROM CLERK UNITED STATES COURT TO ESTABLISH A TRIAL. PLEASE SIGN ATTACHED DOCUMENT ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL WITH A SIX MONTH STATEMENT OF ACCOUNT ATTACHED

**FOR OFFICIAL USE ONLY**

*(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)*

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:**

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**

(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-10

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

EXHIBIT D-6

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [x] Concerns THROUGH DELIBRATE INDIFFERENCE
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### SID
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** ERIC HINES **Date:** 12/24/16

**State Number:** 663506 **SBI#:** 146445E

**Housing Unit:** 1R CU 1026 **Work Detail Hours:** ADSEG

**REQUEST:** ON 12/24/16 PROVIDER N/P MS JENNIFER FAIRSTEAD APPEARED AT CELL 1026 "NOTE" YOUR THREATS DIDNT FALL ON DEAF EARS! YOU STATED "STOP COMPLAIN ABOUT YOU SHOULD YOU REFUSED DR. MILLER SECOND OPERATION, SO I'M STOPPING YOUR PAIN MEDICATION," NOW YOUR EITHER SUFFER IN PAIN, OR HAVE THE SECOND OPERATION, ALSO I'M SIGNING YOU UP FOR PHYSICAL THREAPY. (SECOND PAGE ATT

### FOR OFFICIAL USE ONLY

*(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)*

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:** ____________
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-101

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

EXHIBIT D-5

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [x] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [x] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### SID
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** ERIC HINES **Date:** 12-12-16

**State Number:** [illegible] **SBI#:** 146993E

**Housing Unit:** [illegible] **Work Detail Hours:** [illegible]

**REQUEST:** LAST CONSULT WITH PROVIDER. I REQUESTED TO SEE ANOTHER SPECIALIST TO FIX DR. MILLER OPERATION BECAUSE I DONT TRUST A SECOND ONE BY HIM. ALSO SEVERE MUSCLE CRAMPS, AND [illegible]. SINUS MEDICATION ISNT WORKING. ALL OF THIS CONCERN WERE RAISED ON LAST CONSULT AND STILL NOTHING HAS HAPPEN.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:** ______
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER.**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

EXHIBIT D-7

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

### BUSINESS OFFICE
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

### CLASSIFICATION
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

### CUSTODY
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

### CUSTODY / MAILROOM
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

### EDUCATION / LAW LIB
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

### FOOD SERVICES
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- [ ] Class Sign-up / Completed Programs
- [x] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

### PAROLE
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

### RCRP COMM. PROGRAMS
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

### RELIGIOUS SERVICES
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

### SOCIAL SERVICES
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

### SID
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

### VISITS
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

### OSAPAS
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** ERIC HINES **Date:** 6/9/2015

**State Number:** 663508 **SBI#:** 146973B

**Housing Unit:** HOSPITAL **Work Detail Hours:** MEDICAL

**REQUEST:** IVE BEEN MADE AWARE THAT TAKEN LIPITOR WITHOUT SUPPLEMENTAL 100MG OF COENZYME Q10(COQ10) WILL CAUSE BREAKDOWN IN MUSCLE, AND SEVERE ACHE IS THIS A PART OF DAMAGE CAUSING ME TO FALL DOWN

### FOR OFFICIAL USE ONLY

*(PARA USO OFICIAL SOLAMENTE* - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:** ____________
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-10

EXHIBIT B

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

**ADMINISTRATION**
- [ ] Housing Status
- [ ] Program Removal
- [ ] Reinstate Contact Visit

**BUSINESS OFFICE**
- [ ] Business Remits / Receipts
- [ ] Check / Money Order
- [ ] Fine Payments
- [ ] Refunds
- [ ] State Pay
- [ ] Statements

**CLASSIFICATION**
- [ ] Citizenship
- [ ] Detainers / Open Charges
- [ ] Institutional Transfer
- [ ] Interstate Status
- [ ] Job Eligibility
- [ ] Problem w/ Sentence Calc.
- [ ] Restoration of Comm Time
- [ ] SASRC
- [ ] Status
- [ ] Work Credit

**CUSTODY**
- [ ] Cell Moves
- [ ] General
- [ ] Housing Unit Issues

**CUSTODY / MAILROOM**
- [ ] Status on Purchases
- [ ] Incoming Mail
- [ ] Legal Mail
- [ ] Outgoing Mail

**EDUCATION / LAW LIB**
- [ ] Certificates
- [ ] College Courses / GED / Classes
- [ ] Programs
- [ ] Legal Call
- [ ] Paralegal Assist / Supplies

**FOOD SERVICES**
- [ ] Denied / Not Received Diet
- [ ] Food Allergies
- [ ] Food Issues / Prep
- [ ] Proper Special Diet

**MEDICAL / MENTAL HEALTH / DENTAL**
- [ ] Class Sign-up / Completed Programs
- [x] Concerns
- [ ] Co-Pay Refunds
- [ ] Emergencies
- [ ] Eye Glasses
- [ ] Medical Records
- [ ] Medication
- [ ] M007 Form
- [ ] Referrals
- [ ] Dental

**PAROLE**
- [ ] Address Change / Parole Plan
- [ ] Opt Out of Parole Hearing
- [ ] Parole Board Hearings
- [ ] PED Calculations

**RCRP COMM. PROGRAMS**
- [ ] Denial of Program
- [ ] Eligibility Criteria
- [ ] Status of Application

**RELIGIOUS SERVICES**
- [ ] Certificate Completions
- [ ] Religious Classifications
- [ ] Religious Diets
- [ ] Religious Items

**SOCIAL SERVICES**
- [ ] Family Emergency
- [ ] Marriage Request
- [ ] Program Enrollment / Completion
- [ ] Release ID / BC / SSN Card / MVC / Vet Asst.
- [ ] Release Planning
- [ ] SSI / SSDI / Affordable Healthcare
- [ ] TDD
- [ ] Others

**SID**
- [ ] K/S
- [ ] PC
- [ ] STG
- [ ] Visitor Ban

**VISITS**
- [ ] Denied Visitors
- [ ] Ex-Offender Visits
- [ ] Issues at Visits

**OSAPAS**
- [ ] Living in Balance
- [ ] N/A and A/A
- [ ] Engaging the Family
- [ ] RPP

**THIS SECTION TO BE COMPLETED BY INMATE**

**Inmate Name:** ERIC HINES **Date:** 1/23/2017

**State Number:** 663508 **SBI#:** 146993D

**Housing Unit:** ACJ-F-C-POD **Work Detail Hours:** ACJU

**REQUEST:** ON 1/11/2017 WAS SENT TO SFMC FOR A CAT SCAN ON MY CHEST. BUT KNOW ONE HAS NOTIFIED ME OF WHY THE CAT SCAN WAS NECESSARY.
I WANT TO KNOW WHY IT WAS PERFORMED. AND THE OUTCOME OF SAID CAT SCAN

**FOR OFFICIAL USE ONLY**

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received:

Staff Receiving Request:

THIS FORM CANNOT BE PROCESSED

(Usted ha sido citado para entrevista en)

You have been scheduled for an interview on:

Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER.
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Form IRSF-1

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy