UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
ERIC HINES,                 :
                            :
        Plaintiff,          :    Civ. No. 17-2864 (NLH)
                            :
    v.                      :    ORDER
                            :
GARY M. LANIGAN,            :
                            :
        Defendant.          :
_____:

For the reasons expressed in the accompanying Opinion,

IT IS on this __5th__ day of __May__, 2017,

ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Affidavit of Poverty and Account Certification (Civil Rights) (DNJ-ProSe-007-A-(Rev.05/2013))," to be used by Plaintiff in any future application to proceed in forma pauperis; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the submitted papers or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to re-open this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

    Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101,

within 45 days after the date of entry of this Order; and it is further

    ORDERED that Plaintiff's writing shall include either (1) a complete, signed <u>in forma pauperis</u> application, including a certified prison account statement for the six months immediately preceding the filing of the Complaint (or Plaintiff's certification detailing his efforts with regard to obtaining that signature and account statement and the reasons he was given by the approached prison officials as to their decisions to decline of her requests), or (2) the $400 fee including the $350 filing fee plus the $50 administrative fee, **AND** a copy of Plaintiff's Complaint; and it is further

    ORDERED that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either a complete <u>in forma pauperis</u> application or payment of the filing and administrative fees, **AND** a copy of his Complaint, within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is finally

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

At Camden, New Jersey                s/ Noel L. Hillman  
                                        NOEL L. HILLMAN, U.S.D.J.