THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A **CIVIL RIGHTS** CASE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ERIC HINES
(Plaintiff in this action)

: **AFFIDAVIT OF POVERTY**
: **and ACCOUNT CERTIFICATION**
: **(CIVIL RIGHTS)**

v.

GARY M. LANIGAN, ET AL

: Civil Action No. _____
:   (To be supplied by the Clerk of the Court)
:
: DNJ-Pro Se-007-A-(Rev.05/2013)

(Defendant(s) in this action)

**Instructions:**

  The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. See Local Civil R. 5.1(f). A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

  If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid, regardless of the outcome of the proceeding. See 28 U.S.C. § 1915(b).

  The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice and administratively terminating your case without filing the complaint.

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A **CIVIL RIGHTS** CASE

In support of this application, I state the following under the penalty of perjury:

1. I, __ERIC HINES_____ (print your name), declare that I am the
   ☒ Plaintiff / movant        ☐ Other

   in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

2. The nature of my claim or the issues I intend to present on appeal are briefly stated as follows:

   FIRST, EIGHTH AMENDMENT RIGHTS, REFUSAL of GOVERNMENT REDRESS, TITLE II of THE AMERICAN WITH DISABILITIES Act, DISCRIMINATION OF ADA INMATE, MEDICAL MALPRATICE, RETALIATORY ACT, THREATS OF BODILY HARM AND OTHER CAUSE OF ACTION.

3. List dates and places of confinement for the immediately preceding six months:

   | Dates of Confinement | Places of Confinement |
   |---|---|
   | 08-20-2016 | SOUTH WOODS STATE PRISON |
   | 08-20-2010 | EAST JERSEY STATE PRISON |

   For each institution in which you have been confined for the preceding six months, you must obtain a copy of your prison account and the signature of the appropriate prison official (see certification on p. 3).

4. Are you employed at your current institution?                              ☐ Yes   ☒ No

   Do you receive any payment or money from your current institution?   ☐ Yes   ☒ No

   If Yes, state how much you receive each month: _____

5. In the past 12 months, have you received any money from any of the following sources?

   |    |                                                         |        | Amount |
   |----|---------------------------------------------------------|--------|--------|
   | a. | Business, profession, or other self-employment          | ☐ Yes  ☒ No |  |
   | b. | Rent payments, interest, or dividends                   | ☐ Yes  ☒ No |  |
   | c. | Pensions, annuities, or life insurance payments         | ☐ Yes  ☒ No |  |
   | d. | Disability or workers compensation payments             | ☐ Yes  ☒ No |  |
   | e. | Gifts or inheritances                                   | ☐ Yes  ☒ No |  |
   | f. | Any other sources                                       | ☐ Yes  ☒ No |  |

5-30-2017

Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road
Bridgeton, N.J. 08302

Court Clerk
Mitchell H. Cohen Building
And U.S. Courthouse,
Fourth and Cooper Streets,
Camden, New Jersey, 08101

RE: Request to Reopen Eric Hines V. Gary M. Lanigan, et al

Dear Court Clerk,

   Please be advised a Request to Reopen Civil Action, Eric Hines V. Gary M. Lanigan, et al. I have adhered to honor Noel L. Hillman, U.S.D.J. order dated May 5, 2017. Please find inquiry enclosed date 5/12/2017 that confirm a third request for six month account statement and for attached document to inquiry be signed and return with account statement. Which was submitted to Ms. King, on said dated 5/12/2017 for processing. As of 5-30-2017 matter hasn't been addressed or documents in question return, of course Social Worker Ms. Hill states it's nothing she can do.

   Please see enclosed certification explain my efforts with regard to obtaining that signature and account statement, because of retaliatory act explained in certification. The extra copy of complaint sent to family, had to be recopyed find to copy's of complaint enclosed please stamp one filed and return. I'm requesting Court Clerk to Reopen Complaint. I've honored orders as stated by court, to know prevail. No inmate back here has receive any redress from grievance.

Eric Hines

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIC HINES

v.                                         CIVIL ACTION NO. _____

GARY M. LANGAN, ET AL.,

CERTIFICATION

I, ERIC HINES, OF FULL AGE, PRO-SE PLAINTIFF IN THE ABOVE CIVIL ACTION, HEREBY CERTIFY THAT:

(1)
I AM THE ABOVE-NAMED PLAINTIFF, AND I MAKE THIS CERTIFICATION IN SUPPORT OF MY COMPLAINT WHICH IS ENCLOSED.

(2)
DO TO MEDICAL PROBLEM, BEING WHEELCHAIR BOND HAVING TO UTILIZE MEDICAL EQUIPMENT, BUT MOST PRESSING IS SEVERE PAIN BEING UNABLE TO MOVE OR UTILIZE RIGHT ARM OR SHOULDER DOTO SURGERY, WHICH CAUSE'S SEVERE PAIN BY JUST WRITING, MEDICALLY I'M UNABLE TO WRITING LONG PLEASE SEE COMPLAINT.

(3)
PLEASE UNDERSTAND I'M PRESENTLY HOUSED IN ADMINISTRATIVE SEGREGATION, WITH 20 CELL ON THE TIER. INQUIRY AND ADMINISTRATIVE GRIEVANCE ARE SUPPOSE TO SUBMITTED TO SECOND SHIFT OFFICER. BUT THEY SCREEN THEM, AND ANY DETAILING COMPLAINTS AREN'T REDRESSED. SO EVERY ONE COMPLAINED TO SOCIAL WORKER THAT COME AROUND. MS. KING, MS. HUTSON WHO STARTED EXCEPTING INQUIRY AND ADMINISTRATIVE APPEAL. I INFORMED THEM BOTH KNOW REPLY HAS EVER COME

DATES DETAILED IN COMPLAINT CONCERNING OTHER REQUEST FOR SIX MONTH, SOCIAL WORKER MS. KING WAS GIVE TWO SEPARATE INQUIRY FORM REQUEST INC SIX MONTH ACCOUNT STATEMENT WITH DOCUMENT ATTACH FOR SIGNATURE. ALSO WORTH NOTING WHEN FIRST REQUEST WASN'T HONORED. WROTE COURT CLERK FOR DOCUMENTS RESUBMITTED THEM. ALSO MS. KING WAS GIVEN INQUIRY'S ON 12/23 2016, 12/18/16 NO RESPONSE. MS. HUTSON WAS GIVEN INQUIRY ON 1/31/2017 AND 5/12/2017. I CALLED OFFICE OF THE OMBUDSMAN ON THUR 2/16/2017, I REQUEST A COPY OF COMPLAINT FOR COURT REVIEW. WAS INFORMED COURT HAD TO REQU IT. PLEASE UNDERSTAND THIS IS THE ONLY WAY TO RECEIVE ANYTHING IN THIS PART OF FACILITY. SO TO ANSWER HONOR NOEL L. HILLMAN. U.S.D.J QUESTION, NONE WAS EVER GIVEN I INQUIRY TO BOTH SOCIAL WORKER. WHO STATE THEY TURNED THEM IN; THAT'S ALL THEY CAN DO.

(4)

PLEASE FIND ENCLOSED ANOTER GRIEVANCES SHOW A THIRD REQUESTS. FOR A SIX MONTH ACCOUNT STATEMENT AND SIGNATURE FOR ATTACHED DOCUMENT. A TWO OTHER GRIEVANCES REQUESTING REDRESS CONCERNING THE SAME ISSUES. ALSO ENCLOSED IS THE AFFIDAVIT OF POVERTY APPLICATION MINUS THE SIGNED DOCUMENT AND SIX MONTH ACCOUNT STATEMENT. DATED 5-12-2017

(5)

DETAILED IN COMPLAINT SPECIAL INVESTIGATION DIVISION OFFICERS PETIT, PERR AND JOHN DOE ON THURS 5-25-2017 ABOUT 2:45 P.M HAD ME MOVE OUT CELL 1026 AND PUT IN ROOM 1100 WITH CAMERA STRIP SEARCH. AND THREATEN ABOUT FILLING ANO THER GRIEVANCE. SID. PERRY AND JOHN DOE THREATEN ME. WHY'LL SID PETIT RIPPED UP ROOM AND EXTRA CIVIL COMPLAINT. PLEASE UNDERSTAND THERE IS A TAPE WHICH WILL CONFIRM THEIR ACTIONS. PLEASE SUBPOENA SAID TAPE WHICH IS EVIDENCE AND CONFIRMS RETALIATORY ACT. OR ALLOW IT TO BE PERSEVERED AS EVIDENCE

(6)

KNOW INMATE BACK HERE HAVE RECEIVED A RESPONSE, PLEASE INFORM M IF A PETITION CONCERNING THESE ACTION CAN BE SUBMITTED. THE PRISON OFFIC ALS REFUSAL TO ANSWER INQUIRY, GRIEVANCE OR TO INSTALL A KIOSK AFFORDED E ERY OTHER ADMINISTRATIVE SEGREGATION. IS DISCRIMINATION

PURSUANT TO 28 U.S.C § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FO EGOING IS TRUE AND CORRECT. EXECUTED ON MAY 26, 2017

*Eric Hines*
ERIC HINES # 663508