UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ERIC HINES                               COMPLAINT

   V.                          CIVIL ACTION NO. _____

GARY M. LANIGAN, ET AL.,
PATRICK A. NOGAN
MR. BONDS
SHARMALIE PERERA, MD
DR. ALNOCHAWATI
DR. MILLER
DR. DIAZ
JENNIFER FAIRSTEAD, NP
SCO. MARVIN
SCO. WATERS
S.I.D PERRY
SGT. J. VALLE
SID PETIT
S.I.D JOHN DOE

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of the summonses and the copies of the Complaint which you have submitted will be forwarded by the Clerk to the United States

DNJ-ProSe-005-07-(06/98)

# FORM TO BE USED BY A PRISONER IN FILING A
# CIVIL RIGHTS COMPLAINT

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    √ _____    42 U.S.C. § 1983 (applies to state prisoners)

    _____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

2. Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility that was dismissed as frivolous or malicious, or for failure to state a claim upon relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915 (g).

    A. Parties to previous lawsuit:

        Plaintiff(s):_____N/A_____

Defendant(s): _____N/A_____

_____

B. Court and Docket Number: _____

C. Grounds for dismissal: ( ) frivolous   ( ) malicious   ( ) failure to state a claim upon Which relief may be granted

DNJ-ProSe-006-07-(06/98)

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

D. Approximate date of filing lawsuit: _____N/A_____

E. Approximate date of disposition: _____N/A_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _____N/A_____

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: __ERIC HINES__
   Address: __SOUTH WOODS STATE PRISON, 215 BURLINGTON ROAD, BRIDGETON NEW JERSEY 08302__
   Inmate #: __663508__

B. First defendant – name: __GARY M. LANIGAN__
   Official position: __COMMISSIONER, DEPARTMENT OF CORRECTION__
   Place of employment: __WHITTLESEY ROAD, P.O. BOX 863, TRENTON, N.J 08625-0863__
   How is this person involved in the case?
   (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)
   __VIOLATION OF TITLE OF THE ADA AND THE REHABILITATION ACT, BEACH OF DUTY, WANTON NEGLIGENCE, EIGHTH AMENDMENT VIOLATION, FAILURE TO ADHERE WITH LEGISLATIVE LAWS MADE FACILITY HANDICAP ACCESSIBLE WHEN RECEIVING FEDERAL GRANT MONEY, PHYSICAL, EMOTION, MENTAL, INJURY DO TO NEGLIGENCE DISCRIMINATION ADA INMATE IN SEGREGATION SUITING-INDIVIDUAL AND WORK CAPACITY__

FIRST AMENDMENT RIGHT TO REDRESS, FAILURE TO TRAIN, SUPERVISE ADMINISTRATOR AND STAFF, GOVERNING ADMIN APPEAL REMEDY SYSTEM COOR.

C. Second defendant – name: PATRICK A. NOGAN

Official position: ADMINISTRATOR

Place of employment: EAST JERSEY STATE PRISON, 1100 WOODBRIDGE, RAHWAY NJ 07065

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

FAILURE TO TRAIN, OR SUPERVISE REMEDY SYSTEM COORDINATOR ON LEGAL DUTY, ADMIN. APPEAL NOT REDRESS, VIOLATE OF TITLE II OF THE ADA AND REHABILITATION ACT, PHYSICAL, EMOTION, MENTAL, INJURY INDIVIDUAL AND WORK CAPACITY.

DNJ-ProSe-006-07-(06/98)

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

D. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    √ YES _____ NO

If your answer is "Yes", briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

EAST JERSEY STATE PRISON
CASE NUMBER 14-08-0002, INMATE INQUIRY 6/9/2015, AND ADMINISTRATOR APPEAL 1-7-2015 ADMIN. PATRICK. A. NOGAN STATED NO REDRESS WAS FORTHCOMING. SWSP – INMATE INQUIRY 3/29/16, 12/23/16, 1/7/17, 12/29/16, AND ADMIN. APPEAL 1/26/17 NONE HAVE BEEN RETURNED PLEASE SEE DOCUMENTS ENCLOSED.

If your answer is "No", briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____