UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVE
NOV 14 2017
AT 8:30
WILLIAM T. WALSH, CLK

ERIC HINES,
    PLAINTIFF,

    V.

GARY M. LANGAN, ET AL

CIV. NO. 1:17-CV-02864-NJH-JS

REQUEST FOR DOCUMENTATION
TRANSACTION ON 6/8/2017
OPINION AND REQUEST FOR
REOPENING COMPLAINT DO TO
PRISON OFFICIALS HINDRANCE.

ERIC HINES
*663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD
BRIDGETON, NJ 08302
    PLAINTIFF PRO SE

DEAR, CLERK OF COURT,

        PLEASE TAKE NOTICE TRANSACTION WAS ENTERED ON
ON 6/8/2017 AT 1:45 PM EDT. REQUESTING FOR CASE TO BE RE-
OPENED FOR THE REASONS CONTAINED IN CERTIFICATION AND
LETTER IN QUESTION. BECAUSE OF KNOW OPINION FORTHCOM-
ING. THE FIGHT WAS CONTINUED TO OBTAIN DOCUMENTS DE-
TAILED IN OPINION MAY 5, 2017.

        ENCLOSED PLEASE FIND CERTIFICATION AND LETTER
TRANSCRIBING PRISON OFFICIALS HINDERING FIRST AMENDMENT
RIGHT TO GOVERNMENT REDRESS, VIOLATING POLICIES + PROCEDURES,
CRUEL AND UNUSUAL PUNISHMENT FOR "HUNGER STRIKE" TO ADDR-
ESS MISTREATMENT TO INMATE CONFINED TO ADMINISTRATIVE
CLOSE SUPERVISION UNIT. BECAUSE OF PRISON OFFICIALS DOCU-
MENTED ABUSE OF POWER, AND DISREGARD FOR THE LAWS GO-
VERNING DEPARTMENT, AND SEVERAL MONTH OF HINDERING
I REQUEST CASE BE REOPENED BACK TO DATE OF FILING.

                                Eric Hine
                                11/4/2017

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ERIC HINES,

      PLAINTIFF,

        V.

GARY M. LANIGAN, ET AL.,

CIV. NO. 1:17-CV-D2864 NJH-JS

CERTIFICATION

ERIC HINES
#663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD
BRIDGETON, NJ 08302
      PLAINTIFF PRO SE

I, ERIC HINES, OF FULL AGE, PLAINTIFF IN THE ABOVE-CAPTIONED CASE, HEREBY CERTIFY THAT:

(1)

I AM THE ABOVE-NAMED PLAINTIFF, AND I MAKE THIS CERTIFICATION IN RETROSPECT following TRANSACTION THAT WAS ENTERED ON 6/8/2017 AT 1:45 PM EDT AND FILED ON 6/7/2017 REQUESTING CASE BE REOPEN DO TO SOUTH WOODS STATE PRISON PRISON OFFICIAL VIOLATED CONSTITUTIONAL RIGHT TO FIRST AMENDMENT TO GOVERNMENT REDRESS WHICH WASN'T RULED ON, BUT DETAILED HOW I WOULD CONTINUE TO FIGHT TO OBTAIN DOCUMENTS REQUIRED BY THE COURT.

(2)

I AM CURRENTLY PRO SE IN SAID ACTION, PLAINTIFF WILL SPECIFICALLY, DETAIL NAMES AND TITLES OF AUTHORIZED PRISON OFFICIALS WHOM I'VE APPROACHED WITH NUMEROUS REQUEST FOR CERTIFIED COPY OF ACCOUNT STATEMENT FOR SIX MONTH PERIOD

IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT: WHICH
DETAILED IN TRANSACTION ON 6/8/2017; THE DATES FOLLOW THIS
REQUESTS ARE TRANSCRIBED BELOW; AND REASONS THESE AUTH-
ORIZED PRISON OFFICIALS GAVE ME IN CONNECTION WITH THEIR
DECISIONS HINDERING AND DELAYING REQUEST; IGNORING DECLIN-
ING REQUEST FOR MONTHS.

(3)

PLEASE TAKE NOTICE: EXHIBIT #A REQUESTED OFFICE OF THE OMBOD-
SMAN "REQUEST FOR ASSISTANCE" WHICH HASN'T BEEN ADDRESSED.
EXHIBIT #B - DETAILS SWORN AFFIDAVIT'S FROM SHAEDDENIEL
Y. COLEMAN #412764D; TOMMIE DAVIS #680128B; GREGORY FISHER #673784,
LEONARD MITCHELL #74337-A AND OWENS DETAIL A OVERWHELM-
ING PROOF PRISON OFFICIAL INTENTIONALLY HINDER, DENY AND
DECLINE GOVERNMENT REDRESS TO INMATE INQUIRY + ADMINI-
STRATION APPEAL; AND INMATE REMEDY FORM COORDINATOR REFUSAL
TO EVEN FILED THEM RETURNING THEM WITH REDIRECTION FORM
DETAILING STATEMENT WHICH SHE IS UNAUTHORIZED TO RECOMM-
ED.

(4)

ON 5-9-2017, AND 5-30-2017 SOCIAL WORKER MS. HILL WAS AGAIN
PRESENTED WITH INQUIRY REQUESTING 6 MONTH ACCOUT STATE-
MENT AND PRISON OFFICIALS SIGNATURE ON ATTACHED DOCUMENT.
WHEN NOTHING HAPPEN SOCIAL WORKER MS. HILL WAS INFORMED
BY PLAINTIFF THAT HE WAS GOING ON A HUNGER STRIKE THIS
WAS ON 7-8-2017 TO PROTEST PRISON OFFICIALS MISTREATMENT OF
PLAINTIFF IN ADMINISTRATIVE CLOSE SUPERVISION UNIT; PRISON
OFFICIALS REFUSAL TO ADDRESS CONCERNS INMATE INQUIRY,
ADMINISTRATIVE APPEAL, 6 MONTH STATEMENT WITH SIGNED
DOCUMENT, AND OTHER CONSTITUTIONAL RIGHTS.

(5)

ON 7-10-2017 N/P ANGELA THOMAS NURSE CAME, INQUIRED WHY
I WAS ON HUNGER STRIKE, MISTREATMENT DISPLAYED BY PRISON
OFFICIALS AND MEDICAL STAFF I INFORMED HER.

(6)

ON OR ABOUT 11:00 AM ON 7-10-2017 ADMINISTRATOR WILLIE BOND WAS CALLED HE APPEARED ON C-POD, ASKING WHAT IS PROBLEM. BECAUSE HALF OF THE TIER WASN'T EATING. MR. WILLIE APPROACHED MY CELL 1026, ASKING WHY AREN'T YOU EATING. I INFORMED HIM INMATE INQUIRY, ADMINISTRATIVE APPEALS, TITLE II ADA, AND PRISON OFFICIALS ARE REFUSING TO ADDRESS REQUEST FOR SIX MONTH ACCOUNT STATEMENT: OR TO SIGN ATTACH DOCUMENT. HE INFORMED ME A HUNGER STRIKE WASN'T NECESSARY, ASKED DID I HAVE INMATE INQUIRY DOCUMENTING MY CONCERNS NOW. I INFORMED HIM THEY HAD BEEN SUBMITTED WITH KNOW REDRESS FORTHCOMING. MR BONDS THEN INSTRUCTED ME TO DOCUMENT GRIEVANCE ON THE PROPER FORM AND HIS EXECUTIVE MS. TORRES WOULD RETURN- AND PICK THEM UP. SO I ATE LUNCH AND WAITED NOTHING HAPPEN EXECUTIVE MS. TORRES NEVER CAME.

(7)

ON 7·13·2017 I DROP A INMATE INQUIRY TO INTERNAL AFFAIR DETAILING ALL COMPLAINTS AND ENCOUNTER WITH ADMINISTRATOR WILLIE BONDS. THE SAME SPECIAL INVESTIGATION DIVISION IN COMPLAINT CAME TO AD-SEG, WAS TAKEN OUT OF CELL, BRUNG TO OTHERSIDE WERE PETITE THREATEN ME TO STOP CAUSING PROBLEM, OR WERE GOING KNOCK SOME SENSE INTO YOUR HEAD. SO I WENT BACK ON THE HUNGER STRIKE.

(8)

14 DAYS INTO HUNGER STRIKE LT. LAEDONE CAME ASK ARE ON A HUNGER STRIKE "YES" I SAID. HE TOOK NOTICE, AROUND 11:30 OR 11:45 AM ADMINISTRATOR WILLIE BONDS AGAIN SHOWED UP AT CELL 1026 I INFORMED HIM NOTHING HE SAID HAPPEN AND WERE WAS EXECUTIVE MS. TORRES AT. HE STATED WHAT'S SO IMPORTANT. I INFORMED HIM OF THE COMPLAINT FILED· WITH DISTRICT COURT AND WITH SIX MONTH STATEMENT AND SIGNED DOCUMENT I COULDN'T PROCEED. AND JUDGE IN-

IMPORTANT, I INFORMED HIM OF THE COMPLAINT FILED WITH DISTRICT COURT. BUT PRISON OFFICIALS HAVE REFUSED TO HONOR MY REQUEST FOR SIX MONTH ACCOUNT STATEMENT WITH PRISON OFFICIAL SIGNATURE ON ATTACHED DOCUMENT. DISTRICT COURT JUDGE, MR. HILLMAN HAS STATED IN OPINION WITHOUT DOCUMENT IN QUESTION CIVIL COMPLAINT WOULD BE ADMINISTRATIVELY TERMINATE, HE ASKED AGAIN DID I HAVE THE PROPER GRIEVANCE FILED OUT. I SAID "YES" AND PERSONALLY HANDED ADMINISTRATOR WILLIE BONDS THREE INMAT INQ- UIRY'S, ONE ADMINISTRATIVE APPEAL. HE AGAIN STATED A HUNGER STRIKE WASN'T NECESSARY I INFORMED HIM NOTH- ING TRANSPIRED LAST TIME "COMPLIED". SO EATING WAS OUT OF THE QUESTION UNTIL GRIEVANCE WERE ADDRESS THIS WAS ON 7·27·2017

(9)

ON 7·29·2017 LT. CLARK CAME TO CELL 1026 WITH THREE OFF- ICERS, A SERGEANT INFORMING ME YOUR BEING MOVED TO "EMERGENCY CARE UNIT" PLACED IN PADDED ROOM WITH MATT- RESS ON FLOOR. STRIPPED SEARCHED ORDERED TO PUT ON GREEN QUILTED SMOCK TAKEN OUT OF WHEELCHAIR, DEPOSITED ON MATTRESS. LT. CLARK TOLD ME YOU WILL STAY IN HERE UNTIL YOU DECIDE TO EAT. INFORMED HIM OF CIVIL ACTION COMPLAIN- T'S WITH DISTRICT COURT WHICH NEEDED ADDRESSING, TO NOTIFY THEM OF PRESENT SITUATION. HE STATED ADMINISTRATOR WILLIE BONDS HAD YOU MOVED HERE WITH INSTRUCTION TO DENY YOU ACCESS TO NOTHING PARA-LEGAL, PHONE, LEGAL OR OTHERWISED UNTIL YOU EAT. INFORMED HIM THESE ACTIONS WERE VIOLATING MY RIGHTS TO PEACEFULLY HAVE A HUNGER STRIKE WITHOUT BEING PUNISHED. KEPT IN THIS STATE FOR THREE DAYS IN DIAPER + SELF CATH ON CAMERA. DO TO THIS CRUEL AND UNUSAUl PUNISHMENT, I HAD TO EAT ON 8·1·2017

(10)

ON 8·3·2017 DOCUMENTS HANDED TO ADMINISTRATOR WILLIE BONDS WARE RETURNED UNANSWERED PLEASE NOTES THREE REDIRECT-

ION, FORMS. T. STANLEY REMEDY FORM COORDINATOR. INFORM-
ING ME TO ADDRESS MEDICAL CONCERNS TO AREA SGT OR LT. FOR
ASSISTANCE EXHIBIT#C-1

EXHIBIT#C-2 - WAS INMATE INQUIRY REQUESTING SIX MON-
TH ACCOUNT STATEMENT, ATTACHED DOCUMENT. PLEASE TAKE
NOTICE OF T. STANLEY STATEMENT OF LINE 18. HOW MUCH
CAN ADDRESS REQUEST FOR DOCUMENTS IN QUESTIONED.
EXHIBIT#C-3 - AS WAS RETURNED ALL WAS RESUBMITTED
WITH KNOW REDRESS OR CORRESPONDENCE, REDIRECTION
CONCERNING THE RESUBMITTED DOCUMENTS.

(11)

ONE DOCUMENTED INMATE INQUIRY HANDED TO ADMINISTRATOR
WILLIE BONDS WAS ANSWERED, WHICH PROVES T. STANLEY WAS
RECEIVING INQUIRYS. PLEASE NOTE STATEMENT BY ME ON
LINE ABOVE FOR OFFICIAL USE ONLY AND MEDICAL OM-
BUDSMAN A. THOMAS.

(12)

EXHIBIT#D  REQUEST FOR ACCESS TO ASSISTANCE.

EXHIBIT#E - FEDERAL REGULATIONS RESTRICT HIS OFFICE
            FROM ASSISTING IN NEED, PLEASE ADDRESS THIS
            LAW

EXHIBIT#F - CONCERNING INMATE INQUIRY, WHICH IS
            THE ONLY WAY TO REQUEST DOCUMENTS IN
            QUESTIONED.

EXHIBIT#G - NJDOC INMATE INQUIRY REQUESTING DOC-
            UMENT IN QUESTION, 8·30·2017

EXHIBIT#H - ANOTHER NJDOC INMATE INQUIRY, COURT & CLERK
            PLEASE NOTICE I PLACED JUDGE NOEL L. HILLMAN,
            U.S.D.J NAME IN DOCUMENT. 10·30·2017

EXHIBIT#I - ON 11/04/2017 I RECEIVED THE SIX MONTH ACC-
            OUNT STATEMENT, WITH OFFICIAL SIGNATURE, IT'S
            WORTH NOTING INQUIRY WASN'T ATTACHED STILL
            VIOLATING POLICIES AND PROCEDURE.

PURSUANT TO 28 U.S.C§1746, I DECLARE AND VERIFY UNDER PENALTY
OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE
FOREGOING IS TRUE AND CORRECT. EXECUTED ON NOV. 6. 2017

Eric Hein

EXHIBIT #A

# OFFICE OF THE OMBUDSMAN
New Jersey Department of Corrections
P. O. Box 863, Trenton, New Jersey 08625



# REQUEST FOR ASSISTANCE FORM
(Please use a separate form for each issue/complaint)

NAME: ERIC HINES                    SBI # 146993B          SP# 663508

INSTITUTION: SOUTH WOODS STATE PRISON HOUSING UNIT: ACSU 1026   DATE: 2/20/17

The Office of the Ombudsman provides a concerned medium within which inmates can seek redress for problems and complaints encountered while incarcerated. Our office investigates complaints where the inmate has failed to get satisfactory results through available institutional channels. This office supplements, but does not replace, the Department of Corrections existing inmate Request/Remedy System. Therefore, please be advised that we may request/require that you utilize your correctional facility's Request/Remedy System before assisting you.

## PLEASE ANSWER THE FOLLOWING QUESTIONS BEFORE PROCEEDING

1. What correctional facility were you in when the matter you are complaining about occurred? S W S P

2. What was the date of the incident? 12/29/16, 1/10/16, 1/19/17, 1/23/17 AND 1/30/17, 2/30/17

3. Have you utilized the correctional facility's "Request/Remedy System" to address your concern? (YES) NO

4. Did you receive a response? (If "YES" please attach a copy of their reply.) (YES) (NO)

5. If you did not receive a response, what was the date you filed your complaint at the correctional facility? DETAILED LINE #2

## DESCRIBE YOUR ISSUE OR COMPLAINT (Continue on another sheet of paper, if necessary and/or attach copies of any supporting documentation.)

BECAUSE SWSP MEDICAL DEPT + REMEDY SYSTEM COORNATOR, HAS RUFED GOVERNMENT REDRESS. A CERTIFICATION REQUESTING OMBUDSMAN RESPONSE CONSIDER AS FINAL APPEAL BEFORE COURT REDRESS PHONE CALL TO OMBUDSMAN ON 2/16/17 THUS SAID ACTION: 1. A/P JENNIFER FAIRSTEAD DISCONTINUE PAIN MEDICATION, DU TO RUFUSAL OF SECOND OPERATION, STATING, EITHER GET SECOND OPERATION OR SUFFER IN PAIN (I HAVEN'T TAKEN A SHOWER YET DU TO PAIN) 2. REFUSING GOVERNMENT REDRESS, INMATE INQUIRE AND ADMIN APPEAL SUBMITTED TO MEDICAL DEPT; 12/29/16 DR. MILLER, 12/29/16 THREATS FROM A/P FAIRSTEAD, 1/10/17 ACSU OFFICER NEVER ESCORTED INMATE TO COCOA CLINIC TO GET MED BOOTS, 1/23/17 HAD CAT SCAN ON 1/19/17 WITH NO CONSULT FOR REASON, 1/30/17, AND AGAIN ON 1/23/17 CHARGED #5, 2/30/17 CHARGED ANOTHER #5 I DIDN'T PUT IN SLIP IN BUT THEY KEEP CHARGING ME. I HAVE MEDICAL CONTRACT AND WHAT'S HAPPENING IS "THEFT BY DECEPTION". EVERYONE WANTS TO TURN A BLIND EYE AND RE-FUSE TO INTERVENE. REQUEST A INVESTIGATION AND SAID DOCUMENT WILL BE COPIED TO COURT CLERK AS STATED IN CERTIFICATION.

            I AWAIT YOU RESPONSE TO THESE COMPLIANTS MEDICAL OMBUDSMAN

## What do you think should be done to resolve your problem?

Form #12345 (to be determined)

EXHIBIT #B·1

To whom it may Concern:

My name is Tommie Davis 690571-680128B. The reason I am writing is because; I am in AdSeg in South Wood State Prison and being in this Adseg they don't have a Kiosk. The Kiosk is basically the only way I can keep in touch with my family. My family E-mail me asking how I am doing and they say they are worried about me because I haven't responded to any of their text. How can this be rectified?

Also I put in numerous Inquiry form and Ombudsmans forms and I never get any reply.

Also Commisary only give you what they want to give you not what you or I ordered. - Like 5 or 6 guys ordered sneakers and clothing and they (commisary) never gave it to us and never stated that maybe they were out of stock or whatever reason why we didn't get what we ordered.

Can these issues be looked into?

Also I've been told under they 10A that we should be afforded reading material. There is none available here.

Thank You,
Tommie Davis

EXHIBIT #B-2

SUSSEX UNIT # ADSEG -1027
SOUTHWOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
215 SOUTH BURLINGTON ROAD
BRIDGETON NEW JERSEY 08302

6/19/2017

DEAR HONORABLE JUDGE JOSE L. LINARES,

#1 MY NAME IS SHAEDDENZEL Y. COLEMAN. I'VE BEEN HAVING THE SAME PROBLEMS JUST LIKE MR. ERIC HINES & GARY LANIGAN AN OTHER INMATES AND MYSELF HAVE BEEN PUTTING IN REMEDY'S AN OR INQUIRY FORMS AN HAVE YET RECIEVED RESPONSES. I BELEIVE THAT IT'S VERY ODD. JUST AS WELL I SEE THAT AT EVERY OTHER ADSEG OR PRISON FACILITIES HAVE J-PAY KIOSK MACHINES AND THERE ISN'T ONE PRESENT HERE. ALSO STRANGE BECAUSE THAT MACHINE IS HOW MOST INMATES INCLUDEING MYSELF REACH OUT TO OUR LOVED ONE'S WRITE ADMINISTRATION, CLASSIFICATION, MEDICAL ETC. IF YOU'VE HAD AN ISSUE HERE WITH A S.C.O. OR STAFF MEMBER YOU CAN'T WRITE IT UP ON AN REMEDY AND OR INQUIRY FORM BECAUSE THE INDIVIDUALS YOUR WRITTING UP SCO OR STAFF ENTERS YOUR UNIT AN INTERCEPTS OUR WRITE UP'S. THEN THEY TELL US ABOUT WHAT THEY'VE DONE WITH IT, OR WHY IT HASN'T BEEN ANSWERED. AN THEN THEY TELL US THAT EITHER PUT TOO MUCH ON IT, HENCE JUST LETTING US KNOW THAT THEY KNOW WHAT WERE INQUIREING ABOUT. THATS NOT PROPER PROCEDURE NOR PROTOCAL. WE NEED HELP IN RESOLVEING THESE MATTER AT HAND AN WILL APPRECIATED IN ADVANCE FOR YOUR TIME, PATIENCE, AN FUTHER HELP ABATEING OUR CONCERNS. THANK YOU AGAIN.

VERY TRULY YOURS,

SHAEDDENZEL Y. COLEMAN

#412764D/1083433

EXHIBIT#B-3

GREGORY Fisher#673754/364819-B
SouthWoods State Prison
215 Burlington Rd.
Bridgeton, NJ 08302


JUNE 20, 2017


Honorable Judge
Jose L. Linares
United State District Court
Camden, NJ 08101


RE: ERiC Hines Vs. GARY M. LANiGAN.


Dear Judge Linares,


I GREGORY Fisher, Am a inmate At SouthWoods State Prison Administrative Segregation unit like 19 other inmates who ARE being mistreated And discreminated Against by the Department of Correction. Here At this facility none of our inquiries or grievances ARE being process.

Therefore, we can never ~~START~~ the chain of event by exhausting our remedies because the system is failing the inmates here At S.W.S.P Administrative Segregation unit, None of the remedy forms, inquiry forms, and/or grievance forms ARE being answer by the designated official.

Also, in the inmate Revised JANUARY 2017, handbook for S.W.S.P. Population and Administrative Segregation state on Pg(1) Administrator's message: "Every inmate will be given fair and impartial treatment..." Where is the fair and impartial treatment when every Ad-Seg facility Around the state of N.J. have a Kiosk machine Available to remedy issues. New Jersey D.O.C is deliberately discriminating Against

Respectfully Yours

EXHIBIT # B-4

Leonard Mitchell
# 412589-74337A
S.W.S.P, C-Pod-1028-C.
215 Burlington Rd S.
Bridgeton, N.J. 08302

June 21, 2017

Dear Judge
My name is Leonard Mitchell and presently
I am being housed in the Ad.Seg.Unit here at
South Woods State Prison.

The purpose of this letter is to try to
correct some wrongs that is being done to us (men)
prisoner's back he in this lock-down Unit.
Listed below is a number of issues that need
to be address:

① Inmate Remedy forms: Our remedies
are being toss into the waste basket
by the C.O. that pick the up on the
Second shift.

② Kiosk: Every Ad.Seg. Unit in the New
Jersey D.O.C. has an Kiosk except this
Prisons Ad.Seg, the Kiosk is the only way
we can safely file our remedies.

③ Showers: Shower are arbitrarly being
taken from us.

④ Canteen: Level One inmates are allowed
one $15.00 store per month, again
slip are being toss into waste basket.

Thank you for your time and whatever assistance you may
render in this matter.   Sincerely, Leonard Mitchell

EXHIBIT #B-5

C/o Plaintiff - Eric Hines, #663508/146993-B ("SWSP")
South Woods State Prison ("SWSP")
215 Burlington Road South
Bridgeton, NJ 08302

June 26, 2017

Hon. Jose Lieares, U.S.D.J.
Camden District Court
P.o. Box 2797
Camden, NJ 08101

RE:  Eric Hines v. Gary M. Lanigan, et al.,
     Civil Action No.

Dear Judge Lieares:

The nature of this corresponce is in regards to the above referenced matter that
deals with discrimination and a deprivation of my civil rights under U.S.C.A. at SWSP.

There is no reliable "Remedy System" at SWSP ADSEG, because 'Inquiry Forms' and 'Grievances'
are "screened" by custody staff before the Social Worker submits the forms in the "Remedy Box." Therefore,
any 'Inquiry Form', or 'grievance' unfavorable to custody staff, or "SWSP" are disposed of. Between
2016-2017, I submitted approx. ten (10) 'Inquiry Forms' with no response! Clearly, a Due
Process violation.

In addition, there is no "Klosk Machine", which, in-part, is an eletonic "Remedy System."
However, every other ADSEG in NJDOC's, but, "SWSP" has one. This is not only discrimination, but, also, a
Due Process violation ("Remedy System").

Furthermore, there is only one(1) ADA-accessible cell, which, is located in Detention at
SWSP. However, SWSP ADSEG has "no" ADA-accessible/wheelchair cells. Therefore, "physically disabled"
prisoners in wheelchairs are "discriminated against" in violation of Title II of ADA of 1990, such as me.

Thank you for your time and consideration in this matter.    Respectfully Submitted,

EXHIBIT # C-1

Form: IRSF-103
P.J.A.C. 10A:1-4

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**INMATE REMEDY SYSTEM**
**REDIRECTION FORM**

Revised 4/2014

INMATE'S NAME: _Eric Hines_          SBI#: _146993B_
Location/Housing Unit: _____

---

**The below corrective information should be used and followed when submitting for information to Institutional staff on a first time basis. Please take the action noted next to the letter X.**

---

1. ☒ You must complete the following form marked below and place it into the correct box or send by Truck Mail.

   ☐ Education/Law Library Form and Box.
   ☐ Office of the Ombudsman, Request Form and Box.
   ☐ DOC Government Records Request Form (OPRA)
   ☐ NJDOC Inquiry Form

   ☒ DOC, Health Services Request Form and Box (MR-007)
   ☐ I/M Claim for Lost, Damage Prop (Form 943-1)
   ☐ Request for copies of Medical/Dental Records (MR 022, 301-XII)

2. ☐ You must submit a NJDOC Job Change Form. Once you have completed the form, it must be handed in to your detail supervisor. **Only** the detail supervisor can turn your request into Classification; **OR** A Staff member must submit a staff referral. The staff member must deliver the referral to the appropriate department. **ONLY** staff members can follow-up on completed forms.

3. ☐ Please see your Unit Social Worker to complete the appropriate forms for programs, other related services, and information to include but not be limited to: Social Security Card, Birth Certificate, ISP, Cage Your Rage, STARS, SEALL, HOPE and Thinking for a Change.

4. ☐ The form you submitted did not contain **SPECIFIC** information. Please add additional information and resubmit.

5. ☒ Your Inmate Grievance Form/ Inmate Inquiry form contained more than one (1) question, which cannot be handled on the same form. Please familiarize yourself with information on the Remedy System that is listed in the Inmate Handbook and resubmit another Inmate Grievance Form/ Inmate Inquiry Form.

6. ☐ Your Inmate Grievance Form/ Inmate Inquiry Form was deposited into the _____ Box. Please place your Inmate Grievance Form/ Inmate Inquiry Form into the Box Marked "Inmate Remedy System".

7. ☐ To process, correct or update the NJDOC Telephone IPIN system you need to follow the below process: (Up to 30 days to process forms)
   ☐. NJDOC IPIN Assignments UPDATES will be completed on a quarterly basis within your current facility.
   ☐. Telephone System Discrepancy form can be completed at any time, please return/deposit into the _____.

8. ☐ The information that you submitted must be placed on the **Inmate Inquiry Form or Inmate Grievance Form** and placed into the **Inmate Remedy System Box.** This will ensure proper tracking of your request.

9. ☐ You submitted the attached letter, form or application into the Inmate Remedy System Box. That box is for the Inmate Remedy System Forms (Inmate Grievance Forms/ Inmate Inquiry Forms) only. Please place the letter, form or application into the US Mailbox or _____

10. ☐ You cannot use Inmate Inquiry Forms/ Inmate Grievance Form for DOC disciplinary charges or DOC disciplinary charge appeals.

11. ☐ You submitted your request to the person or department not authorized to handle the Inmate Grievance Forms/ Inmate Inquiry Forms. The form must be placed into the **Inmate Remedy System Box** in order to be processed correctly.

12. ☐ Your request for Face Sheets, Progress Notes, and Psychological or Medical evaluations cannot be processed. That information is provided or conducted during specific times during your incarceration.

13. ☐ Your request for an updated adjusted Max Date and/or Parole Eligibility Date (PED) is being returned because that information is now provided on a monthly basis on your Inmate Trust Account Statement for **informational purposes only.** If you feel your max and/or parole information is in error, justify the error and submit another Inmate Inquiry Form. It should also be noted that your **work & minimum** credits **DO NOT** get updated at the same time as your Inmate Pay.

14. ☐ You cannot write or mark in the shaded area of the Inmate Inquiry Form or Inmate Grievance Form.

15. ☐ Your form is a follow-up question or Appeal to a previous submitted Inmate Grievance Form. You must re-submit your answered form, within 10 days of receipt, with additional information, within Part 4 and place it into the Inmate Remedy System Box for further processing.

16. ☐ This is a duplicate request that is not permitted. Staff is granted up-to a 30-day response time for Inmate Grievance Forms and 15 days for Inmate Inquiry Forms.

17. ☐ The facility uses an approved Institutional/Department form to handle this matter. The form is _____ and the form can be received from your _____

18. ☒ Other _See your NREA Sgt. or Lt. For_

EXHIBIT #C-2

Form: IRSF- 103
N.J.A.C. 10A:1-4

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**INMATE REMEDY SYSTEM**
**REDIRECTION FORM**

Revised 4/2014

INMATE'S NAME: **Eric Hines**          SBI#: **146993B**
Location/Housing Unit: **RHU**

---

**The below corrective information should be used and followed when submitting for information to Institutional staff on a first time basis. Please take the action noted next to the letter X.**

---

1. ☐ You must complete the following form marked below and place it into the correct box or send by Truck Mail.

   ☐ Education/Law Library Form and Box.
   ☐ Office of the Ombudsman, Request Form and Box.
   ☐ DOC Government Records Request Form (OPRA)
   ☐ NJDOC Inquiry Form

   ☐ DOC, Health Services Request Form and Box (MR-007)
   ☐ I/M Claim for Lost, Damage Prop (Form 943-1)
   ☐ Request for copies of Medical/Dental Records (MR 022, 301-XII)

2. ☐ You must submit a NJDOC Job Change Form. Once you have completed the form, it must be handed in to your detail supervisor. **Only** the detail supervisor can turn your request into Classification; **OR** A Staff member must submit a staff referral. The staff member must deliver the referral to the appropriate department. **ONLY** staff members can follow-up on completed forms.

3. ☐ Please see your Unit Social Worker to complete the appropriate forms for programs, other related services, and information to include but not be limited to: Social Security Card, Birth Certificate, ISP, Cage Your Rage, STARS, SEALL, HOPE and Thinking for a Change.

4. ☒ The form you submitted did not contain SPECIFIC information. Please add additional information and resubmit.

5. ☐ Your Inmate Grievance Form/ Inmate Inquiry form contained more than one (1) question, which cannot be handled on the same form. Please familiarize yourself with information on the Remedy System that is listed in the Inmate Handbook and resubmit another Inmate Grievance Form/ Inmate Inquiry Form.

6. ☐ Your Inmate Grievance Form/ Inmate Inquiry Form was deposited into the _____ Box. Please place your Inmate Grievance Form/ Inmate Inquiry Form into the Box Marked "Inmate Remedy System".

7. ☐ To process, correct or update the NJDOC Telephone IPIN system you need to follow the below process: (Up to 30 days to process forms)
   ☐ NJDOC IPIN Assignments UPDATES will be completed on a quarterly basis within your current facility.
   ☐ Telephone System Discrepancy form can be completed at any time, please return/deposit into the _____.

8. ☐ The information that you submitted must be placed on the **Inmate Inquiry Form or Inmate Grievance Form** and placed into the **Inmate Remedy System Box.** This will ensure proper tracking of your request.

9. ☐ You submitted the attached letter, form or application into the Inmate Remedy System Box. That box is for the Inmate Remedy System Forms (Inmate Grievance Forms/ Inmate Inquiry Forms) only. Please place the letter, form or application into the US Mailbox or _____.

10. ☐ You cannot use Inmate Inquiry Forms/ Inmate Grievance Form for DOC disciplinary charges or DOC disciplinary charge appeals.

11. ☐ You submitted your request to the person or department not authorized to handle the Inmate Grievance Forms/ Inmate Inquiry Forms. The form must be placed into the **Inmate Remedy System Box** in order to be processed correctly.

12. ☐ Your request for Face Sheets, Progress Notes, and Psychological or Medical evaluations cannot be processed. That information is provided or conducted during specific times during your incarceration.

13. ☐ Your request for an updated adjusted Max Date and/or Parole Eligibility Date (PED) is being returned because that information is now provided on a monthly basis on your Inmate Trust Account Statement for **informational purposes only.** If you feel your max and/or parole information is in error, justify the error and submit another Inmate Inquiry Form. It should also be noted that your **work & minimum** credits **DO NOT** get updated at the same time as your Inmate Pay.

14. ☐ You cannot write or mark in the shaded area of the Inmate Inquiry Form or Inmate Grievance Form.

15. ☐ Your form is a follow-up question or Appeal to a previous submitted Inmate Grievance Form. You must re-submit your answered form, within 10 days of receipt, with additional information, within Part 4 and place it into the Inmate Remedy System Box for further processing.

16. ☐ This is a duplicate request that is not permitted. Staff is granted up-to a 30-day response time for Inmate Grievance Forms and 15 days for Inmate Inquiry Forms.

17. ☐ The facility uses an approved Institutional/Department form to handle this matter. The form is _____ and the form can be received from your _____.

18. ☒ Other **Inquiry form(s) are given to the Social Worker**

EXHIBIT # C-3

| Form: IRSF-103 | NEW JERSEY DEPARTMENT OF CORRECTIONS | Revised 4/2014 |
|---|---|---|

N.J.A.C. 10A:1-4

**INMATE REMEDY SYSTEM**
**REDIRECTION FORM**

INMATE'S NAME: Eric Himos          SBI#: 146993B

Location/Housing Unit: PHU

---

**The below corrective information should be used and followed when submitting for information to Institutional staff on a first time basis. Please take the action noted next to the letter X.**

---

1. ☐ You must complete the following form marked below and place it into the correct box or send by Truck Mail.

  ☐ Education/Law Library Form and Box.      ☐ DOC, Health Services Request Form and Box (MR-007)
  ☐ Office of the Ombudsman, Request Form and Box.   ☐ I/M Claim for Lost, Damage Prop (Form 943-1)
  ☐ DOC Government Records Request Form (OPRA)    ☐ Request for copies of Medical/Dental Records (MR 022, 301-XII)
  ☐ NJDOC Inquiry Form

2. ☐ You must submit a NJDOC Job Change Form. Once you have completed the form, it must be handed in to your detail supervisor. **Only** the detail supervisor can turn your request into Classification; **OR** A Staff member must submit a staff referral. The staff member must deliver the referral to the appropriate department. **ONLY staff members can follow-up on completed forms.**

3. ☐ Please see your Unit Social Worker to complete the appropriate forms for programs, other related services, and information to include but not be limited to: Social Security Card, Birth Certificate, ISP, Cage Your Rage, STARS, SEALL, HOPE and Thinking for a Change.

4. ☒ The form you submitted did not contain SPECIFIC information. Please add additional information and resubmit.

5. ☐ Your Inmate Grievance Form/ Inmate Inquiry form contained more than one (1) question, which cannot be handled on the same form. Please familiarize yourself with information on the Remedy System that is listed in the Inmate Handbook and resubmit another Inmate Grievance Form/ Inmate Inquiry Form.

6. ☐ Your Inmate Grievance Form/ Inmate Inquiry Form was deposited into the _____ Box. Please place your Inmate Grievance Form/ Inmate Inquiry Form into the Box Marked "Inmate Remedy System".

7. ☐ To process, correct or update the NJDOC Telephone IPIN system you need to follow the below process: (**Up to 30 days to process forms**)
  ☐. NJDOC IPIN Assignments UPDATES will be completed on a quarterly basis within your current facility.
  ☐. Telephone System Discrepancy form can be completed at any time, please return/deposit into the _____.

8. ☐ The information that you submitted must be placed on the **Inmate Inquiry Form or Inmate Grievance Form** and placed into the **Inmate Remedy System Box.** This will ensure proper tracking of your request.

9. ☐ You submitted the attached letter, form or application into the Inmate Remedy System Box. That box is for the Inmate Remedy System Forms (Inmate Grievance Forms/ Inmate Inquiry Forms) only. Please place the letter, form or application into the US Mailbox or _____.

10. ☐ You cannot use Inmate Inquiry Forms/ Inmate Grievance Form for DOC disciplinary charges or DOC disciplinary charge appeals.

11. ☐ You submitted your request to the person or department not authorized to handle the Inmate Grievance Forms/ Inmate Inquiry Forms. The form must be placed into the **Inmate Remedy System Box** in order to be processed correctly.

12. ☐ Your request for Face Sheets, Progress Notes, and Psychological or Medical evaluations cannot be processed. That information is provided or conducted during specific times during your incarceration.

13. ☐ Your request for an updated adjusted Max Date and/or Parole Eligibility Date (PED) is being returned because that information is now provided on a monthly basis on your Inmate Trust Account Statement for **informational purposes only**. If you feel your max and/or parole information is in error, justify the error and submit another Inmate Inquiry Form. It should also be noted that your **work & minimum** credits **DO NOT** get updated at the same time as your Inmate Pay.

14. ☐ You cannot write or mark in the shaded area of the Inmate Inquiry Form or Inmate Grievance Form.

15. ☒ Your form is a follow-up question or Appeal to a previous submitted Inmate Grievance Form. You must re-submit your answered form, within 10 days of receipt, with additional information, within Part 4 and place it into the Inmate Remedy System Box for further processing.

16. ☐ This is a duplicate request that is not permitted. Staff is granted up-to a 30-day response time for Inmate Grievance Forms and 15 days for Inmate Inquiry Forms.

17. ☐ The facility uses an approved Institutional/Department form to handle this matter. The form is _____ and the form can be received from your _____.

18. ☒ Other _____

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
| --- |
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |
| **BUSINESS OFFICE** |
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |
| **CLASSIFICATION** |
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |
| **CUSTODY** |
| Cell Moves |
| General |
| Housing Unit Issues |
| **CUSTODY / MAILROOM** |
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |
| **EDUCATION / LAW LIB** |
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
| --- |
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |
| **MEDICAL / MENTAL HEALTH / DENTAL** |
| Class Sign-up / Completed Programs |
| ☒ Concerns 8th AMENDMENT VIOLATION |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |
| **PAROLE** |
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |
| **RCRP COMM. PROGRAMS** |
| Denial of Program |
| Eligibility Criteria |
| Status of Application |
| **RELIGIOUS SERVICES** |
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |
| **SOCIAL SERVICES** |
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID |
| --- |
| K/S |
| PC |
| STG |
| Visitor Ban |

| VISITS |
| --- |
| Denied Visitors |
| Ex-Offender Visits |
| Issues at Visits |

| OSAPAS |
| --- |
| Living in Balance |
| N/A and A/A |
| Engaging the Family |
| RPP |

**THIS SECTION TO BE COMPLETED BY INMATE**

Inmate Name: ERIC HINES                Date: 7/10/2017
State Number: 665508    SBI#: 1464935
Housing Unit: ACSU CPOD 107 Work Detail Hours: ACSU
REQUEST: ON 12-23-2016 NH TENNITIES FORESTAD THAT DIED
AND CARRIED OUT RETALIATORY ACTS BECAUSE I REFUSE
SECOND OPERATION, STATING "EITHER HAVE THE SECOND OP
ERATION OR SUFFER IN PAIN. I'm STOPPING YOUR PAIN MED
EITHER SUFFER OR HAVE THE OPERATION.

        REDRESS REFUSED TO SUBMITTED

**FOR OFFICIAL USE ONLY**

*(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)*

Date Received: 7-29-17          # 5412023
Staff Receiving Request:

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on:
Check the Daily Appointment Schedule for your name.

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-1

Page: 1

| Ref# 543023 | Housing:SWSP-ECU 1-ECU 1-1032 | Date Created:07/28/2017 |
| --- | --- | --- |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Inquiry | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
7/2?/2017 8:13:19 AM   (T. Stanley) Wrote
(This grievance was created by T. Stanley, ID# 18567 on behalf of the inmate.)

Communications
7/26/2017 8:13:49 AM   (T. Stanley) Wrote
Refused Treatment - See Attached

8/2/2017 9:35:20 AM   (Anthony Thomas) Wrote
Your complaint is regarding a statement that you're claiming happened almost 7 months ago?  This will be reviewed by
medical administration for an action deemed appropriate.  If you are currently having problems with pain, submit a  sick
call slip to be re-evaluated.



**Equal Justice Initiative**

122 Commerce Street
Montgomery, Alabama 36104
334.269.1803

April 24, 2017

Eric Hines, #663508
South Woods State Prison
215 Burlington Road
Bridgeton, New Jersey 8302

Dear Eric Hines:

Thank you for contacting the Equal Justice Initiative (EJI). We get many requests for legal assistance from people who are incarcerated. We have very limited resources and will not be able to provide direct assistance to most people. However, we want you to know that we have received your letter, and if there is anything we can do to provide assistance, we will get in touch with you as soon as we can. **Please do not send additional materials or original documents as we are not able to maintain physical copies of materials we receive. Materials sent to our office will not be maintained or returned.** We regret that our ability to take on new cases is so limited because we recognize that your rights may have been violated and you are dealing with a difficult situation. However, we appreciate your taking the time to contact us and we hope that you find the assistance you need.

Thank you again for your letter.

Sincerely,

Eric Brown
Intake Department

EXHIBIT #E

# Central Jersey
# Legal Services, Inc.

Middlesex Division
**317 George Street – Suite 201**
**New Brunswick, New Jersey 08901-2006**

New Brunswick Area (732) 249-7600
Perth Amboy Area    (732) 324-1613

Janice Chapin, Esq.
**Executive Director**

Fax: (73 2) 249-7966
TDD: (73 2) 249-8167

**Deputy Director**
Richard J. Bennett
**Senior Staff Attorneys**
José G. Abreu
Mildred S. Kwozko
Susan McCue

**Pro Bono Coordinator**
Karen Bieniarz
**Paralegals**
Nidia Hernandez
Mariana C. Leboluschka-Ling
Olga Torres

September 19, 2017

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Rd.
Bridgeton, NJ  08302

Re:  request for assistance

Dear Hines:

You sent a letter to my office asking for help with regard to the situation that you face concerning the care that you are receiving related to your medical condition.  Unfortunately, my office can provide no assistance to you.  Central Jersey Legal Services does provide representation to low income individuals in certain kinds of civil matters but Federal regulations restrict my office from providing any representation to those who are incarcerated.  However, there is a State Office that takes complaints from inmates related to their conditions of confinement and the medical treatment being received or being denied, and that is the Office of the Corrections Ombudsman, PO Box 855, Trenton, NJ, 08625.  The toll free telephone number is 555-555-5555.  I suggest you contact that office and hopefully something can be done to improve your situation.  I regret we cannot be of any further assistance.

Very truly yours,

Richard J. Bennett



## State of New Jersey
### OFFICE OF THE CORRECTIONS OMBUDSMAN
WHITTLESEY ROAD
P.O. BOX 855
TRENTON, NEW JERSEY 08625

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

DAN DIBEN EDETTI
*Corrections Ombudsman*

October 2, 2017

Eric Hines, SBI#146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

Dear Mr. Hines:

This correspondence will acknowledge your telephone call of September 29, 2017 regarding not having received responses to paper Inquiry forms and your concerns about who to send a property claim to.

Please be advised that your property claim form should be sent to Lt. Hugues, the Property Claim Coordinator at South Woods State Prison. After submitting the form, please allow at least four weeks for the investigation to be completed. If you do not receive a response by then, you should submit an Inquiry to Custody, Attn: Lt. Hugues, and request an update on your claim.

With regard to the paper inquiry forms, please be advised that there is no way for this office to track those forms. Now that you have access to JPay however, I would encourage you to submit an Inquiry to Administration, and report that you did not receive responses. There are two paper Inquiries on your record, which was scanned and replied to on JPay. These responses should have been printed and sent to you via the mail.

I trust that this information has been helpful.

Sincerely,

John Blakeslee
Assistant Ombudsman

c:  file

EXHIBIT #G

# NJDOC INMATE INQUIRY FORM

**Must Be Placed In The Inmate Remedy System Box**

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION | |
|---|---|
| | Housing Status |
| | Program Removal |
| | Reinstate Contact Visit |

| BUSINESS OFFICE | |
|---|---|
| | Business Remits / Receipts |
| | Check / Money Order |
| | Fine Payments |
| | Refunds |
| | State Pay |
| ☒ | Statements |

| CLASSIFICATION | |
|---|---|
| | Citizenship |
| | Detainers / Open Charges |
| | Institutional Transfer |
| | Interstate Status |
| | Job Eligibility |
| | Problem w/ Sentence Calc. |
| | Restoration of Comm Time |
| | SASRC |
| | Status |
| | Work Credit |

| CUSTODY | |
|---|---|
| | Cell Moves |
| | General |
| | Housing Unit Issues |

| CUSTODY / MAILROOM | |
|---|---|
| | Status on Purchases |
| | Incoming Mail |
| | Legal Mail |
| | Outgoing Mail |

| EDUCATION / LAW LIB | |
|---|---|
| | Certificates |
| | College Courses / GED / Classes |
| | Programs |
| | Legal Call |
| | Paralegal Assist / Supplies |

| FOOD SERVICES | |
|---|---|
| | Denied / Not Received Diet |
| | Food Allergies |
| | Food Issues / Prep |
| | Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL | |
|---|---|
| | Class Sign-up / Completed Programs |
| | Concerns |
| | Co-Pay Refunds |
| | Emergencies |
| | Eye Glasses |
| | Medical Records |
| | Medication |
| | M007 Form |
| | Referrals |
| | Dental |

| PAROLE | |
|---|---|
| | Address Change / Parole Plan |
| | Opt Out of Parole Hearing |
| | Parole Board Hearings |
| | PED Calculations |

| RCRP COMM. PROGRAMS | |
|---|---|
| | Denial of Program |
| | Eligibility Criteria |
| | Status of Application |

| RELIGIOUS SERVICES | |
|---|---|
| | Certificate Completions |
| | Religious Classifications |
| | Religious Diets |
| | Religious Items |

| SOCIAL SERVICES | |
|---|---|
| | Family Emergency |
| | Marriage Request |
| | Program Enrollment / Completion |
| | Release ID / BC / SSN Card / MVC / Vet Asst. |
| | Release Planning |
| | SSI / SSDI / Affordable Healthcare |
| | TDD |
| | Others |

| SID | |
|---|---|
| | K/S |
| | PC |
| | STG |
| | Visitor Ban |

| VISITS | |
|---|---|
| | Denied Visitors |
| | Ex-Offender Visits |
| | Issues at Visits |

| OSAPAS | |
|---|---|
| | Living in Balance |
| | N/A and A/A |
| | Engaging the Family |
| | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** Evan Hine  **Date:** 2-30-2017

**State Number:** 1665502  **SBI#:** 146198B

**Housing Unit:** C-Pod 102B  **Work Detail Hours:** H-2-2

**REQUEST:** I am asking for six month account statement and prison official signature for a I.F.P. document.

Numerous Requests have been ignored.

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

**THIS FORM CANNOT BE PROCESSED:**

(Usted ha sido citado para entrevista en)
**You have been scheduled for an interview on:** _____
**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

# NJDOC INMATE INQUIRY FORM

EXHIBIT #1 

### Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

### ADMINISTRATION
- Housing Status
- Program Removal
- Reinstate Contact Visit

### BUSINESS OFFICE
- Business Remits / Receipts
- Check / Money Order
- Fine Payments
- Refunds
- State Pay
- ☒ Statements

### CLASSIFICATION
- Citizenship
- Detainers / Open Charges
- Institutional Transfer
- Interstate Status
- Job Eligibility
- Problem w/ Sentence Calc.
- Restoration of Comm Time
- SASRC
- Status
- Work Credit

### CUSTODY
- Cell Moves
- General
- Housing Unit Issues

### CUSTODY / MAILROOM
- Status on Purchases
- Incoming Mail
- Legal Mail
- Outgoing Mail

### EDUCATION / LAW LIB
- Certificates
- College Courses / GED / Classes
- Programs
- Legal Call
- Paralegal Assist / Supplies

### FOOD SERVICES
- Denied / Not Received Diet
- Food Allergies
- Food Issues / Prep
- Proper Special Diet

### MEDICAL / MENTAL HEALTH / DENTAL
- Class Sign-up / Completed Programs
- Concerns
- Co-Pay Refunds
- Emergencies
- Eye Glasses
- Medical Records
- Medication
- M007 Form
- Referrals
- Dental

### PAROLE
- Address Change / Parole Plan
- Opt Out of Parole Hearing
- Parole Board Hearings
- PED Calculations

### RCRP COMM. PROGRAMS
- Denial of Program
- Eligibility Criteria
- Status of Application

### RELIGIOUS SERVICES
- Certificate Completions
- Religious Classifications
- Religious Diets
- Religious Items

### SOCIAL SERVICES
- Family Emergency
- Marriage Request
- Program Enrollment / Completion
- Release ID / BC / SSN Card / MVC / Vet Asst.
- Release Planning
- SSI / SSDI / Affordable Healthcare
- TDD
- Others

| SID | VISITS | OSAPAS |
|---|---|---|
| K/S | Denied Visitors | Living in Balance |
| PC | Ex-Offender Visits | N/A and A/A |
| STG | Issues at Visits | Engaging the Family |
| Visitor Ban | | RPP |

### THIS SECTION TO BE COMPLETED BY INMATE

**Inmate Name:** _____ **Date:** _____

**State Number:** _____ **SBI#:** _____

**Housing Unit:** _____ **Work Detail Hours:** _____

**REQUEST:** _____

_____

_____

_____

_____

### FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

**Date Received:**

**Staff Receiving Request:**

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)

**You have been scheduled for an interview on:** _____

**Check the Daily Appointment Schedule for your name.**

**Staff Response:**

_____

_____

_____

_____

_____

**IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING UNIT SOCIAL WORKER**
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU TRABAJADOR SOCIAL DE UNIDAD)

11/03/2017 08:29 **DEPARTMENT OF CORRECTIONS** **Page** 1 **Of** 27

COIHUDS **SOUTH WOODS STATE PRISON** OTRTASTA

### TRUST ACCOUNT STATEMENT

**STATEMENT DATE:** 05/01/2017  -  11/03/2017

| | | | |
|---|---|---|---|
| **SBI #:** 000146993B | **Name:** HINES, ERIC | **DOB:** | 06/14/1965 |
| **LOCATION:** SWSP-ACSU-C POD-1030 C | | **INM#** | 663508 |
| **PED:** 04/14/2027 | **As of Date:** 04/14/2027 | **Max Date:** 04/14/2027 | |

| LOCATION SUB ACCOUNT | | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| SWSP | 2101 SPENDABLE | 0.00 | 0.00 | |
| SWSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| SWSP | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| COPL | LEGAL COPY LOAN | 05/13/2003 | @ BSP | 16.49 | 16.49 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 05/19/2003 | @ BSP | 4.75 | 4.75 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 04/17/2003 | @ CRAF | 22.24 | 22.24 | 0.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 06/16/2005 | @ CRAF | 15.00 | 15.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 06/16/2005 | @ CRAF | 7.00 | 7.00 | 0.00 | ACTIVE |
| COL | COMMISSARY LOAN | 04/23/2015 | @ EJSP | 1.99 | 0.00 | 1.99 | ACTIVE |
| MEDL | MEDICAL LOAN | 12/13/2010 | @ EJSP | 45.86 | 40.73 | 5.13 | ACTIVE |
| RXL | PHARMACY LOAN | 12/13/2010 | @ EJSP | 41.00 | 29.00 | 12.00 | ACTIVE |
| DDL | DENTAL LOAN | 12/05/2011 | @ EJSP | 15.00 | 15.00 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 01/09/2012 | @ EJSP | 153.33 | 9.39 | 143.94 | ACTIVE |
| COPL | LEGAL COPY LOAN | 04/04/2012 | @ EJSP | 169.46 | 35.38 | 134.08 | ACTIVE |
| IDL | ID CARD LOAN | 10/24/2012 | @ EJSP | 1.81 | 0.00 | 1.81 | ACTIVE |
| MEDL | MEDICAL LOAN | 06/21/2006 | @ NJSP | 5.00 | 5.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 06/21/2006 | @ NJSP | 1.00 | 1.00 | 0.00 | ACTIVE |
| COL | COMMISSARY LOAN | 06/30/2005 | @ SSCF | 23.35 | 23.35 | 0.00 | ACTIVE |
| MEDL | MEDICAL LOAN | 07/07/2005 | @ SSCF | 5.00 | 5.00 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 07/07/2005 | @ SSCF | 2.00 | 2.00 | 0.00 | ACTIVE |
| DDL | DENTAL LOAN | 08/01/2016 | @ SWSP | 5.00 | 0.00 | 5.00 | ACTIVE |
| COL | COMMISSARY LOAN | 11/29/2006 | @ SWSP | 16.63 | 16.63 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 06/12/2007 | @ SWSP | 56.39 | 9.39 | 47.00 | ACTIVE |
| COPL | LEGAL COPY LOAN | 06/19/2007 | @ SWSP | 16.70 | 3.20 | 13.50 | ACTIVE |
| MEDL | MEDICAL LOAN | 07/12/2007 | @ SWSP | 98.30 | 57.87 | 40.43 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 11/02/2007 | @ SWSP | 13.16 | 2.52 | 10.64 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| TCF | TRANSACTION COLLECTION FEE | 06032005 | @CRAF | 0.00 | | UNLIMITED | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A-000446-13T4 | | 5.37 | 5.37 | 0.00 | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 09272010 | @EJSP | 6.50 | | UNLIMITED | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | Cam-09-10-03535-i | | 78.00 | 78.00 | 0.00 | ACTIVE |
| CDRC | $100 CRIMINAL DISP. AND REV. COLLECTION | Cam-09-10-03535-i | | 6.00 | 6.00 | 0.00 | ACTIVE |
| VWAF | $100 VICTIMS AND WITNESS ADVOCACY FUND | Cam-09-10-03535-i | | 16.00 | 16.00 | 0.00 | ACTIVE |

11/03/2017  08:29          **DEPARTMENT OF CORRECTIONS**        **Page**    2 **Of**    27

COIHUDS                **SOUTH WOODS STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 05/01/2017   -  11/03/2017

**SBI #:** 000146993B        **Name:** HINES, ERIC              **DOB:**      06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1030 C                        **INM#**    663508

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|------|---------|---------------------|-----------------|-------------|--------------|--------|
| VCCBX | >100 VICTIMS OF CRIME COMPENSATION BOARD | Cam-09-10-03535-i | 100.00 | 100.00 | 0.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | Cam-09-10-03535-i | 30.00 | 30.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | Cam-09-10-03535-i | 225.00 | 0.00 | 225.00 | ACTIVE |
| VCCB | $100 VICTIMS OF CRIME COMPENSATION BOARD | 11/23/99 09:03:59 1 | 66.26 | 66.26 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 11/23/99 09:04:03 1 | 150.00 | 150.00 | 0.00 | ACTIVE |
| FS | FINE - STATE | 11/23/99 09:04:05 1 | 750.00 | 0.00 | 750.00 | ACTIVE |
| CREST | COURT ORDERED RESTITUTION | 11/23/99 15:05:57 3 | 1,229.76 | 1,229.76 | 0.00 | ACTIVE |
| OTF | OBLIGATION TRANSACTION FEE | 05022000 @NJPA | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06142006 @NJSP | | 1.50 | UNLIMITED | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 98-10-03861-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 98-10-03861-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 98-10-03861-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 98-10-03861-I | 75.00 | 32.56 | 42.44 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 98-10-03861-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| FLF | FORENSIC LAB FEES | 98-10-03861-I | 50.00 | 0.00 | 50.00 | ACTIVE |
| DEDR | DRUG ENFORCEMENT | 98-10-03861-I | 1,000.00 | 0.00 | 1,000.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-06-01753-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-06-01753-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 99-06-01753-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-06-01753-I | 75.00 | 0.00 | 75.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 99-06-01753-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-08-00585-I | 78.00 | 78.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-08-00585-I | 6.00 | 6.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 99-08-00585-I | 16.00 | 16.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-08-00585-I | 150.00 | 0.00 | 150.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & EQUIP. FUND | 99-08-00585-I | 30.00 | 30.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 99-11-03522-Z | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 99-11-03522-Z | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 99-11-03522-Z | 8.00 | 8.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 99-11-03522-Z | 75.00 | 0.00 | 75.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | 04-03-01124-I | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | 04-03-01124-I | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | 04-03-01124-I | 8.00 | 8.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | 04-03-01124-I | 75.00 | 0.00 | 75.00 | ACTIVE |
| LEOTEF | LAW ENFOR. OFR. TRAIN. & | 04-03-01124-I | 30.00 | 30.00 | 0.00 | ACTIVE |

11/03/2017 08:29          **DEPARTMENT OF CORRECTIONS**          **Page**    3 **Of**    27

COIHUDS                   **SOUTH WOODS STATE PRISON**                      OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 05/01/2017    -  11/03/2017

**SBI #:** 000146993B          **Name:** HINES, ERIC          **DOB:**    06/14/1965

**LOCATION:** SWSP-ACSU-C POD-1030 C                          **INM#**    663508

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / | INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|------|---------|--------|-------------|-----------------|-------------|--------------|--------|
| | EQUIP. FUND | | | | | | |
| TCF | TRANSACTION COLLECTION FEE | 11172016 | @NSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06232005 | @SSCF | | 3.50 | UNLIMITED | · ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 11272006 | @SWSP | | 26.50 | UNLIMITED | ACTIVE |

11/03/2017 08:29          **DEPARTMENT OF CORRECTIONS**          **Page**      4 **Of**      27

COIHUDS                      **SOUTH WOODS STATE PRISON**                    OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 05/01/2017   -  11/03/2017

| **SBI #:** 000146993B | **Name:** HINES, ERIC | **DOB:** | 06/14/1965 |
|---|---|---|---|
| **LOCATION:** SWSP-ACSU-C POD-1030 C | | **INM#** | 663508 |

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 05/01/2017 | SWSP | COPL | LEGAL COPIES LOAN | 3.40 | 3.40 |
| 05/01/2017 | SWSP | LC | LEGAL COPIES | (3.40) | 0.00 |
| 06/02/2017 | SWSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:72764852 | 17.00 | 17.00 |
| 06/02/2017 | SWSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 2.00 |
| 06/02/2017 | SWSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 17.00 |
| 06/02/2017 | SWSP | DED | DEDUCTION-SNSF-98-10-03861-I D | (1.70) | 15.30 |
| 06/02/2017 | SWSP | DED | DEDUCTION-MEDL-07122007 D | (0.30) | 15.00 |
| 06/06/2017 | SWSP | CRS | COMMISSARY SALE - ORD #8720792CAN1 | (14.28) | 0.72 |
| 06/25/2017 | SWSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:73581080 | 17.00 | 17.72 |
| 06/25/2017 | SWSP | DED | DEDUCTION-SNSF-98-10-03861-I D | (1.70) | 16.02 |
| 06/25/2017 | SWSP | DED | DEDUCTION-MEDL-07122007 D | (15.30) | 0.72 |
| 07/11/2017 | SWSP | COPL | LEGAL COPIES LOAN | 1.28 | 2.00 |
| 07/11/2017 | SWSP | LC | LEGAL COPIES | (2.00) | 0.00 |
| 07/17/2017 | SWSP | RXL | PHARMACY LOAN | 6.00 | 6.00 |
| 07/17/2017 | SWSP | RX | AUTOPAYMENT: RX 10-JUL-17 | (6.00) | 0.00 |
| 07/18/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 07/18/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |
| 07/24/2017 | SWSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 07/24/2017 | SWSP | MED | AUTOPAYMENT: MED 12-JUL-17 | (5.00) | 0.00 |
| 07/31/2017 | SWSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 07/31/2017 | SWSP | MED | AUTOPAYMENT: MED 26-JUL-17 | (5.00) | 0.00 |
| 08/01/2017 | SWSP | COPL | LEGAL COPIES LOAN | 0.50 | 0.50 |
| 08/01/2017 | SWSP | LC | LEGAL COPIES | (0.50) | 0.00 |
| 08/14/2017 | SWSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 08/14/2017 | SWSP | MED | AUTOPAYMENT: MED 10-AUG-17 | (5.00) | 0.00 |
| 08/14/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 08/14/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |
| 08/21/2017 | SWSP | COPL | LEGAL COPIES LOAN | 0.20 | 0.20 |
| 08/21/2017 | SWSP | LC | LEGAL COPIES | (0.20) | 0.00 |
| 09/01/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 09/01/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |
| 09/12/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 09/12/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |
| 09/15/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 09/15/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |
| 09/20/2017 | SWSP | LGLML | LEGAL MAIL LOAN | 0.49 | 0.49 |
| 09/20/2017 | SWSP | POS | POSTAGE | (0.49) | 0.00 |

11/03/2017 08:29 **DEPARTMENT OF CORRECTIONS** **Page** 5 **Of** 27

COIHUDS **SOUTH WOODS STATE PRISON** OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 05/01/2017 - 11/03/2017

**SBI #:** 000146993B **Name:** HINES, ERIC **DOB:** 06/14/1965
**LOCATION:** SWSP-ACSU-C POD-1030 C **INM#** 663508

**TRANSACTION DESCRIPTIONS** **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| 09/25/2017 | SWSP | MEDL | MEDICAL LOAN | 1.00 | 1.00 |
| 09/25/2017 | SWSP | MED | AUTOPAYMENT: MED 18-SEP-17 | (1.00) | 0.00 |
| 10/09/2017 | SWSP | MEDL | MEDICAL LOAN | 2.00 | 2.00 |
| 10/09/2017 | SWSP | MED | AUTOPAYMENT: MED 06-OCT-17 | (2.00) | 0.00 |
| 10/10/2017 | SWSP | COPL | LEGAL COPIES LOAN | 0.80 | 0.80 |
| 10/10/2017 | SWSP | LC | LEGAL COPIES | (0.80) | 0.00 |
| 10/17/2017 | SWSP | COPL | LEGAL COPIES LOAN | 0.60 | 0.60 |
| 10/17/2017 | SWSP | LC | LEGAL COPIES | (0.60) | 0.00 |
| 10/30/2017 | SWSP | COPL | LEGAL COPIES LOAN | 1.20 | 1.20 |
| 10/30/2017 | SWSP | LC | LEGAL COPIES | (1.20) | 0.00 |

**TRANSACTION DESCRIPTIONS** **2102 WORK RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| | | | BEGINNING BALANCE: | | 0.00 |

**TRANSACTION DESCRIPTIONS** **2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| | | | BEGINNING BALANCE: | | 0.00 |

**SWSP BUSINESS OFFICE** ~~(Note to applicant:~~ forward a copy of this accounts Certification Form to each institution in

**215 BURLINGTON ROAD SOUTH** ~~at which you are confined~~ nfined for the six-month period prior to the date of this application).

**BRIDGETON, NJ 08302**

## ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____11 - 3 - 17_____          _____

{date}                                          Authorized Officer of Institution

**SUPV. OF ACCOUNTS**

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915 (b)(2) (April 26, 1996). Pursuant to that statute, once a initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire fee has been paid.

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NJ 08302

Hasler
11/10/2017
US POSTAGE
FIRST-CLA
$02.
ZIP 08
011D116



CLERK, UNITED STATES DISTRICT COURT
P.D. BOX 2797
CAMDEN, NJ 08101

RECEIVE
NOV 14 2017
AT 8:30
WILLIAM T. WALSH CLE