2·20·2018

Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Rd.
Bridgeton, N.J. 08302



Clerk.
United State District Court
P.O. Box 2797
Camden, N.J. 08101

RE: Requesting copy of Eric Hines v. Gary M. Lanigan, et al., Civil Action No. 17-2864 (NLH) Do to follow reason. Or inform me how to get copy.?

Dear Clerk,

Please be advised for one year and two month, I've been housed in Administrative Close Supervision Unit. The latest injustice was committed on 10·30·2017, All document dealing with said complaint were confiscated on so-call, cell search which they now claim has been destroyed.

Every inquiry and administrative appeal has been return for either, stating know situation or complaint happen on said date. Or corrective form stating explain more. Which I'm unable to comply, because I don't have the complaint.

Please send me a copy of complaint, for said reason, so I may comply with request