ERIC HINES # 663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON RD.
BRIDGETON, N.J. 08302

S JERSEY
NJ 080
22 FEB '18
PM 4 L

Hasler
02/22/2018
US POSTAGE

FIRST-CLASS MAIL
$00.50⁰



ZIP 08302
011D11648001

RECEIVED
FEB 23 2018
AT 8:30_____M
WILLIAM T. WALSH, CLERK

CLERK,
UNITED STATE DISTRICT COURT
P.O. BOX 2797
CAMDEN, N.J. 08101

08101-279797