Eric Hines #663508/146993B
South Woods State Prison
215 Burligton Road So.
Bridgeton, NJ 08302

9/7/2018
RECEIVED
SEP 10 2018
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Honorable, Noel L. Hillmen, U.S.D.J.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Re: Status Of <u>Eric Hines v. Gary M. Lanigan, et al.</u>,
    <u>Civ. No. 17-2864 (NLH)</u>

Dear Clerk,

    Please be advised, at this time a request is being made to know said status of case. Eric Hines v. Gary M. Lanigan, Civ. No. 17-2864 (NLH).
    This case has been in SUA SPONTE since November 15, 2017. Also because of ongoing Constitutional Violation, retaliation against ADA and Rehabilitation Act, Deliberate Indifference to serious medical needs. Coupled with Plaintiff injuries, Plaintiff is awaiting paralegal to finish Motion for Leave to file Amended and Supplemental Complaint. Plaintiff is a person with significant history of lower extremity quadriplegia, who wears diapers, use catheters.
    This letter has been prepared for Mr. Eric Hines, by a paralegal working for Soth Woods State Prison.

                                          Eric Hines

```
c Hines#663508/146993B
th Woods State Prison
 Burligton Road So.
dgeton, NJ 08302
```

S JERSEY
NJ 080
07 SEP '18
PM 5 L

Hasler  FIRST-CLASS MAIL
09/07/2018
US POSTAGE  $00.50

ZIP 08302
011D11648001

Clerk, UNITED STATES DISTRICT COURT
P.O. Box 2797
Camden, New Jersey 08101

RECEIVED
SEP 10 2018
AT 8:30 M
WILLIAM T. WALSH, CLERK

08101-279797