Eric Hines #663508/146993B                          11/21/2018
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625-0861

Clerk of the Court
United States District Court
P.O. Box 2797
Camden NJ 08101

RE: Eric Hines v. Gary M. Lanigan, et al.,
    Civ. No. 17-2864 (NLH)
    ( change of address )

Dear Clerk,

    Please be advised on November 8, 2018, a legal correspondence was addressed to the Court, concerning Motion submitted to Court requesting Amended Complaint and Supplemental brief be filed. Also requesting to know status of SUA SPONTE screening. I am writing said correspondence because, the very next morning I was moved to the address above. I have yet to receive the Courts reply, so please address all correspondence to new address.

    Thanking you for all of your anticipated help in the above caption matter.


cc: file                                            Eric Hines

Eric Hines #663508/146993B
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

TRENTON NJ 085

28 NOV 2018 PM 4 L



Clerk of the Court
United States District Court
P.O. Box 2797
Camden, NJ 08101

RECEIVED
NOV 30 2018
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK



08101-279797