```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                    :
ERIC HINES,                         :
                                    :      Civil Action No. 17-2864 (NLH)
                Plaintiff,          :
                                    :
        v.                          :      ORDER
                                    :
GARY LANIGAN, et al.,               :
                                    :
                Defendants.         :
_____:
```

It appearing that:

1.  Plaintiff initiated this civil rights action by a cover letter, a certification, inmate grievance forms, and a request to proceed in forma pauperis.  See ECF No. 1.  Plaintiff's initial filing did not appear to include a complaint.

2.  Since then, Plaintiff has filed both an Amended Complaint, ECF No. 7, and a later Motion to Amend Complaint, ECF No. 10.

3.  Leave to amend a complaint pursuant to Federal Rule of Civil Procedure 15 is authorized before a responsive pleading has been filed.  See Fed. R. Civ. P. 15(a)(1).  The Court will thus grant Plaintiff leave to file one, all-inclusive, amended complaint that conforms to the Federal Rules of Civil Procedure.

4.  The Court will also direct the Clerk's Office to provide Plaintiff a blank form for a civil rights complaint to be utilized in any future filing of an amended complaint.

1

IT IS THEREFORE on this <u>    18th    </u> day of <u>January</u>, 2019,

ORDERED that Plaintiff's Motion to Amend, ECF No. 10, is GRANTED.

ORDERED that Plaintiff is granted leave to file one, all-inclusive amended complaint; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Prisoner Civil Rights Complaint (DNJ-ProSe-006)," to be used by Plaintiff in any future amended complaint; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint; and it is further

ORDERED that the Clerk of the Court shall serve Plaintiff with copies of this Order via regular mail.

At Camden, New Jersey

s/ Noel L. Hillman<br>
NOEL L. HILLMAN, U.S.D.J.