UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
FEB - 4 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

ERIC HINES,
      PLAINTIFF,

v.

GARY LANIGAN, et AL.,
      DEFENDANTS.

CIVIL ACTION NO. 17-2864 (NLH)

RE: REQUEST EXTENSION TO NOTICEFY ATTORNEY CHARLES H. LANDESMAN, WHO HAS JUST BEEN RETAINED.

DEAR COURT CLERK,

    PLEASE BE ADVISED NEW JERSEY STATE PRISON, MOVED ME BACK TO SOUTH WOODS STATE PRISON; WERE COMPLAINTS AND PREA ACT, RETALITORY ACT, THREATS, ACCURED. ONCE RETURNED HERE ON JANUARY 16, 2019 HOUSED ON B-POD, WAS GIVEN NOTHING NOT EVEN A CHANGE OF UNDERWEAR MORE LEST ENVOLEPE TO TO NOTIFY THE COURT OR ATTORNEY MR. CHARLES H. LANDESMAN WHO PLAINTIFF WAS IN THE PROCESS OF RETAINING. IT IS NOW JANUARY 29, 2019 PLEASE SEE ENCLOSED "YELLOW SEALED CORRESPONDENCE SLIP" WHICH CONFIRM DATE OF ACCESS TO PLAINTIFF. PLEASE UNDERSTAND I HAVE NOTIFIED MR. LANDESMAN OF THE SITUATION, BY WAY OF CORRESPONDENCE. SO FOR THE ABOVE REASONS PLAINTIFF IS REQUESTING A EXTENTION FOR MR. CHARLES H. LANDESMAN TO RESPOND, AND A REQUEST FOR THE COURTS TO NOTIFY MR. LANDESMAN AT 360 KEARNY AVENUE, KEARNY, NJ 07032.

    BECAUSE OF RETALITORY ACT, OFFICERS CONFISCATION OF ALL OF PLAINTIFF PERSONAL PROPERTY AND LEGAL WORK, AND BEING CONFINED TO CELL 23½ HOURS A DAY. LEAVE PLAINTIFF AT A DISADVANAGE.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I HEREBY CERTIFY THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

CC: CHARLES H. LANDESMAN, ESQ
    JANUARY 28, 2019

*Eric Hines*

# SEALED CORRESPONDENCE

SWSP 18-07

SOUTH WOODS STATE PRISON • 215 BURLINGTON ROAD SOUTH • BRIDGETON, NJ 08302-0379

Date Received:

## SEALED CORRESPONDENCE

### TO BE OPEN IN THE PRESENCE OF ADDRESSEE ONLY

Inmate's Name: Henry

Number: 663508    Location: Unit C

Sender's Name: U.S. District Court Clerk

Address: Camden NJ

(X) Legal    ( ) Return to Sender    ( ) Certified    ( ) Registered

( ) UPS    ( ) FEDEX    ( ) USPS

\# _____

### I HAVE RECEIVED THE ABOVE CORRESPONDENCE:

_____    _____
Inmate's Signature                Inmate's Number

WHITE COPY - RETURN TO MAILROOM        YELLOW COPY - INMATE

ERIC HINES
#663505/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SO.
BRIDGETON, NJ 08302

NEOPOST  FIRST-CLASS MAIL
02/01/2019
US POSTAGE $000.55⁰

ZIP 08302
041M11297259

CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

RECEIVED
FEB - 4 2019
AT 8:30
WILLIAM T. WALSH, CLERK



08101-279797