CHARLES H. LANDESMAN
Attorney for Plaintiff
360 Kearny Avenue
Kearny, New Jersey 07032
(201) 991-5343
charles@landesmanlaw.com

IN THE UNITED STATES DISTRICT COURT

District of New Jersey
(Vicinage of Camden)

| | |
|---|---|
| ERIC HINES, | CIVIL ACTION NO.: 17-2864 (NLH) |
| Plaintiff, | |
| v. | |
| GARY LANIGAN, et al., | Civil Action |
| | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned, Charles H. Landesman hereby enters his appearance as attorney for plaintiff, Eric Hines, in the above matter.

Dated: February 22, 2019          By: _____
                                  Charles H. Landesman
                                  Attorney for Plaintiff