# LAW, FROELICH & LANDESMAN

ATTORNEYS AT LAW
360 KEARNY AVENUE
KEARNY, NJ 07032-2602

FREDERICK T. LAW (1931-1964)
RICHARD FROELICH (1931-1982)
CHARLES H. LANDESMAN
Attorney ID No. 216281963

201-991-5343
201-997-1681
FAX: 201-991-0674

E-Mail: **Charles@landesmanlaw.com**

February 22, 2019

Honorable Noel L. Hillman, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6030
4th & Cooper Streets
Camden, New Jersey 08101

Re: Eric Hines v. Gary Lanigan, et al.
Civil Action No.: 17-2864 (NLH)

Dear Judge Hillman:

Enclosed please find a courtesy copy of a Notice of Appearance in the above matter that has been filed with the court. I note that you had given the plaintiff 30 days to file an amended complaint and that the time for doing so has expired as of February 17, 2019. I am requesting an additional 30 days to file an amended complaint on behalf of plaintiff.

Thank you for your consideration.

Respectfully yours,

Charles H. Landesman

CHL/vr
Enclosure
cc: Eric Hines