```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ERIC HINES, | No. 17-cv-2864 (NLH)(JS) |
| Plaintiff, | |
| v. | ORDER |
| GARY M. LANIGAN, et al., | |
| Defendants. | |

1.   Federal law requires this Court to screen Plaintiff's Amended Complaint for <u>sua sponte</u> dismissal prior to service, and to dismiss any claim if that claim fails to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6) and/or to dismiss any defendant who is immune from suit.  <u>See</u> 28 U.S.C. § 1915A.  The Court has screened the Amended Complaint in this action for dismissal and has determined that it should proceed.

   IT IS therefore on this   5th   day of <u>April</u>, 2019,

   ORDERED that the Amended Complaint, ECF No. 18, shall proceed; and it is further

   ORDERED that, the Clerk shall mail to Plaintiff a transmittal letter explaining the procedure for completing United States Marshal ("Marshal") 285 Forms ("USM-285 Forms"); and it is further

   ORDERED that, once the Marshal receives the USM-285 Form(s) from Plaintiff and the Marshal so alerts the Clerk, the Clerk

shall issue summons in connection with each USM-285 Form that has been submitted by Plaintiff, and the Marshal shall serve summons, the Complaint and this Order to the address specified on each USM-285 Form, with all costs of service advanced by the United States[1]; and it is further

ORDERED that Defendants shall file and serve a responsive pleading within the time specified by Federal Rule of Civil Procedure 12; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(e)(1), the Clerk shall notify Plaintiff of the opportunity to apply in writing to the assigned judge for the appointment of pro bono counsel; and it is further

ORDERED that, if at any time prior to the filing of a notice of appearance by Defendants, Plaintiff seeks the appointment of pro bono counsel or other relief, pursuant to Fed. R. Civ. P. 5(a) and (d), Plaintiff shall (1) serve a copy of the application by regular mail upon each party at his last known address and (2) file a Certificate of Service[2]; and it is further

---

[1] Alternatively, the U.S. Marshal may notify Defendants that an action has been commenced and request that Defendants waive personal service of a summons in accordance with Fed. R. Civ. P. 4(d).

[2] After an attorney files a notice of appearance on behalf of a Defendant, the attorney will automatically be electronically served all documents that are filed in the case.

ORDERED that the Clerk of the Court shall serve Plaintiff with a copy of this Order via regular mail.


At Camden, New Jersey
        s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.