AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

HINES

*Plaintiff*

v.

LANIGAN

*Defendant*

**Civil Action 1:17-cv-02864-NLH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**GARY M. LANIGAN**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

    &Prime; I personally served the summons on the individual at *(place)*

_____ on *(date)*                    ; or

    &Prime; I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

    &Prime; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)*                    ; or

    &Prime; I returned the summons unexecuted because _____ ; or

    &Prime; Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

＞ I personally served the summons on the individual at *(place)*

on *(date)* ; or

＞ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

＞ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

＞ I returned the summons unexecuted because ; or

＞ Other *(specify):*

.

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

HINES
_____
*Plaintiff*

v.

LANIGAN
_____
*Defendant*

**Civil Action 1:17-cv-02864-NLH**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**MS. BONDS**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

HINES
_____
*Plaintiff*

v.

LANIGAN
_____
*Defendant*

**Civil Action 1:17-cv-02864-NLH**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**MD SHARMALIE PERERA**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❧ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❧ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❧ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❧ I returned the summons unexecuted because _____ ; or

    ❧ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____District of New Jersey_____

|  |  |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**DR. ALNOCHAWATI**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   ˲  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ˲  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ˲  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ˲  I returned the summons unexecuted because _____ ; or

   ˲  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | Civil Action 1:17-cv-02864-NLH |
| *Plaintiff* | |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**DR. MILLER**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

    ˃ I personally served the summons on the individual at *(place)*

                              on *(date)* ; or

    ˃ I left the summons at the individual's residence or usual place of abode with *(name)*

                             , a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

    ˃ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

                              on *(date)* ; or

    ˃ I returned the summons unexecuted because ; or

    ˃ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

                                                *Server's signature*

                                                *Printed name and title*

                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**DR. DIAZ**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHARLES HARRY LANDESMAN**
**LAW, FROELICH & LANDESMAN**
**360 KEARNY AVENUE**
**KEARNY, NJ 07032**
**(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

> I personally served the summons on the individual at *(place)*

_____                    on *(date)*            ; or

> I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*             , and mailed a copy to the individual's last known address; or

> I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____                    on *(date)*            ; or

> I returned the summons unexecuted because                                    ; or

> Other *(specify):*


My fees are $              for travel and $              for services, for a total of $              .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**JENNIFER FAIRSTEAD**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⌐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

⌐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⌐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

⌐  I returned the summons unexecuted because _____ ; or

⌐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | Civil Action 1:17-cv-02864-NLH |
| *Plaintiff* | |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SCO. MARVIN**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHARLES HARRY LANDESMAN
LAW, FROELICH & LANDESMAN
360 KEARNY AVENUE
KEARNY, NJ 07032
(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    &#42;   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    &#42;   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    &#42;   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    &#42;   I returned the summons unexecuted because _____ ; or

    &#42;   Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

|  |  |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SCO. WATERS**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

    &#8883;  I personally served the summons on the individual at *(place)*

                                                                on *(date)*                    ; or

    &#8883;  I left the summons at the individual's residence or usual place of abode with *(name)*

                                            , a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

    &#8883;  I served the summons on *(name of individual)*                                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                 on *(date)*                    ; or

    &#8883;  I returned the summons unexecuted because                                                              ; or

    &#8883;  Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date:                              

                                                         *Server's signature*

                                                       *Printed name and title*

                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

### SCO. PERRY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

      &#8250;  I personally served the summons on the individual at *(place)*

                                     on *(date)*                              ; or

      &#8250;  I left the summons at the individual's residence or usual place of abode with *(name)*

                                 , a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

      &#8250;  I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                     on *(date)*                              ; or

      &#8250;  I returned the summons unexecuted because                              ; or

      &#8250;  Other *(specify):*

My fees are $                 for travel and $                 for services, for a total of $                 .

I declare under penalty of perjury that this information is true.

Date:

                                           *Server's signature*

                                           *Printed name and title*

                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____District of New Jersey_____

|  |  |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**J. SGT. VALLIE**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

➢  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

➢  I left the summons at the individual's residence or usual place of abode with *(name)*

_____   , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

➢  I served the summons on *(name of individual)* _____   , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

➢  I returned the summons unexecuted because _____   ; or

➢  Other *(specify):*



My fees are $ _____   for travel and $ _____   for services, for a total of $ _____   .


I declare under penalty of perjury that this information is true.


Date: _____                          _____
                                                                *Server's signature*

                                                       _____
                                                                *Printed name and title*


                                                       _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

### SID. PETIT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **CHARLES HARRY LANDESMAN**
> **LAW, FROELICH & LANDESMAN**
> **360 KEARNY AVENUE**
> **KEARNY, NJ 07032**
> **(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

    ˮ  I personally served the summons on the individual at *(place)*

                                                on *(date)*                          ; or

    ˮ  I left the summons at the individual's residence or usual place of abode with *(name)*

                                    , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

    ˮ  I served the summons on *(name of individual)*                                                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                on *(date)*                          ; or

    ˮ  I returned the summons unexecuted because                                                                     ; or

    ˮ  Other *(specify):*

          .

My fees are $                  for travel and $                  for services, for a total of $                  .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____District of New Jersey_____

| | |
|---|---|
| HINES | |
| *Plaintiff* | **Civil Action 1:17-cv-02864-NLH** |
| v. | |
| LANIGAN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**NJ Department of Corrections**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CHARLES HARRY LANDESMAN**
**LAW, FROELICH & LANDESMAN**
**360 KEARNY AVENUE**
**KEARNY, NJ 07032**
**(201) 991-5343**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date 4/30/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* .

➢ I personally served the summons on the individual at *(place)*

on *(date)* ; or

➢ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

➢ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

➢ I returned the summons unexecuted because ; or

➢ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: