# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eric Hines | 17-2864 (NLH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gary Lanigan, et al | Summons + complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ S.C.O. Waters

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
South Woods State Prison 215 Burlington Ave South Bridgeton, NJ 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles H. Landesman, Esq
360 Kearny Ave
Kearny, NJ 07032

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 201-991-5313
DATE: 4/17/19

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 150 | No. 150 | | 4/30/19 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Linen "Executive Assistant"

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 5/3/19 | 10:30 | am |

Signature of U.S. Marshal or Deputy
M. King

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $55.20 | | $120.20 | | | |

REMARKS:

---

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Eric Hines | COURT CASE NUMBER: 17-2864 (NLH) |
| DEFENDANT: Gary Lanigan, Et al. | TYPE OF PROCESS: Summons + Complaint |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: S.C.O. Marin

AT ADDRESS: South Woods State Prison, 215 Burlington Ave S., Bridgeton, NJ 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Charles H. Landesman, Esq.
360 Kearny Ave
Kearny NJ 07032

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 10
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
(defendant incorrectly designated as SCO Marvin in the complaint.)

Signature of Attorney: *Charles H. [signature]* atty
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 201-991-5343
DATE: 4/17/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 50
District to Serve No.: 50
Date: 4/30/19

☑ I hereby certify and return that I have personally served...

Name and title of individual served: Linda Libeth "Executive Assistant"

Date of Service: 5/3/19
Time: 10:30 am
Signature of U.S. Marshal or Deputy: M. Kozyra

Service Fee: $65.00
Total Mileage Charges: $55.20
Total Charges: $120.20

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)