**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

① 

| | |
|---|---|
| PLAINTIFF: Eric Hines | COURT CASE NUMBER: 17-2864 (NLH) |
| DEFENDANT: Gary Lanigan, et al. | TYPE OF PROCESS: Summons + Complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Gary Lanigan
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** NJ. Dept of Corrections Whittlesey Rd Trenton, NJ 08625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles H. Landesman, Esq
360 Kearny Ave
Kearny, NJ 07032

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

"Official Capacity"

RECEIVED
JUN - 3 2019
AT 8:30 ___ M
WILLIAM T. WALSH CLERK

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 201-991-5343   DATE: 4/17/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: 1 | District of Origin No. 450 | District to Serve No. 650 | Signature of Authorized USMS Deputy or Clerk | Date: 4/30/19

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Ms. Burke

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
Date of Service: 05-15-19   Time: 11:00 am/pm
Signature of U.S. Marshal or Deputy: Holland

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 3.51 | — | 68.51 | — | 68.51 | — |

REMARKS:

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)



# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

3

| | |
|---|---|
| **PLAINTIFF** Eric Hines | **COURT CASE NUMBER** 17-2804 (NLH) |
| **DEFENDANT** Gary Lanigan, et al | **TYPE OF PROCESS** Summons + Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Dr Scott Miller
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3635 Quakerbridge Rd, Suite 3 Hamilton, NJ 08016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles H. Landesman, Esq
360 Kearny Ave
Kearny NJ 07032

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Office name is Champion Orthopedics

RECEIVED JUN -3 2019

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER 201-991-5343
DATE 4/1/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 150 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 4/30/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Nyshera Peterson - Supervisor

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 05-17-19   Time 1600 pm

Signature of U.S. Marshal or Deputy

| Service Fee 65 | Total Mileage Charges (including endeavors) 9.36 | Forwarding Fee | Total Charges 74.36 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eric Hines | 17-2864 (NLH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gary Lanigan, et al | Summons + Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
New Jersey Department of Corrections

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Whittlesey Road, Trenton, NJ 08625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles H. Landesman, Esq.
360 Kearny Ave.
Kearny, NJ 07032

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 10
- Check for service on U.S.A.:

RECEIVED
JUN -3 2019
AT 8:30 ___ M
WILLIAM T. WALSH CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 201-991-5343
DATE: 4/17/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 150
- District to Serve No.: 650
- Signature of Authorized USMS Deputy or Clerk
- Date: 4/30/19

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ms. Burke  NJDOC Atty.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 05-15-19   Time: 11:00 am
Signature of U.S. Marshal or Deputy: Holland

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 3.51 | — | 68.51 | — | 68.51 | — |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)