## UNITED STATES DISTRICT COURT
### for the District of New Jersey [LIVE]
### Camden, NJ

ERIC HINES

                Plaintiff,

v.                                     Case No.: 1:17–cv–02864–NLH–JS
                                           Judge Noel L. Hillman

GARY M. LANIGAN, et al.

                Defendant.

Dear Litigants:

    The above entitled matter will be Pre–Tried by Magistrate Judge Joel Schneider, in accordance with the Federal Rules of Civil Procedure based upon the Pre–Trial memoranda to be filed with the Clerk. Enclosed is a copy of the instructions for the preparation of your pre–trial memorandum. Please file the pre–trial memorandum with this office within NINETY (90) days, and serve a copy upon your adversary.

    The trial of this action will take place before Judge Noel L. Hillman, and Magistrate Judge Joel Schneider will set a trial date in the Final Pre–Trial Order.

    Compliance with the above directives is required, and failure to comply may result in the dismissal of your case and/or the suppression of defenses in the discretion of the Court.

                                                      Very truly yours,

                                                      William T. Walsh, Clerk
                                                      By Deputy Clerk, rss

UNITED STATES DISTRICT COURT
for the District of New Jersey [LIVE]
Camden, NJ

INTRUCTIONS FOR PRE−TRIAL MEMORANDUM

Your pre−trial memorandum must be filed with the Clerk and served upon your adversary no later than NINETY (90) DAYS from the date of this pre−trial notice. The memorandum should contain the following information.

1. A concise statement of the nature of the action and the jurisdiction of the court.

2. The factual contentions of the plaintiff or defendant, as the case may be, to be set forth in a separate memorandum. This is to be a statement of the facts that establish your claim or defense.

3. A statement of admission and stipulations with respect thereto.

4. A statement of damages claimed and any stipulations thereto.

5. A statement of desired amendments to the pleading.

6. A statement of the legal issues involved.

7. A statement of any legal issues or defenses which are to be abandoned.

8. A list of exhibits which you desire to have marked in evidence or for identification.

9. The need, if any, for additional discovery and a statement of the reason therefor.

10. A statement of motions, if any, and the nature thereof to be made before trial.

11. The identity of the expert witnesses, if any, whom you intend to call at trial and the subject matter of their proposed testimony, including all opinions the experts will express at trial.

12. The identity of non−expert witnesses (that is, fact witnesses) whom you intend to call at trial.

13. The estimated length of trial.

BY ORDER OF THE COURT

WILLIAM T. WALSH
CLERK