UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY [hue]
CAMDEN N.J.

RECEIVED
JUL 26 2019
AT 8:30_____M
WILLIAM T. WALSH, CLERK

ERIC HINES,
              PLAINTIFF,

V.                                    CASE NO. 1:17-CV-02864-NLH-JS
                                      JUDGE NOEL L. HILLMAN.

GARY M. LANIGAN., et.al.
           DEFENDANTS.

RE: COUNSEL INADEQUATE PERFORMS, INEFFECTIVE ASSISTANCE OF COUNSEL, NOW
    FAILURE TO RESPOND TO CORRESPONDENCE HANGING UP PHONE ON CLIENT.

DEAR JUDGE NOEL L. HILLMAN, AND
     MAGISTRATE JUDGE JOEL SCHNEIDER,

        PLEASE BE ADVISED, PLAINTIFF IS SORRY TO HAVE TO CONTACT HONORABLE JUDGES, I ALSO UNDERSTAND ACCORDING TO COURT RULES, PLAINTIFF'S AREN'T SUPPOSE TO AND ENCOURAGE NOT TO CORRESPOND WITH HONORABLE JUDGES OVER SEEING CASE.
        BUT PRESENT ATTORNEY CHARLES H. LANDESMAN, HAS LEFT PLAINTIFF NO OTHER CHOICE. WITHOUT BEING LONG WINDED. CIVIL SUIT ALREADY FILED. HE ASSURED ME EVERYTHING WOULD BE INCORPORATED IN AMENDED COMPLAINT AS REQUESTED. HIS FAILURE TO ADDRESS THESE ISSUES, OMITTED FACTS FROM THE POINTS RAISED. ONCE BROUGHT TO HIS ATTENTION HE STATES, I DON'T RECALL THAT TO RESUBMIT THE ISSUES. FOUR TIMES ISSUES HAVE BEEN REMAILED. AND JUNE 5, 2019 I INFORM HIM TO RETURN DOCUMENTS SO MOTION CAN BE SENT TO YOUR HONORABLE JUDGES REQUESTING NEW COUNSEL.
        AGAIN HE STATED THE ISSUES WOULD BE GIVEN PRIORITY. E-MAIL'S JUNE 11, 2019, JUNE 25, 2019 CONFIRMS MR. LANDESMAN. WAS MADE AWARE OF OFFICERS ASSAULTS. REQUESTED HIM TO RETAIN RETENTION OF VIDEO FOOTAGE FOR COURTS REVIEW.
        MR. LANDESMAN. ACTION TO NOT ONLY REFUSE TO RESPOND TO CLIENT CORRESPONDENCE. OR ADVANCE ISSUES IN E-MAIL'S. JULY 22, 2019 I WAS ON THE PHONE WHEN FAMILY CALLED MR. LANDESMAN WHO HUNG UP PHONE ON ME TWICE. EVEN THOUGH PLAINTIFF NEVER SIGNED ANY AGREEMENT WITH MR. LANDESMAN. I REQUEST COURTS PERMISSION TO SUBMIT MOTION FOR NEW ATTORNEY WHO WILL RAISE ISSUES. I AWAIT COURT RESPOND'S TO CAPTION MATTER.

CC: MARVIN L. FREEMAN. DEPUTY ATT. GEN.
    CHARLES H. LANDESMAN, ESQ
    FILED

DATED JULY 22, 2019                                    Eric Hin[es]

ERIC HINES # 623508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SO.
BRIDGETON, N.J. 08302

S JERSEY NJ 080
24 JUL '19
PM 5 L

CLERK. UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, N.J. 08101

08101-279797

NEOPOST
07/24/2019
US POSTAGE $000.55⁰
FIRST-CLASS MAIL
ZIP 08302
041M11297259

RECEIVED
JUL 26 2019