CHARLES H. LANDESMAN, ESQ.
ATTORNEY FOR PLAINTIFF
360 Kearny Avenue
Kearny, New Jersey 07032
(201) 991-5343
Charles @landesmanlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ERIC HINES, | : | Hon. NOEL L. HILLMAN, U.S.D.J. |
| Plaintiff | : | CIVIL ACTION NO. 1:17-CV-02864-NLH-JS |
| GARY N. LANIGAN, ET. ALS., | : | NOTICE OF MOTION TO BE RELIEVED AS COUNSEL |
| Defendants. | : | |

TO: ERIC HINES, PLAINTIFF

MARVIN L. FREEMAN, ESQ.
DEPUTY ATTORNEY GENERAL

PLEASE TAKE NOTICE, that the undersigned, attorney for plaintiff, hereby moves before the Honorable Noel L. Hillman, U.S. District Court Judge, siting at the U.S. Courthouse in Camden, New Jersey. For an Order to relieve the undersigned, Charles H. Landesman, Esq. as counsel for the plaintiff in the above captioned matter. Counsel shall rely upon the Certification of Charles H. Landesman, Esq. dated August 12, 2019 that is being filed simultaneously with this motion.

No trial date has been set for this case.

Dated August 12, 2019

/s/ Charles H. Landesman<br>
CHARLES H. LANDESMAN<br>
ATTORNEY FOR PLAINTIFF