CHARLES H. LANDESMAN, ESQ.
ATTORNEY FOR PLAINTIFF
360 Kearny Avenue
Kearny, New Jersey 07032
(201) 991-5343
Charles @landesmanlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ERIC HINES, | : | Hon. NOEL L. HILLMAN, U.S.D.J. |
| Plaintiff | : | CIVIL ACTION NO. 1:17-CV-02864-NLH-JS |
| GARY N. LANIGAN, ET. ALS., | : | CERTIFICATION OF CHARLES H. LANDESMAN, ESQ. |
| Defendants. | : | |

CHARLES H. LANDESMAN hereby certifies as follows:

1. I am the attorney for the plaintiff, Eric Hines, in the above matter.

2. Eric Hines has expressed displeasure with the way I am representing him in this matter. He has asked me to amend the Complaint by alleging certain additional matters. I have told him that I would consider his suggestions, and if deemed to have merit, I would do so. I wanted to determine whether his suggestions are covered by the Complaint that was filed.

3. In addition, I reviewed the pro se Complaint that he filed before I was retained and the Court's review of that Complaint. I prepared an Amended Complaint after the Court's review.

4. I had indicated to Mr. Hines that I would review his requests and discuss them with him. In my response to my emails, Mr. Hines said that there is nothing more to discuss and that my actions do not coincide with his wishes. Mr. Hines has now requested that I make this motion to be relieved as counsel. Under the circumstances, I believe that it would be in his best interests

to obtain other counsel or act pro se, as it appears that he no longer has confidence in the way that I am representing him.

    I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 12, 2019.

_____
CHARLES H. LANDESMAN