IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES<br><br>            Plaintiff,<br>   v.<br><br>GARY LANIGAN, et al.<br><br>            Defendants. | Civil No. 17-2864 (NLH/JS) |

**SCHEDULING ORDER**

IT IS this **15th** day of **August, 2019**, hereby ORDERED:

1.  The initial scheduling conference currently scheduled for September 11, 2019 is hereby rescheduled to **September 26, 2019 at 11:30 a.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                s/ Joel Schneider
                                JOEL SCHNEIDER
                                United States Magistrate Judge