

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
August 16, 2019

Charles Harry Landesman, Esquire
Lsw, Froelich & Landesman
360 Kearney Avenue
Kearny, NJ 07032

**Re:   Hines v. Lanigan**
      **Civil No. 17-2864 (NLH/JS)**

Dear Mr. Landesman:

Oral argument on plaintiffs' Motion to Withdraw as Counsel [Doc. No. 30] is scheduled on **September 16, 2019 at 11:30 a.m. in Courtroom 3C.** You are ORDERED to serve your motion papers and this letter on your client via regular United States Mail and Certified Mail, Return Receipt Requested. If Mr. Hines objects to your motion he shall advise the Court in writing by September 9, 2019, and appear in person at the September 1, 2019 hearing.

Very truly yours,

s/ Joel Schneider

JOEL SCHNEIDER
United States Magistrate Judge

JS:aks
cc:  Hon. Noel L. Hillman
     Marvin Freeman, Esquire