UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** September 16, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO. 17-CV-2864 (NLH)**
HINES
 v.
LANIGAN

**APPEARANCES:**
Charles Landesman, Esq. for Plaintiff
Matthew Lynch, DAG Defendants

**NATURE OF PROCEEDINGS:**   Motion Hearing
Hearing on [30] MOTION to Withdraw as Counsel held on the record.
Decision reserved.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 11:33 a.m.
**TIME ADJOURNED:**  11:45 a.m.
**TOTAL TIME:**  12 minutes