

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
September 17, 2019

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302

    **Re:  Hines v. Lanigan**
         **Civil No. 17-2864 (NLH/JS)**

Dear Mr. Hines:

    As you may know, your attorney, Mr. Landesman, recently filed a motion to withdraw as counsel in the case. I am writing to find out if you object to the motion. If the Court does not hear from you by October 15, 2019, the Court will assume you have no objection and will grant Mr. Landesman's motion.

    In the meantime, the September 26, 2019 initial conference is POSTPONED.

                             Very truly yours,

                             *s/ Joel Schneider*
                             JOEL SCHNEIDER
                             United States Magistrate Judge

JS:aks
cc:  Hon. Noel L. Hillman
     (all counsel via e-filing)