Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302



September 30, 2019

RE: Hines v. Lanigan.,
    Civil No. 17-2864 (NLH/JS)

Dear Hon. Joel Schneider., U.S.M.J.

Please Allow me to show you the mistreatment Appellant had to endure since 2016. Please order Deputy Att. Gen. Marvin L. Freeman to Commander Video-Footage from Building-D, on C-Pod Administrative Close Supervision Unit on September 28, 2019 from 5:35 P.M. to 6:30 P.M.

You will see Officer McNear literally, handcuff Appellant and push wheelchair into Door Across the Room with No Hands. Please note the Sergeant was present and did noting. Please make Letter and Video-Footage part of the Record.

cc: Hon. Noel L. Hillman, U.S.D.J.,
    Marvin L. Freeman, Deputy. Att. Gen.

_Eric Hines_
ERIC HINES