Eric Hines #146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302



United States District Court
For the District of New Jersey
Camden Vicinage
September 24, 2019

Eric Hines,            :    Hon: Noel L. Hillman, U.S.D.J.
    Plaintiff          :    Civil Action No. 1:17-CV-02864-NLH-JS
V.                     :
Gary M. Lanigan, et al :
    Respondent         :

RE: Hines v. Lanigan
Civil No. 17-2864 (NLH/JS)

Dear Mr. Joel Schneider, United States Magistrate Judge.

Your Honorable Joel Schneider, I truly thank you for your letter. I started a response to schedule oral argument response on August 16, 2019. Medical, needed second operation and severe pain takes me forever to compose anything. Please grant Appellant a chance to explain the hell Mr. Landesman left me in. Also I request, No I'm begging for the Court to get me out of said prison. You will see in motion I fear for my life and for this reason I've been in Administrative Close Segregation Unit since 2016. Please help me!!!

Persecution, Discrimination, Retaliatory Act, and Assaults I can take any more.

CC: Honorable Noel L. Hillman, U.S.D.J
    Marvin L. Freeman, Esq, Duty Att. Gen.
    Charles Harry Landesman, Esq

Eric Hines

Eric Hines #146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, N.J. 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Eric Hines,                :   Hon. Noel L. Hillman, U.S.D.J.

    Plaintiff        :   Civil Action No. 1:17-CV-02864-NLH-JS

V.                         :

Gary M. Lanigan,           :   NOTICE OF MOTION TO RELIEVE PRESENT COUNSEL,
    Respondent       :   NOTICE OF MOTION FOR ORDER TO RETRIEVE E-MAILS,
        NOTICE OF MOTION FOR EXTENSION TO CONFORM WITH
        DEFENDANTS REQUEST INTERROGATORIES AND PRODUCT-
        IONS OF DOCUMENTS FED.R.CIV.P., 33 AND 34., AND
        NOTICE OF MOTION FOR LEAVE TO FILE APPLICATION FOR
        PRO BONO COUNSEL.

TO: JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

CHARLES HARRY LANDESMAN, ESQUIRE

MARVIN L. FREEMAN, ESQ
DEPUTY ATTORNEY GENERAL

    PLEASE TAKE NOTICE, THAT THE UNDERSIGNED, PLAINTIFF ERIC HINES, HEREBY MOVES BEFORE JOEL SCHNEIDER, UNITED STATES MAGISTRATE JUDGE, AND THE HONORABLE NOEL L. HILLMAN, U.S. DISTRICT COURT JUDGE, SITTING AT THE U.S. COURTHOUSE IN CAMDEN, NEW JERSEY, FOR AN ORDER RELIEVE, CHARLES H. LANDESMAN, ESQ, AS COUNSEL FOR THE PLAINTIFF IN THE ABOVE CAPTIONED MATTER. FOR AN ORDER TO RETRIEVE E-MAILS ERIC HINES SENT TO AND FROM CHARLES H. LANDESMAN, ESQ. AND FOR AN ORDER FOR EXTENSION TO CONFORM WITH, DEFENDANTS REQUEST

PAGE 1.

INTERROGATORIES AND PRODUCTIONS OF DOCUMENTS FED. R. CIV. P., 33 AND 34., AND FOR AN ORDER FOR LEAVE TO FILE APPLICATION FOR PRO BONO COUNSEL.

PLAINTIFF SHALL RELY UPON THE CERTIFICATION OF ERIC HINES #146993B DATED SEPTEMBER 17, 2019, THAT IS BEING FILED WITH THIS MOTIONS.

NO TRIAL DATE HAS BEEN SET FOR THIS CASE.

DATED SEPTEMBER 18, 2019

_____
ERIC HINES
PLAINTIFF

Eric Hines #146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, N.J. 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ERIC HINES | : | HON. NOEL L. HILLMAN, U.S.D.J. |
| PLAINTIFF | : | CIVIL ACTION NO. 1:17-CV-02864-NLH-JS |
| V. | : | |
| GARY M. LANIGAN, | : | CERTIFICATION OF PLAINTIFF ERIC HINES |
| DEFENDANTS | : | |

PLAINTIFF ERIC HINES HEREBY CERTIFIES AS FOLLOWS:

1. I AM THE PLAINTIFF, ERIC HINES, IN THE ABOVE MATTER.

2. <u>NOTICE OF MOTION TO RELIEVE PRESENT COUNSEL, CHARLES H. LANDESMAN, ESQ.</u>

A. JUDGE JOEL SCHNEIDER HAD SET ORAL ARGUMENT FOR SEPTEMBER 16, 2019, HAD PLAINTIFF OBJECTED TO MOTION COURT HAD TO BE ADVISED IN WRITING BY SEPTEMBER 9, 2019, AND APPEAR IN PERSON ON SEPTEMBER 16, 2019 HEARING.

HAD A TRIBUNAL BEEN CONVENED WITHOUT PLAINTIFF HAVING ACCESS TO SAID TRIBUNAL, TO INTRODUCE EVIDENCE ON PERSONAL ISSUES, WOULD VIOLATE PLAINTIFF RIGHT TO A FAIR IMPARTIAL REVIEW. IF NO ORAL ARGUMENT HAS COMMENCED, COUNSEL FAILURE TO ACT CREATED DIRE RISK TO PLAINTIFF'S LIFE FUTURE HEALTH, LIFE, ASSAULTS, COUNSEL FAILURE TO PROTECT HIS CLIENT, HAS LEAD PLAINTIFF TO FORMAL PLEA FOR HELP !!! DOCUMENTS WILL CONFIRM, WERE COUNSEL WAS INFORMED PLAINTIFF FEARED FOR HIS LIFE.

B. PLAINTIFF ERIC HINES, HAS EXPESSED DISPLEASURE WITH THE WAY MR. LANDESMAN, ESQ ONCE PLAINTIFF RECEIVED COPY OF AMENDED COMPLAINT, HE FILED FEBRUARY 27, 2019. SEVERAL LETTERS AND E-MAILS FEBRUARY 27, 2019 TO MAY 14, 2019, DETAILS HIS MISSTATEMENT, URGENT ISSUE OF DIRE CONSEQUENCE WERE OMITTED!

PAGE 1

C. ON OR ABOUT FEBRUARY 2, 2019 I PERSONALLY HANDED MR. LANDESMAN, ESQ NUMEROUS GRIEVANCES 10/30/16 to 10/15/18 DISPLAYING ADDITIONAL RETALIATORY ACTS, BY INTENTIONALLY DENYING WHEELCHAIR BOUND PLAINTIFF WEARING DIAPERS AND SELF CATHING, WHICH HAS CAUSED ITCHING, RASH, PENIS BURNING. AND SERIOUS OTHER MEDICAL NEEDS THE FOLLOWING:

1. CHUX (UNDERPADS) TO SANITARILY CHANGE DIAPERS;
2. GARBAGE TO DISPOSE OF DIAPERS;
3. ACCESS TO AN ACCESSIBLE SHOWER, TO SHOWER CHAIR
4. DISPOSABLE GLOVES TO ADDRESS FECAL IMPACTION; AND
5. SANITARY WIPES.

ISSUED FROM 10/30/16 TO 10/15/18, 3 DIAPERS, 3 CATHETERS FOR A HOLD DAY, NO GLOVES, TRASH BAGS, WIPES, BY 12:00 NOON NO SUPPLIES FECES, URINE, IN DIAPER LEAKING ON SHEET. N/P FARRESTED, N/P D'MICO AFTER SEVERAL REQUEST HAS FORCE ME TO CLEAN FECES WITH WASH CLOTH. STILL ONLY RECEIVE 5 DIAPER, 5 CATHETER, 5 GLOVERS, 5 WIPES, EVERYDAY PLAINTIFF RUNS OUT MEDICAL SUPPLIES SLEEP. WEAR FECES, URINE IN DIAPER MOST DAY 12:00 NOON TO NEXT MORNING, ATTORNEY VISIT HE WAS INFORMED FECES, URINE WAS IN DIAPER AS WE TALK ON JUNE 5, 2019 STILL FAIL TO ACT. <u>BREACH OF DUTY, DUE CARE</u>.

D. E-MAILS SENT TO HIM MAY 21, 2019 TO JUNE 11, 2019, CLEAR DETAILED IN CORRESPONDENCE WERE HE WAS NOTIFIED AND PUT ON THAT SCO. MARIN ASSAULTED PLAINTIFF ON APRIL 10, 2019 WITNESS BY INMATE DERRICK ROSSI #193994C. WHO IS WILLING TO GIVE A STATEMENT; SAME INMATE WITNESS SCO. L SMITH TAKE ME OFF CAMERA OUTSIDE THE DOOR ON APRIL 27, 2019 ASSAULTING PLAINTIFF BY CHOKING MR. LANDESMAN WAS MADE AWARE OF TWO INCIDENTS ON JUNE 5, 2019 ATTORNEY INSURED PLAINTIFF ORDER TO RETAIN CAMERA FOOTAGE AS EVIDENCE WOULD BE SUBMITTED TO COURT. AND WOULD PETITION THE COURT TO HAVE PLAINTIFF MOVED FOR HIS SAFETY. MR. LANDESMAN, NOT ONLY DID HE FAIL TO ACT BUT SAID INACTION CAUSE PLAINTIFF TO BE ASSAULTED AGAIN BY SCO. L SMITH ON JUNE 22, 2019 WHICH WAS ALSO WITNESS. MR. LANDESMAN, FAILURE TO ACT WAS A BREACH OF DUTY, BREACH OF PROMISE, BREACH OF THE PEACE, AND BREACH OF TRUST TO HIS CLIENT

ALSO LEGAL MR. LANDESMAN OWED PLAINTIFF <u>DUE CARE</u> "LEGAL DUTY" WHICH STATES: ALSO "FAILURE TO EXERCISE DUE CARE IS A FAILURE TO PERFORM SOME SPECIFIC DUTY REQUIRED BY LAW. (AND THAT WAS TO

report the assault of his client to the courts, to protect him from eminent danager") It's "means care which is reasonably commensurate with a known danger and the seriousness of the consequences which are liable to follow it's omission.... Due care may be either ordinary care or a high degree of care, according to the circumstances of the particular case.

Plaintiff is request action to be part of the record, and video should be order by the court as evidence to his crime. Legal duty was owed to his client, if oral argument ruling was made without Mr. Landesman stating above facts on the "rules of the record. Plaintiff appeal to court to reconstruct the record. The following Exhibit will in lighten the court intentional neglect:

Exhibit #1   Proves his knowledge of the facts.
Exhibit #2   Proves on 11/21/2018 he had knowledge I feared for my life in South Woods State Prison.
Exhibit #3   Medical situation a detailed in grievances
Exhibit #4-A, 4-B, 4-C Detail S.I.D. officer threat of harm. Had attorney assaults may no have accured.
Exhibit #5   Proves statement in certification is not true.
Exhibit #6   Sent to court stating action.
Exhibit #7   From Mr. Landesman, confirm representing attorney was more important then his client safety.
Exhibit #8   Plaintiff response on Kiosk, to Mr. Landesman action to not protect his client as a officer of the court.
Exhibit #9   Notification confirming plaintiff was suppose to appear in person or by tele-conference

3  **Notice of Motion for Order to Retrieve, E-mails**

Plaintiff humbly requests courts promission for an order to retrieve all e-mails sent to Mr. Landesman, as well as the e-mail sent to client, because Mr. Landesman action violate Stricken v. Washington which nullify any attorney-client privilege. This action is the only way for plaintiff to protect his constitution right to not only issue but due process of the law, and right to suit for legal relief.

4. <u>NOTICE OF MOTION FOR EXTENSION TO CONFORM WITH DEFENDANTS REQUST INTERROGATORIES AND PRODUCTION OF DOCUMENTS. FED.R.CIV.P. 33 AND 34.</u>

I ASK THE COURT TO PLEASE TAKE A LOOK AT <u>EXHIBIT #8</u> WITH CLEARLY STATES: "SO AGAIN RETURN MY DOCUMENTS" WHICH CONFIRM THIS WASN'T PLAINTIFF FIRST REQUEST FOR RETURN OF IMPORTANT DOCUMENTS.

EXHIBIT #10 CONFIRMS MR. LANDESMAN, SENT ME THIS CORRESPONDENCE INFORM PLAINTIFF THAT REQUEST FOR DEFENDANTS INTERROGATORIES AND PRODUCTION OF DOCUMENTS HAD TO BE ANSWER WITHIN 30 DAYS. MR. LANDESMAN SURELY KNOW THEIR WAS NO WAY OF PLAINTIFF COMPLING WHEN HE FAIL TO RETURN THE DOCUMENTS IN QUESTION. PLEASE ORDER MR. LANDESMAN TO PROPERLY RETURN PLAINTIFF DOCUMENTS IN FULL.

5. <u>NOTICE OF MOTION FOR LEAVE TO FILE APPLICATION FOR PRO BONO COUNSEL.</u>

BECAUSE OF PLAINTIFF BEING WHEELCHAIR BOUND WITH NUMEROUS MEDICAL PROBLEM, COUPLED WITH MEDICAL KNOWLEDGE AND OTHER INFORMATION WHICH CAN'T BE OBTAINED IN ADMINISTRATIVE CLOSE SEGREGATION UNIT, WERE PLAINTIFF IS LOCKED DOWN 23 HOUR A DAY WITH MINIMUM ACCESS TO A BARE CAGE WITH NO LAW BOOK, PARA-LEGALS, OR LEGAL ASSISTANCE. FOR THE ABOVE OVER ALL REASON PETITION THE COURT FOR THE STATED ORDER.

EVERY STATEMENT PLAINTIFF HAS DOCUMENTED AND TRANSCRIBED IN ABOVE CERTIFICATION IS GROUNDED IN E-MAILS, AND GRIEVANCES WHICH HAVE BEEN EXHAUST TO THE FULFILLMENT ALOUD BY NEW JERSEY DEPARTMENT OF CORRECTION, ADMINISTRATORS.

I CERTIFY THAT THE ABOVE STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

DATED: SEPTEMBER 18, 2019

_____
ERIC HINES #146993B