

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101
(856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
October 9, 2019

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302

     **Re:  Hines v. Lanigan**
          **Civil No. 17-2864 (NLH/JS)**

Dear Mr. Hines:

    The Court is responding to your recent letter.

1. The Court expects to shortly grant Mr. Landesman's motion to withdraw as counsel.

2. Attached is an application for pro bono counsel that you should fill out and file with the court.

3. By copy of this letter to Mr. Landesman, I am asking him to send you a copy of all emails you exchanged.

4. You are granted an extension of time until November 15, 2019 to respond to the interrogatories and document requests you received. The responses should be sent to defense counsel.

    The Court is not filing on the public docket a copy of the communications between you and Mr. Landesman that you sent me.

                  Very truly yours,

                  *s/Joel Schneider*

                  JOEL SCHNEIDER
                  United States Magistrate Judge

JS:aks
cc:  Hon. Noel L. Hillman
     (all counsel via e-filing w/o attachments)