IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES<br><br>           Plaintiff,<br>   v.<br><br>GARY LANIGAN, et al.<br><br>           Defendants. | Civil No. 17-2864 (NLH/JS) |

**SCHEDULING ORDER**

It is this **6th** day of **November, 2019**, hereby **ORDERED**:

1.   Initial written discovery requests shall be served by **November 15, 2019.** Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

2.   The time within which to seek amendments to the pleadings or to add new parties will expire on **December 31, 2019**. Except as otherwise permitted in the Federal and Local Rules of Civil Procedure, leave of court is necessary to file an amended pleading.

3.   Pretrial factual discovery is hereby extended to **January 31, 2020**.

4.   All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant no later than **January 31, 2020**. All expert reports and expert disclosures pursuant to Fed. R. CIV. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff no later than **February 14, 2020**. Each such report should be accompanied by the curriculum vitae of the proposed expert witness.  Depositions of expert witnesses shall be concluded by **February 28, 2020**.

5.   **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **March 2, 2020**, in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

1

      6.  It will be necessary for the parties to cooperate in preparing the form Joint Final Pretrial Order.  The instructions for preparing the Order can be found on the website at PACER.NJD.USCourts.gov, under Forms (Pretrial Orders).  The Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all parties) shall be delivered to the Court by **April 23, 2020**.  Plaintiff shall submit his portion of the Final Pretrial Order and serve it on defendant by **April 9, 2020**.  Defendant shall be responsible for final preparation and submission of the Final Pretrial Order.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                           s/ Joel Schneider
                                           JOEL SCHNEIDER
                                           United States Magistrate Judge