```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
                  CAMDEN VICINAGE
```

| | |
|---|---|
| ERIC HINES<br>       Plaintiff,<br>   v.<br>GARY LANIGAN, et al.<br>       Defendants. | Civil No. 17-2864 (NLH/JS) |

**ORDER**

Plaintiff not having arranged for a new attorney to enter an appearance,

IT IS HEREBY ORDERED this 25th day of November, 2019, that all current scheduling deadlines in the case [Doc. Nos. 40, 42] shall remain in effect.

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge