

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101
(856) 757-5446

LETTER ORDER
ELECTRONICALLY FILED
December 5, 2019

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, NJ 08302

  Re: Hines v. Lanigan
     Civil No. 17-2864 (NLH/JS)

Dear Mr. Hines:

  The Court recently received your attached letter. You are advised you should address your issues with the appropriate prison staff. As noted in the Court's recent Order [Doc. No. 43], all present scheduling deadlines shall remain in place.

           Very truly yours,

           s/ *Joel Schneider*

           JOEL SCHNEIDER
           United States Magistrate Judge

JS:aks
cc: Hon. Noel L. Hillman
   (all counsel via e-filing w/ attachments)

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So
Bridgeton, NJ 08302

November 26, 2019

United States District Court
For the District of New Jersey
Camden Vicinage

---

Eric Hines
    Plaintiff

V.

Gary M. Lanigan, et al.
    Respondent

---

Hon. Judge Joel Schneider U.S.M.J.,

Civil Action No. 1:17-cv-02864-NLH-JS

To: Clerk of the Court
Hon. Judge Joel Schneider, U.S.M.J.,
United States District Court
P.O. Box 2797
Camden, NJ 08101

Please take notice that Pro Se Plaintiff Eric Hines, hereby moves before the Honorable Judge Joel Schneider, for clarity and guidance concerning Plaintiff none access to legal cases, legal material, and photo-copies. On November 4, 2019, I submit a request slip (G-27) so that Plaintiff would be prepare to submit motion for leave to file all-inclusive amended complaint. Please take notice letter your read is written on scrap paper, envelope, motion, all composed from scraps. I submit several request slip (G-27) the officers refuse to submit them, so I place said request on Kiosk today. To my surprise officer came to my cell to inform me request won't be honored. I am at a impasse, because I can serve, Honorable Noel L. Hillman, U.S.D.J., Marin L.

FREE, ESQ DEPUTY ATTORNEY GENERAL, OR OTHER DEFENDANTS BECAUSE PLAINTIFF, HAS NO SUPPLIES OR ACCESS TO NEEDED TOOLS TO ASSIST HIM. THE MOTION HAS BEEN COMPLETE SINCE 11/18/19, DO I SUBMIT SAID DOCUMENTS TO COURT CLERK BECAUSE I AM UNABLE TO OBTAIN COPYS. WILL YOUR HONOR NOTIFY THE HONORABLE JUDGE MR. HILLMAN AND DEFENDANT OF PLAINTIFF PROBLEM I SERIOUS HAVE NO IDEA HOW TO PROCEED.

PLEASE NOTIFY PLAINTIFF AT YOUR EARLIEST CONVENIENCE OF YOUR WISH'S OR WAY IN WHICH YOU WANT PLAINTIFF TO PROCEED, AND PLAINTIFF WILL HONOR YOUR WISHS POSTHASTE.

DATE: 11/26/19

_Eric Hines_
ERIC HINES