Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Eric Hines
    Plaintiff
v.

Gary M. Lanigan et al.
    Respondent

Hon. Joel Schneider, U.S.M.J.

Civil Action No. 1:17-cv-02864-NLH

Dear William T. Walsh, Clerk

    Enclosed please find an original and one (1) copy Notice of Motion for Retention of Word Processor, Notice of Motion for Leave to File All-Inclusive Amended Complaint as Previously Granted by Honorable Noel L. Hillman, U.S.D.J., and original and one copy of the Certification of Service with respect to the above-captioned reference matter.

    Kindly file the original and return a file-stamped copy to my attention.

Very truly yours,
Eric Hines
ERIC HINES

Enclosures
cc: Hon. Noel L. Hillman, U.S.D.J.,
    Marvin L. Freeman, Esq.
    Deputy Attorney General

Dated: November 18, 2019

Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Eric Hines
   Plaintiff
v.
Gary M. Lanigan, et al.,
   Respondent

Hon. Joel Schneider, U.S.M.J.,

Civil Action No. 1:17-cv-02864-NLH-JS

TO: Hon. Joel Schneider, U.S.M.J.,
    Hon. Noel L. Hillman, U.S.D.J.,
    Marvin L. Freeman, Esq
    Deputy Attorney General

    Please take notice, the undersigned Plaintiff, hereby informs the Court in no way is Plaintiff ignoring Hon. Joel Schneider, U.S.M.J., order concerning time limits or filing. But do to medical condition it has taken Plaintiff from November 1, 2019 until November 18, 2019 to complete the submitted 5 page motion. And this does not account for request to obtain copies.

    Which has not accured as of November 23, 2019. Plaintiff is attempting to file said pleading as soon as possible.

Date: November 23, 2019

                                    *Eric H___*
                                  Eric Hines

Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Eric Hines<br>    Plaintiff<br>v.<br>Gary M. Lanigan, et. al | Hon. Joel Schneider, U.S.M.J.,<br>Civil Action No. 1:17-cv-02864-NLH-JS<br><br>Notice of Motion for Retention of Word Processor, Notice of Motion for Leave to File All-Inclusive Amended Complaint as Previously Granted. |

TO: Hon. Joel Schneider, U.S.M.J.,
Honorable Noel L. Hillman, U.S.D.J.,
Marvin L. Freeman, ESQ
Deputy Attorney General
University Correctional Health Care
Rutgers.

Please take notice, that the undersigned, Plaintiff, hereby moves before the Honorable Joel Schneider, U.S.M.J., District Court Judge, sitting at the U.S. Courthouse in Camden, New Jersey, for a order to retain Word Processor, Notice of Motion for Leave to File All-Inclusive Amended Complaint as Previously Granted, in the above captioned matter. Plaintiff shall rely upon the certification of Eric Hines dated November 12, 2019 that is being filed simultaneously with this motion. (See Attached Order).

No trial date has been set for this case.

Dated November 18, 2019

                                                                _Eric Hines_
                                                                 Eric Hines

Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES | HON. JOEL SCHNEIDER, U.S.M.J., |
| Plaintiff | CIVIL ACTION NO. 1:17-CV-02864-NLH-JS |
| V. | |
| GARY M. LANIGAN, ET. AL | CERTIFICATION OF ERIC HINES |

Eric Hines hereby certifies as follows:

1. I am the Plaintiff, Eric Hines, in the above matter.

2. Medical Records sent simultaneously with Application for Pro Bono Counsel, confirms Plaintiff requires additional operation on shoulder of writing hand.

3. Accompanying Documents also confirm word processor are authorized on Level #1, except to Plaintiff. (See Exhibit A, B, C.)

4. Prison Official intentional Denial, not only would violate Plaintiff due process right to meanful access. But would cause him physical harm and undo pain and suffering.

5. For the above stated reasons, coupled with those enclosed in Application for Pro Bono Counsel. Without the word processor, any chance to halfway comply would be medically impossible.

6. Honorable Noel L. Hillman, U.S.D.J., grant Plaintiff's leave to file one, all-inclusive, amended complaint that conforms to the Federal Rules of Civil Procedure. Having "merit in fact and law" which I humbly request to put forth. (See attached order.)

I certify that the above statements made by me are true.

I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

CC: HON. NOEL L. HILLMAN., U.S.D.J.,
MARVIN L. FREEMAN., ESQ DEPUTY ATTORNEY GENERAL

DATED: NOVEMBER 18, 2019

_____
ERIC HINES

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ERIC HINES, | |
| Plaintiff, | Civil Action No. 17-2864 (NLH) |
| v. | ORDER |
| GARY LANIGAN, et al., | |
| Defendants. | |

It appearing that:

1. Plaintiff initiated this civil rights action by a cover letter, a certification, inmate grievance forms, and a request to proceed in forma pauperis. See ECF No. 1. Plaintiff's initial filing did not appear to include a complaint.

2. Since then, Plaintiff has filed both an Amended Complaint, ECF No. 7, and a later Motion to Amend Complaint, ECF No. 10.

3. Leave to amend a complaint pursuant to Federal Rule of Civil Procedure 15 is authorized before a responsive pleading has been filed. See Fed. R. Civ. P. 15(a)(1). The Court will thus grant Plaintiff leave to file one, all-inclusive, amended complaint that conforms to the Federal Rules of Civil Procedure.

4. The Court will also direct the Clerk's Office to provide Plaintiff a blank form for a civil rights complaint to be utilized in any future filing of an amended complaint.

1

IT IS THEREFORE on this ___18th___ day of January, 2019,

ORDERED that Plaintiff's Motion to Amend, ECF No. 10, is GRANTED.

ORDERED that Plaintiff is granted leave to file one, all-inclusive amended complaint; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Prisoner Civil Rights Complaint (DNJ-ProSe-006)," to be used by Plaintiff in any future amended complaint; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint; and it is further

ORDERED that the Clerk of the Court shall serve Plaintiff with copies of this Order via regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

B-1

## CLOTHING RULES AND REGULATIONS

Inmates serving administrative segregation time in ACSU shall adhere to all clothing requirements. Depending upon the activity, inmates are required to dress in the appropriate authorized clothing and footwear items. Inmates reporting to a program assignment or to a visit shall be properly clothed in the approved state-issued clothing. The approved uniform consists of a state-issued coat/jacket (seasonal), shirt, pants and footwear. Inmates will not be permitted to leave the housing unit unless they are wearing each component of the uniform. All clothing items and footwear must be buttoned, zipped, or tied as appropriate. Collars are to be turned down and pants shall not be cuffed.

No clothing item or footwear is to be altered or worn in any way that creates a safety hazard or security issue. This includes the blousing of trousers or the wearing of any item with epaulets or insignia. No item is to be marked in any fashion that indicates rank or membership in any group or organization.

Inmates are permitted to wear a plain wedding band, wristwatch, and approved religious medal as outlined under the "Permissible Personal Property Items" section of this handbook. Religious medals are to be worn under the shirt and/or tee shirt.

Inmates traveling to and from the housing unit showers must be adequately covered.

## PERMISSIBLE INMATE PROPERTY

Inmates serving administrative segregation time in ACSU shall be allowed to retain permissible property. Inmate permissible property shall be transferred to the receiving correctional facility within fifteen (15) calendar days of an inmate's transfer. Inmates assigned to serve administrative segregation time in ACSU shall receive only their assigned level permissible property. Sending facilities shall forward only that inmate property permitted in Levels 1 and 2. Receiving facilities shall store property not permitted in Level 1 until the inmate moves to Level 2.

Inmates assigned detention status will be permitted property items in accordance with N.J.A.C. 10A.

## NON-PERMISSIBLE INMATE PERSONAL PROPERTY

Upon transfer of an inmate to ACSU, personal property not authorized for retention shall be handled as non-permissible personal property in accordance with N.J.A.C. 10A:1-11.3. These rules establish provisions regarding the handling of non-permissible property which include that the sending correctional facility shall inventory and package the non-permissible personal property and the inmate shall indicate, in writing, which of the following means of disposal should be used with respect to the non-permissible personal property. The non-permissible personal property shall either be:

10

1. Mailed to the inmate's home at the inmate's expense;

2. Given to a visitor designated by the inmate;

3. Donated by the inmate to a charitable organization at the inmate's expense; or

4. Destroyed.

## BASIC INMATE STATE-ISSUED ITEMS

Inmates serving administrative segregation time in ACSU shall be permitted to possess the following state-issued items:

### Male Inmates:
- Khaki pants       3 pair
- Khaki shirts      3 pair
- Khaki coat        1 each (seasonally)
- Boxer Shorts      3 pair
- T-shirts          3 each
- Sweat socks       3 pair
- Sneakers          1 pair
- Bath towel        1 each
- Washcloth         1 each
- Laundry bag       1 each
- Wool blanket      1 each (seasonally)
- Sheets            2 each
- Pillow case       1 each
- Pillow            1 each
- One handbook on "Discipline for Inmates"
- One correctional facility inmate handbook
- One ACSU Inmate Handbook

### Female Inmates:
- Khaki pants       3 pair
- Khaki shirts      3 pair
- Khaki coat        1 each (seasonally)
- Panties           6 pair
- T-shirts          3 each
- Bras              3 each
- Robe              1 each
- Night gown        1 each
- Sweat socks       3 pair
- Sneakers          1 pair
- Bath towel        1 each

- Washcloth         1 each
- Laundry bag       1 each
- Wool blanket      1 each (seasonally)
- Sheets            2 each
- Pillow case       1 each
- Pillow            1 each
- One handbook on "Discipline for Inmates"
- One correctional facility inmate handbook
- One ACSU Inmate Handbook

Any of the above listed items may be deleted, the quantities increased or decreased, or additional items approved by the appropriate Administrator/Designee based on availability, the safety, security or orderly operation of the correctional facility. Additionally, the Administrator/Designee may approve the use of items due to physical structure needs specific to a facility such as, but not limited to, buckets and fans.

## PERMISSIBLE PERSONAL PROPERTY ITEMS

Inmates serving administrative segregation time in ACSU shall be permitted to possess pre-approved personal property. These items must be purchased directly from the facility commissary unless otherwise indicated in this handbook. Inmates shall be responsible for their own personal property and shall keep personal property at their own risk. Following is a list of personal convenience items permitted for inmate retention:

## PERMISSIBLE COMMISSARY ITEMS
- Two light gray sweat shirts (no hoods)
- Two pair of light gray sweat pants
- Two pair of light gray gym shorts
- Nine additional white t-shirts (sleeved or athletic sleeveless), Max 12
- Nine additional white boxers/briefs (male only), Max 12
- Nine additional pair of white underwear (female only), Max 14
- Nine additional white bras (female only), Max 14
- Nine additional white/black crew style socks, Max 12
- Two additional sets of white thermal underwear
- One additional pair of standard approved sneakers
- One additional terry bathrobe (42" of 48" in length)
- Two sets of cotton/cotton blend long-sleeved pajamas
- One additional pair of shower shoes
- Five handkerchiefs
- One toothbrush –anti shank
- Three bars of soap
- Three rolls of toilet paper
- One wristwatch

- One calendar (standard size-current calendar year-no bindings)
- One plastic bowl with lid (1.4 qt)
- Two plastic cereal bowls with lid (24 oz)
- One winter cap
- Four approved security pens
- Four decks of playing cards
- Eight manila envelopes (10x13)
- Batteries size AA-2 (4 packs)
- Batteries size AAA-2 (4 packs)
- One ear bud earphone

### Additional items
Two photo albums with personal photos (no metal rings)
One clear case AM/FM radio/walkman.
One clear case television (Level 2 only)
* Typewriter/word processor
One pre-approved Digital Talking-Book Player from either The Library of Congress or New Jersey State Library Talking Book and Braille Center.
One clear case fan (if approved by the Administrator)

### Level I only
- Twenty (20) postage stamps
- Twenty (20) envelopes
- Three legal pads

### Level 2 only
- Forty (40) postage stamps
- One-hundred (100) envelopes
- Six legal pads

## PERMISSIBLE ITEMS FROM SOURCE OF SALE
- **Prosthetic Devices:** All prosthetic devices such as eyeglasses, hearing aids, artificial limbs or any other device deemed medically necessary by a physician must be pre-approved by the appropriate correctional facility Administrator/Designee.

- **Religious Articles:** One set of prayer beads, no longer than 20" in length, ½" in width and ½" in diameter. One prayer book such as a Bible or Koran and one prayer cap, such as a kufi or a yarmulke. Prayer caps may be worn only during authorized religious functions or while inside the cell. Prayer caps must be removed for inspection upon order of a staff member. One religious medal no larger than 1" in length, 1" in diameter and ¼" in thickness with chain no larger than 18" in length, 1/8" in width and 1/8" in diameter. One prayer r[ug no] larger than 3' x 5'. All prayer beads or religious medals mu[st be] without stones and homemade variations of these articles ar[e not] permitted. Prayer beads or religious medals may be worn un[der] shirt or t-shirt and must not be visible.

- **Wedding Ring:** One plain wedding ring without stones is permit[ted.]

**The following items may be retained and stored by inmates pro[vided] the accumulation of these items does not hamper securi[ty,] sanitation, create a file or safety hazard, or exceed space availa[ble] within a cell that creates a safety or fire hazard:**

- **Legal Material:** All legal material is subject to search for contraband. [Certain] legal materials may be purchased from source of sale provided that th[ey are] pre-approved by the Educational Department Supervisor and the [facility] Administrator/Designee.

- **Religious Material:** All religious material is subject to search for contr[aband.] Certain religious materials may be purchased from source of sale provide[d that] they are pre-approved by the Chaplain and the facility Administrator/Des[ignee.]

- **Educational Material:** All educational material is subject to sear[ch for] contraband. Certain educational material may be purchased from sou[rce of] sale provided that they are pre-approved by the Educational Depa[rtment] Supervisor and the facility Administrator/Designee.

- **Correspondence:** All correspondence is subject to search for contraban[d.]

- **Publication:** All publication is subject to search for contraband. Inmate[s shall] be permitted to receive paperback books, magazines and other soft[cover] publications from the publisher or source of sale only. Inmates sh[all be] permitted to receive newspapers only by subscription mailed directly fr[om the] publisher. All books, magazines, publications and newspapers m[ust be] prepaid.

## MEDICAL AND DENTAL SERVICES
Inmates serving administrative segregation time in ACSU shall be per[mitted] access to medical and dental services. Inmates requesting medical or [dental] services shall complete the appropriate request form and submit the fo[rm to] the housing unit officer or the designated medical staff member, who i[n turn] shall add the inmate's name to the appropriate dental or medical reque[st list.] Inmates shall receive medical or dental treatment as determined b[y the] medical department. **All emergency medical or dental requests sh[all be] reported immediately to the Housing Unit Officer.**

13

14

ERIC HINES 663308/169936
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NJ 08302

RECEIVED
DEC 16 2019
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

TO: CLERK OF THE COURT
HONORABLE NOEL L. HILLMAN, U.S.D.J.,
UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101