IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES<br><br>                Plaintiff,<br>    v.<br><br>GARY LANIGAN, et al.<br><br>                Defendants. | Civil No. 17-2864 (NLH/JS) |

**SCHEDULING ORDER**

It is this **20th** day of **February, 2020**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **May 1, 2020**.

2. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant no later than **May 15, 2020**. All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff no later than **June 15, 2020**. Each such report should be accompanied by the curriculum vitae of the proposed expert witness. Depositions of expert witnesses shall be concluded by **June 30, 2020**.

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **July 1, 2020**, in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

4. It will be necessary for the parties to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at PACER.NJD.USCourts.gov, under Forms (Pretrial Orders). The Joint Final Pretrial Order (original and two copies for the court, with sufficient copies for all parties) shall be delivered to the Court by **August 20, 2020**. Plaintiff shall submit his portion of the Final Pretrial Order and serve it on defendant by **August 6, 2020**. Defendant shall be responsible for final preparation and submission of the Final Pretrial Order.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F<small>ED</small>. R. C<small>IV</small>. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge