Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, N.J. 08302

RECEIVED
MAR 23 2020
AT 8:30
WILLIAM T. WALSH
CLERK

United States District Court
For the District of New Jersey
Camden Vicinage

Eric Hines,
    Plaintiff.
v.
Gary M. Lanigan, et. als
    Defendants.

Hon. Noel L. Hillman, U.S.D.J.,

Civil Action No. 1:17-cv-02864-NLH-JS

TO: Marvin L. Freeman, ESQ
    Deputy Attorney General

Dear Hon. Noel L. Hillman, U.S.D.J.,

    Please be advised plaintiff submitted motion for appoint pro bono, with was filed on 12/6/2019, and was set for 1/6/2020 plaintiff has yet to receive a copy of said ruling.

    Additionally, plaintiff filed a motion for retention of his word processor and motion for leave to file a all-inclusive amended complaint as previous approved by your. Deadline on scheduling order dated November 6, 2019 was December 31, 2019. Plaintiff was filed on December 16, 2019 and was due to be heard on January 21, 2020. Plaintiff has yet to receive a copy of said ruling. Hon. Mr. Hillman, U.S.D.J., please take notice to attached medical record with this injury the play is so severe writing that after two line star, burred visions accure and you can see how it affect my writing. It took five month to write this. Without the (special investigation documents plaintiff cant honor discovery or scheduing order, get a expert, hold!! I need assistance.

Date: March 10, 2020

Eric Hines

## Other Orders/Judgments

1:17-cv-02864-NLH-JS HINES v. LANIGAN

PLO,RULE16,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 11/7/2019 at 9:26 AM EST and filed on 11/6/2019
**Case Name:** HINES v. LANIGAN
**Case Number:** 1:17-cv-02864-NLH-JS
**Filer:**
**Document Number:** 42

**Docket Text:**
**SCHEDULING ORDER: Amended Pleadings due by 12/31/2019. Pretrial Factual Discovery due by 1/31/2020. Dispositive Motions due by 3/2/2020, etc. Signed by Magistrate Judge Joel Schneider on 11/6/2019. (rss, )**


**1:17-cv-02864-NLH-JS Notice has been electronically mailed to:**

MARVIN L. FREEMAN    marvin.freeman@law.njoag.gov, EF-SPEC@law.njoag.gov

**1:17-cv-02864-NLH-JS Notice has been sent by regular U.S. Mail:**

ERIC HINES
146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=11/7/2019] [FileNumber=13142433-0] [7008e3694cdec8a1cf3ec0be2898b35904889bd2d66a034b6ab6c8183b75f0a947 88c3b152ef2668bf1442d1be899a906e3678788cd5c288ce04d46b60a0c0e3]]

## Utility Events

1:17-cv-02864-NLH-JS HINES v. LANIGAN

PLO,RULE16,SCHEDO

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 12/16/2019 at 2:26 PM EST and filed on 12/16/2019
**Case Name:** HINES v. LANIGAN
**Case Number:** 1:17-cv-02864-NLH-JS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Deadlines as to [46] MOTION for Retention of Word Processor etc. Motion set for 1/21/2020 before Magistrate Judge Joel Schneider. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (rss, )**


**1:17-cv-02864-NLH-JS Notice has been electronically mailed to:**

MARVIN L. FREEMAN    marvin.freeman@law.njoag.gov, EF-SPEC@law.njoag.gov

**1:17-cv-02864-NLH-JS Notice has been sent by regular U.S. Mail:**

ERIC HINES
146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

**South Woods State Prison-Main**
Bridgeton, NJ
Fax:

May 21, 2018
Page 1
Consultation Report

**ERIC HINES**
Male  DOB:06/14/1965  Booking #:663508  SBI:000146993B
Ins: NJDOCIC (NJDOCIP)

**04/24/2018 - Consultation Report: ORTHOPEDIC CONSULTATION**
**Provider: Angela Thomas, APN**
**Location of Care: NJ Department of Corrections**
**Status: UNSIGNED DOCUMENT**

ORTHOPEDIC CONSULTATION

04/24/2018


RE:   ERIC HINES
DOB:  06/14/1965
SBI#: 000146993B
Ordering Provider:   cmsth68

SOUTH WOODS STATE PRISON ORTHOPEDIC CLINIC

The patient is a 52-year-old male, who is 2 years status post arthroscopic surgery of the right shoulder.  The patient apparently had shoulder pain persist within 6 months of surgery.  An MRI done prior to evaluation in August 2016 showed bicipital tendinitis as well as the possibility of a labral tear. The patient had refused surgery back in 2016.

Noted on exam is that the shoulder pain has persisted.  There really have been very few changes in the patient's condition with regard to the shoulder.  The main changes now that he is in a wheelchair.  He needs the arm to propel himself.

I understand that the patient had to stop taking anti-inflammatory agent as well as aspirin because of an ulcer in the stomach or duodenum.

Surgery to evaluate the shoulder arthroscopically and to perform a biceps tenodesis, was offered to the patient.  As before, he will consider the offer of surgery, but he is noncommittal to the surgical procedure.

If it is appropriate resuming an anti-inflammatory med, such as ibuprofen or Naprosyn may be appropriate.  If not use of tramadol coupled with Tylenol may get better relief of pain.  The patient need not be referred back to clinic unless he is ready to have surgery.


Scott Miller, MD

mts/1764075/31