Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, N.J. 08302

RECEIVED
MAR 23 2020
AT 8:30
WILLIAM T. WALSH
CLERK M

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

Eric Hines,
   Plaintiff,
v.

Gary M. Lanigan et. als
   Defendants,

Hon. Noel L. Hillman, U.S.D.J.,

Civil Action No. 1:17-CV-02864-NLH-JS

NOTICE OF MOTION FOR PRELIMINARY INJUNCTION.

TO: Marvin L. Freeman, Esq
   Deputy Attorney General

Please take notice, that the undersigned, Plaintiff, hereby moves before the Honorable Noel L. Hillman, U.S. District Court Judge, siting at the U.S. Courthouse, P.O. Box 2797, Camden, New Jersey 08101. For order granting motion for preliminary injunction. For appropriate course of medical supplies, proper disposable of hazardous waste, request Plaintiff be transferred to another correctional facility do to threats of bodily harm by Special Investigation Division officers, assaults, and use of force by staff on disable ADA causing injury. Plaintiff fears for his life at South Woods State Prison. Plaintiff will rely on order to show cause, motion for a preliminary injunction, declaration in support of Plaintiff's motion for a preliminary injunction. And other accompanying documents which was filed with the court clerk.

   No trial date has been set for this case.

Date: March 16, 2020

                                         Eric Hines
                                         Eric Hines Pro Se

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So.
Bridgeton, N.J. 08302

UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Eric Hines, Plaintiff, v. Gary M. Lanigan, et. als, Defendants. | Hon. Noel L. Hillman, U.S.D.J., Civil Action No. 1:17-cv-02864-NLH-JS |

ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION ORDER

UPON THE SUPPORTING DECLARATION OF THE PLAINTIFF AND THE ACCOMPANYING MEMORANDUM OF LAW IS

ORDERED THAT DEFENDANTS JOHN POWELL AND SHERITA LATIMORE-COLLIER SHOW CAUSE IN ROOM OF THE UNITED STATES COURTHOUSE, P.O. BOX 2797 CAMDEN, NEW JERSEY 08101, ON THE 27 DAY OF MARCH, 2020, AT 9:00 AM O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE 65(A), FED. R. CIV. P., ENJOINING THE SAID DEFENDANTS, THEIR SUCCESSORS IN OFFICE AGENTS, AND EMPLOYEES AND ALL OTHERS PERSONS ACTING IN CONCERN AND PARTICIPATION WITH THEM, TO PROVIDE WHEELCHAIR BOUND INMATE A MEDICALLY APPROPRIATE COURSE OF MEDICAL SUPPLIES, PROPER DISPOSABLE OF OF HAZARDOUS WASTE, MEDICAL SUPPLIES TO THE PLAINTIFF DESIGNED TO RESTORE AND MAINTAIN SEVERE ITCHING, RASH, PENIS BURNING, MEDICAL SITUATION WITH POSSIBLE SKIN BREAK DOWN. REQUESTING PLAINTIFF BE TRANSFERRED TO ANOTHER CORRECTIONAL FACILITY DO TO THREATS OF BODILY HARM BY SPECAIL INVESTIGATION DIVISION OFFICERS, ASSUAITS, AND USE OF FORCE BY STAFF WITH INJURY.

IT IS FURTHER ORDERED, THAT EFFECTIVE IMMEDIATELY, AND

PENDING THE HEARING AND DETERMINATION OF THIS MATTER, DEFENDANTS, JOHN POWELL AND SHERITA LATIMORE-COLLIER SHALL ARRANGE FOR THE PLAINTIFF TO BE EXAMINED BY A QUALIFIED MEDICAL DOCTOR AND TO MEDICAL DOCTOR AN EVALUATION OF THE CONDITION OF OF PLAINTIFF'S A PRESCRIPTION FOR A COURSE OF APPROPRIATE MEDICAL SUPPLIES THAT WILL RESTORE AND MAINTAIN THE SEVERE ITCHING, RASH, PENIS BURNING, MEDICAL SITUATION WITH POSSIBLE SKIN BREAK DOWN.

IT IS FURTHER ORDERED THAT THIS ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, SHALL BE SERVED ON DEFENDANTS JOHN POWELL AND SHERITA LATIMORE-COLLIER, 2020, AND THE UNITED STATES MARSHALLS SERVICE IS HEREBY DIRECTED TO EFFECTUATE SUCH SERVICE.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Eric Hines
#663508/146993B
South Woods State Prison
215 Burlington Road So
Bridgeton, N.J. 08302

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES, Plaintiff, v. GARY M. LANIGAN, ET. ALS Defendants. | Hon. Noel L. Hillman, U.S.D.J., CIVIL ACTION No. 1:17-CV-02864-NLH-JS |

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.

ERIC HINES STATES:

1). I AM THE PLAINTIFF IN THIS CASE. I MAKE THIS DECLARATION IN SUPPORT OF MY MOTION FOR A PRELIMINARY INJUNCTION TO ENSURE THAT, TO PROVIDE WHEELCHAIR BOUND INMATE A MEDICALLY APPROPRIATE COURSE OF MEDICAL SUPPLIES, PROPER DISPOSABLE OF HAZARDOUS WASTE. MEDICAL SUPPLIES TO THE PLAINTIFF DESIGNED TO RESTORE AND MAINTAIN SEVERE ITCHING, RASH, PENIS BURNING, MEDICAL SITUATION WITH POSSIBLE SKIN BREAK DOWN, AND DENIAL OF OTHER MEDICAL CARE SPELLED OUT IN AMENDED COMPLAINT.

2). PLAINTIFF COMPLAINT ALLEGES, INTER ALIA, VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE EIGHTH AMENDMENT AND TITLE II OF THE ADA. (AM. COMPL. PP 3-4, 6-11).

3). PLAINTIFF WAS TRANSFERRED FROM ST. FRANCIS HOSPITAL ON JULY 30, 2015 TO SOUTH WOODS STATE PRISON EXTENDED CARE UNIT. AUGUST 3, 2015, WAS MOVED TO FACILITY #2 AT SOUTH WOODS STATE HOUSING UNIT 4-1RIGHT. AT ALL TIMES MENTIONED UPON ARRIVAL TO SWSP PLAINTIFF WAS RECEIVING THE FOLLOWING REQUIRED CERTAIN BASIC MEDICAL SUPPLIES A DAY (NINE ADULT DIAPERS, 5-12" CATHETERS, EIGHTEEN DISPOSABLE UNDER PADS (AKA "CHUX") DISPOSABLE LATEX GLOVES, TRASH BAGS TO DISPOSE OF USED DIAPERS AND GLOVES, AND FORTY-TWO SANITARY WET WIPERS.

IN THIS CASE, PLAINTIFF IS A PARAPLEGIC WHO MUST UTILIZE SELF CATHETERS AND REQUIRES CERTAIN BASIC SUPPLIES TO DISIMPACT HIS BOWELS ON A REGULAR BASIS. POINT #3 DETAILS MEDICAL SUPPLIES PLAINTIFF WAS RECEIVING DAILY.

4). ON OR ABOUT MARCH 21, 2016, DEFENDANTS JANE DOE #1 NURSE AND OFFICER E. MARIN, WERE BOTH INFORMED THAT PLAINTIFF DIAPER WAS FULL OF FECES AND WAS IN DIRE NEED OF CHANGING. THIS REQUEST WAS DENIED FORCING PLAINTIFF TO PULL MATTRESS OFF THE BED TO FLOOR, TO EAT AND RECEIVE MEDICATION. PLAINTIFF WAS DEPRIVED OF DIAPER'S, FORCE TO SLEEP IN SOILED DIAPER. (AM. COMPL. PP. 2-5 DATED 12/23/19). PLAINTIFF REPEATS THE ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF THE REFERENCE # 224697, GRIEVANCES AS IF SET FORTH HEREIN AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-A).

5). SCO. WATERS HAS NUMEROUS OCCASIONS VIOLATED MY CONSTITUTIONAL RIGHTS OF AMERICANS WITH DISABILITIES ACT (ADA), DENIAL PLAINTIFF TO GET MY MEDICAL SUPPLIES. PLAINTIFF REPEATS THE ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF THE REF # 242073, INQUIRY AS IF SET FORTH HEREIN AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-B).

6). NURSE PRACTITIONER JENNIFER, ON OR ABOUT OCTOBER 28, 2016 FOR THE SECOND TIME THAT WEEK 3 DIAPER A DAY AND 1 CATHETER WAS CRUEL AND UNUSUAL PUNISHMENT. AND THAT MOST DAYS PLAINTIFF IS LEFT WITH FECES IN HIS DIAPER BY 4:00 P.M. HER REFUSAL TO SUPPLIES ME WITH GLOVES TO SELF CATH WAS CAUSING PENIS BURNING. LUZ TORRES OR LINDA LINEN ADA COORDINATOR ANSWER GRIEVANCE BUT FAIL TO ACT.

PLAINTIFF REPEATS THE ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF THE REF # 250380, GRIEVANCE AS IF SET FORTH HEREIN AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-C).

7). ON OCTOBER 9, 2017, JENNIFER FARESTAD, MEDICAL DIRECTOR DR. LATIMORE-COLLIER CONTINUED TO SIGN ON FARESTAD CRUEL AND UNUSUAL PUNISHMENT. AND SHE AND MS. COLLIER, HAD ACKNOWLEDGEMENT THAT PLAINTIFF WAS BEING REFUSED GLOVES + WIPES HAVING TO SELF CATHETERIZE FOR A HOLD YEAR AT THE TIME. OMBUDSMAN ANTHONY

HAD PERSONAL KNOWLEDGE BUT FAIL TO ACT. (AM. COMPL. PP 9-11) PLAINTIFF REPEATS ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF THE REF# 649457, INQUIRY AS IF SET FORTH HEREIN AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-D).

8). ON DECEMBER 13, 2017, (ADA) INQUIRY REQUEST MEDICAL DIRECTOR DR. LATIMORE-COLLIER, FAIL TO PROPERLY SUPERVISE, N/P JENNIFER FARESTAD ALLOWING HER TO DENY ME MEDICAL SUPPLIES TO DEAL WITH DIAPERS + SELF CATHETERS, GLOVES + DRY WIPES TO PROPER CLEAMMY SELF VIOLATES (ADA). SEE REF# 713049, ON JUNE 6, 2018, RE: MEDICAL SUPPLIES AFFORDED TO (ADA) INMATES IN POPULATION, DISCRIMINATION AND DEPRIVATION TOWARDS (ADA) INMATE IN (ACSU) ADMINISTRATIVE CLOSE SEGREGATION UNIT. CLEARLY, CONFIRMS LUZ TORRES, LINDA LINEN, (ADA) COORDINATORS, R.B.H.C. DR. LATIMORE-COLLIER, FARESTAD WERE PUT ON NOTICE ABOUT " MAINTAIN HYGIENIC, AND TO PREVENT INFECTION LEADING TO FUTURE MEDICAL COMPLICATION. WHICH 3-DIAPER, 1-CATHETER STILL BEING SUPPLIED A DAY, MS. FARESTAD INFORMED SHE CATH'S WITHOUT GLOVES, SO I CAN TO, WIPES WERE NOT NEEDED, USE YOUR WASH CLOTH TO CLEAN FECES. WHICH AT THAT POINT HAS CAUSED ITCHING, RASH, PENIS BURNING. (AM. COMPL. PP 9-11 DATE 12/23/19). PLEASE TAKE NOTICE TO OMBUDSMAN ANTHONY THOMAS OF MEDICAL AND S.W.S.P. ADMINISTRATOR WILLIE BONDS ON REF# SWSP-18014350, GRIEVANCES. PLAINTIFF REPEATS ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF THE REF# 713049, GRIEVANCES (UNDER EXHIBIT-E) AND REF# SWSP-18014350, GRIEVANCE AS IF SET FORTH HERE AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-F).

9). ON JUNE 16, 2018, REF# SWSP-18014882, GRIEVANCES, CONFIRMS FARESTAD IS STILL DENYING PLAINTIFF PROPER MEDICAL SUPPLIES, ADA CELL, ACCESS TO SHOW CHAIR, DIETATION AND WITHHOLDING MEDICATION AS A FORM PUNISHMENT, NO MATTER THE MEDICAL INJURY. (AM. COMPL PP-9-11). EX-"G"

10). ON OCTOBER 15, 2018, PLAINTIFF HAD ALSO BEEN COMPLAINING OF NO TRASH BAGS, TO DISPOSE OF WASTE, SO NURSE ANGIE STATE THAT N/P FARESTAD, ORDERED HER TO INFORM ME TO PLACE USE CATHETERS AND DIAPERS IN THE CORNER. WHEN INMATES SUPPLIES IS DEPLETED, USED ONES MUST BE RETURNED TO NURSE BEFORE RECEIVING MORE. ON OCTOBER 16, 18 NURSE ANGIE REFUSE TO HANDLE HAZARDOUS WASTE IN CORNER OF CELL BUT

N/P FARESTAD AND NURSE ANGIE STILL HAS DENIED PLAINTIFF GLOVES. ONLY 3-DIAPER 1-CATHER, NO WIPES, NO UNDER PADS (AKA CHUX) ARE STILL BEING REFUSED (AM. COMPL. PP 9-11). PLAINTIFF REPEAT ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF UNDER EXHIBIT-H, IS REF# SWSP-18036210, EXHIBIT-I, IS REF# SWSP-18036402, AND EXHIBIT-J, IS REF# SWSP-18038004.

11). ON OR ABOUT MAY 1, 2019, EVERY MORNING, AT APPROX. 7:45 AM., PLAINTIFF NOW RECEIVES 2 UNDER PADS, 5 GLOVES, 5 DIAPERS, 5 SANITARY WIPES, AND 5 CATHETERS. THIS ISN'T SUFFICIENT TO FULFILL PLAINTIFF'S MEDICAL NEEDS. (AM. COMPL. PP 10).

12). ON SEPTEMBER 9, 2019, PLAINTIFF RECEIVE 3-CATHETERS, 4 GLOVES, 5 WIPES, 1-CHUX, AND NO DIAPER HAD TO WEAR DIAPER WITH FECES FROM SEPTEMEBER 8, TO 9 OF 2019. (SEE EXHIBIT-K, REF# SWSP-19039083.

13). ON OCTOBER 21, 2016, HAND DELIVER SPECIAL INVESTIGATION DIVISION OFFICER PERRY, DETAILING PREA/ABUSE BY SCO. WATERS, READ-IT HE STARTED LAUGHED BOASTFULLY STATED SHE'LL BE MOVED FOR A FEW DAYS. BUT PREA/SEXUAL TOUCHING ARE YOU CRAZY. NOT SATISFACTORY I WANT CHARGES FILLED. THE RESULTS ARE DETAILED, THREATS OF BODILY HARM BY (S.I.D) OFFICERS. (AM. COMPL. PP 15 POINT #3). ALLEGATIONS OF THE ENTIRE PARAGRAPHS OF REF# SWSP-18000345, GRIEVANCES AS IF SET FORTH HEREIN AT LENGTH AND MAKES THEM A PART HEREOF. (UNDER EXHIBIT-L).

14). ON NOVEMBER 8, 2016, FACILITY #2 OFFICER ORDERED PLAINTIFF TO PACK PERSONAL PROPERTY AND REPORT TO CENTER, TO SGT. VALLE AT WINDOW SHE STATED "STILL RATTING ON OFFICERS, NOT GOING TO LEARN UNITIL YOU GET YOUR ASS WHIPPED. (AM. COMPL PP 14-16). (REF# UNDER EXHIBIT-M).

15). ON NOVEMBER 16, 2016, DEMONSTRATE (S.I.D) PETIT THREATS OF BODILY HARM AND REFUSAL TO ADVANCE PLAINTIFF COMPLAINT. (AM. COMPL. PP 16). (REF# SWSP-18000835 UNDER EXHIBIT-N).

16). ON SEPTEMBER 25, 2018, PLAINTIFF BEGGED THE CENTRAL OFFICE TO INTERVENE. (REF# SWSP-18032627 UNDER EXHIBIT-O). AND (ON JANUARY 19, 2019, SECOND REQUEST REF# SWSP-19003028, UNDER EXHIBIT-P). (ON JANUARY 26, 2019, THIRD REQUEST REF# SWSP-19004002

UNDER EXHIBIT-Q).

17). ON FEBRUARY 13, 2019, PLAINTIFF FILED ANOTHER COMPLAINT FIRST SHIFT, OFFICERS MARIN, FARDONE, BAGLIANI, HIGBEE, ACTION ARE THAT OF A GANG, RETALIATORY ACTS FOR ME FILING PREA COMPLAINT ON FELLOW OFFICER, WHILE PROPERTY OFFICER JACKSON MISUSE, DESTROY, OR DISCARD MY PROPERTY. JANUARY 30, 2019. OFFICER MORATELLI (AM. COMPL PP. 17) ON FACE SHEET WROTE DEROGATORY WORDS, VOCIE SAME RAT, SNITCH (AM. COMPL PP 18). L. SMITH ON FEBRUARY 9, 2019 GAVE KEYS TO C/O MORATELLI WHO CAME TO CELL 1028, STATED(SID) GOFFREDI AND C/O L. SMITH, STATED NIGGER YOUR FUCKING WITH OUR JOBS, WERE GOING TO HANG YOUR ASS. HOW CAN OFFICIALS QUESTION ME FEARING FOR MY LIFE. (AM. COMPL. PP 13-17). (REF# SWSP-1900 6814, REF# SWSP-1900 7102 IS A CONTINUED FROM REF# SWSP-1900 6814. DOCUMENTED UNDER EXHIBIT-R-1, R-2).

18). ON APRIL 27, 2019, AT APPROX. 7:30 P.M, INSIDE RECREATION WAS WAS TERMINATED. DEFENDANT L. SMITH GRABBED PLAINTIFF IN A CHOKE HOLD, AND WHISPERED IN PLAINTIFF'S EAR "NIGGER YOU THINK I'M PLAY-WITH Y. DO YOU SEE HOW EASILY I CAN BREAK YOUR FUCKING NECK? (AM. COMPL. PP 18). COPY OF GRIEVANCE IS BEING REFUSED. IT MIND BLOWING AT THE TIME PLAINTIFF LAWYER MR. CHARLES H. LANDESMAN WAS NOTIFIED AND FAIL TO ACT. PLAINTIFF WAS THEN ASSUALTED AGAIN, AND DOCUMENTATION WILL CONFIRM HE FAIL TO PROTECT HIS CLIENT. COURT WAS NOTIFIED.

19). DEFENDANT OFFICER McNEAR ON SEPTEMBER 28, 2019, DEFENDANT McNEAR WAS AN ESCORT OFFICER. PLAINTIFF EXITED HIS CELL, DEFENDANT McNEAR GRABBED THE HANDLE BARS OF THE WHEELCHAIR, AND STATED "THIS IS WHAT WE DO TO RATS". DEFENDANT McNEAR THEN SHOVED THE WHEELCHAIR ACROSS THE AREA, AND PLAINTIFF CRASHED INTO CELL 1023, INJURING HIS LEFT WRIST AND LEFT KNEE. PLAINTIFF WAS UNABLE TO STOP THE WHEELCHAIR, OR DO ANYTHING BECAUSE PLAINTIFF WAS HANDCUFFED. SGT. HORSEY WAS STANDING AT CELL 1021, AND WITNESSED THIS BARBARIC SCENE. (AM. COMPL. PP. 18-19-20).

20). AS PLAINTIFF HAS DEMONSTRATED ABOVE, WITHOUT THE SPECIAL INVESTIGATION DIVISION OFFICERS, REPORTS HOW CAN PLAINTIFF MAKE MAKE A VALUABLE DEFENSE, GET A EXPERT OR REPORTS FOR THAT MATTER

HOW DOES PLAINTIFF HONOR PRETRIAL FACTUAL DISCOVERY BY DEADLINE OF MAY 1, 2020.

21). DEFENDANT DR. LATIMORE-COLLIER IS RESPONSIBLE FOR PROVIDE MEDICAL SUPPLIES, PROPER MEDICAL CARE FOR WHICH SHE HAS FAILED. I AM SUFFERING IRRARABLE HARM IN THE FORM OF SEVERE ITCHING, RASH, PENIS BURNING, MEDICAL SITUATION WITH POSSIBLE SKIN BREAK DOWN, AND WITH SEVERE PAIN IN RIGHT SHOULDER BLADE. BUT I FORCE TO WRITE IN PAIN TO PROTECT PLAINTIFF'S RIGHTS, BECAUSE OTHER HE WILL BE STRIPPED OF NOT ONLY HIS RIGHT BUT IRREPARABLE HARM TO SHOULDER.

22). DEFENDANT JOHN POWELL RECEIVE ALL INVESTIGATION REPORTS FROM SPECAIL INVESTIGATION DIVISION OFFICER AND HAS THE FINAL SAY, FOR WHICH HE HAS CHOSEN TO TURN A BLIND EYE. HIS REFUSAL TO TURN OVER SPECAIL INVESTIGATION DIVISION, DOCUMENTS VIOLATES PLAINTIFF CONSTITUTIONAL RIGHT TO REDRESS.

23) TOGETHER, THESE DEFENDANTS HAVE THE RESPONSIBILITY FOR PROVIDING THE PLAINTIFF WITH THE NECESSARY MEDICAL CARE AND MEDICAL SUPPLIES. AS WELL AS THE ABILITY TO ARRANGE IT.

24). FOR REASON SET FORTH IN THE MEMORANDUM OF LAW FILED WITH THIS MOTION, THE PLAINTIFF IS ENTITLED TO A PRELIMINARY INJUNCTION ORDER REQUIRING THE DEFENDANTS TO ARRANGE FOR APPROPRIATE COURSE OF MEDICAL SUPPLIES, PROPER DISPOSABLE OF HAZARDOUS WASTE, MEDICAL SUPPLIES TO RESTORE AND MAINTAIN SEVERE ITCHING, RASH, PENIS BURNING MEDICAL SITUATION OF POSSIBLE SKIN BREAK DOWN. AND FOR PLAINTIFF TO BE TRANSFERRED TO ANOTHER CORRECTIONAL FACILITY DO TO THREATS OF BODILY HARM BY (S.I.D) OFFICERS, ASSUALTS, USE OF FORCE BY STAFF WITH INJURY.

25). FOR THE FOREGOING REASONS, THE COURT SHOULD GRANT THE PLAINTIFF'S MOTION IN ALL RESPECTS.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: MARCH 10, 2020

ERIC HINES
#663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SO.
BRIDGETON, N.J. 08302