EXHIBIT - A

| Ref# 224697 | Housing:SWSP-ACSU-C POD-1026 C | Date Created:09/26/2016 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Medical / Dental / Medical Health | Description:Other |
| Urgent:Yes | Time left:n/a | Status:Closed |

Original Form
*9/26/2016 8:37:56 PM : (000146993b) Wrote*
On  3/29/2016 inmate inquiy form submitted, wasn't answered so I'm resubmitting: On 3/21/2016 Facility #3 nurse cleared me for Lock-up, but refused inmate request for medical supplies. Even after she was made aware, that inmate Diaper was full of feces and needed changing. Facility #3 nurse denied this request, Sgt. W. Shorter, took me to lock-up were I was informed by Sco. Marvin that Diapers were needed. He had inmate push me in cell 20, before Sco. Marvin closed the door. I informed him that stample were in my shoulder, diapers were needed, and that getting out of wheelchair to made bed was inpossible. Sco. Marvin informed inmate that polices & procedures governing "lock-up" states if inmate couldn't get in and out of bed on his own to receive food or medication. Then inmate wouldn't receive them because he couldn't open the door. So there was nothing he could do. I had to pull the mattres on the floor and sleep at the door. Inmate was left in middle of floor,

Communications
*10/6/2016 10:26:01 AM : (Anthony Thomas) Wrote*
Medical complaints are noted.  Submit your custody complaints to that department.

Case Actions
*9/26/2016 8:37:56 PM : (000146993b) Wrote*
Form has been submitted

Admin Notes
*10/6/2016 2:31:17 PM : (Joy L Kwap) Wrote*
Reviewed by the Regional Nurse Manager
Joy L Kwap Rn

Admin Log
*9/28/2016 7:53:06 AM : (Matt Schullery) Wrote*
Form was viewed by Matt Schullery and the status was changed to Pending.

*10/6/2016 10:26:01 AM : (Anthony Thomas) Wrote*
Responded to inmate

*10/6/2016 2:31:17 PM : (Joy L Kwap) Wrote*
New entry into admin log

*10/6/2016 2:31:22 PM : (Joy L Kwap) Wrote*
Closed inmate form

EXHIBIT - B

| Ref# 242073 | Housing:SWSP-ACSU-C POD-1030 C | Date Created:10/20/2016 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Inquiry | Subject:Administration | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*10/20/2016 9:19:05 AM : (000146993b) Wrote*
Sco. Waters has on numerous occasions violated my constitutional right of Americans with disabilities Act. by refusing me privacy to change Catherter and Diaper, without the looking, goking of the other three inmates. pulling the sheet down so that my private part are out is unthinkable. Why'll calling the medical department and informing them I'm walking around the room, they come and see me using the bathroom sitting in the wheelchair. Sco. waters also makes these statement when mess is being served, which is a violation of ADA. Now Sco. Waters thinks it's her right to deny me medical supples, stating if I keep complaining I'll be moved and given charges. I have written the commissioner, but Sco. Waters is being aloud to continue the lies and threats, with know fear of sanctions. the law is very clean dealing medical

Communications
*11/21/2016 11:01:48 AM : (Luz Torres) Wrote*
All housing unit issues must be submit t the Custody Department for investigation.

(Exhibit B-1)

EXHIBIT - C

| Ref# 250380 | Housing:SWSP-ACSU-C POD-1030 C | Date Created:10/30/2016 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Administration | Description:ADA |
| Urgent:Yes | Time left:n/a | Status:Closed |

Original Form
*10/30/2016 6:41:26 PM : (000146993b) Wrote*
On 9/26/16 a grievance was submitted concerning the treatment of ADA inmate on 3/21/16 wHich complaint wasn't answered. Now the medical department has informed me, to submit my complaint to the Administrator for response before proceeding any further. please grant my a interview about Cruel and Unusaul medical treatment at the hands of medical staff and officer in lock-up. Allowing ADA inmate to be refused medical supples and left with feces in daiper. without supple to clean up. violating right to medical care, thank up

Communications
*11/21/2016 11:05:51 AM : (Luz Torres) Wrote*
Have you request to meet with the Medical Ombudsman, Mr. Thomas? If not submit an interview request with him.

*11/28/2016 7:59:10 AM : (Linda Linen) Wrote*
Any issues regarding custody If you are having issues with medical care and receiving your medical supplies, you must submit inquiry or sick call slip to medical. You may also submit inquiry to the medical ombudsman Mr. Thomas for his review and response.

EXHIBIT - D

| Ref# 649457 | Housing:SWSP-ACSU-C POD-1030 C | Date Created:10/24/2017 |
| --- | --- | --- |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Inquiry | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

*10/24/2017 6:51:21 PM : (000146993b) Wrote*

On 10-09-17 Jenniffer Farestad  N/P Chronic care her persistence to Antagonize me, by stating is your shoulder in enough pain severe enough for second operation. I informed her it's cruel and unusual punishment to withhold treatment as punishment. She then informed me the medication was stopped becaused I was misusing it, which is false. I am request and investagation into her statement and actions. Ms Collier contenue to sign off on Jenniffer Farestad N/P actions. And she is refusing to give me Gloves and Wipes so I can self Cath. telling me she cath other inmates without gloves.

Communications

*11/3/2017 9:46:21 AM : (Anthony Thomas) Wrote*

Thank you for your feedback about UCHC staff conduct. Your concerns will be forwarded to site leadership for investigation.

EXHIBIT - E-1 AND E-2

# NJDOC INMATE INQUIRY FORM

## Must Be Placed In The Inmate Remedy System Box

## Complete One Form For Each Department / Program / Service.

(MARQUE SOLAMEME UN DEPARTAMENTO / PROGRAMA / SERVICIO POR FORMULARIO)

| ADMINISTRATION |
|---|
| Housing Status |
| Program Removal |
| Reinstate Contact Visit |

| BUSINESS OFFICE |
|---|
| Business Remits / Receipts |
| Check / Money Order |
| Fine Payments |
| Refunds |
| State Pay |
| Statements |

| CLASSIFICATION |
|---|
| Citizenship |
| Detainers / Open Charges |
| Institutional Transfer |
| Interstate Status |
| Job Eligibility |
| Problem w/ Sentence Calc. |
| Restoration of Comm Time |
| SASRC |
| Status |
| Work Credit |

| CUSTODY |
|---|
| Cell Moves |
| General |
| Housing Unit Issues |

| CUSTODY / MAILROOM |
|---|
| Status on Purchases |
| Incoming Mail |
| Legal Mail |
| Outgoing Mail |

| EDUCATION / LAW LIB |
|---|
| Certificates |
| College Courses / GED / Classes |
| Programs |
| Legal Call |
| Paralegal Assist / Supplies |

| FOOD SERVICES |
|---|
| Denied / Not Received Diet |
| Food Allergies |
| Food Issues / Prep |
| Proper Special Diet |

| MEDICAL / MENTAL HEALTH / DENTAL |
|---|
| Class Sign-up / Completed Programs |
| X Concerns ADA |
| Co-Pay Refunds |
| Emergencies |
| Eye Glasses |
| Medical Records |
| Medication |
| M007 Form |
| Referrals |
| Dental |

| PAROLE |
|---|
| Address Change / Parole Plan |
| Opt Out of Parole Hearing |
| Parole Board Hearings |
| PED Calculations |

| RCRP COMM. PROGRAMS |
|---|
| Denial of Program |
| Eligibility Criteria |
| Status of Application |

| RELIGIOUS SERVICES |
|---|
| Certificate Completions |
| Religious Classifications |
| Religious Diets |
| Religious Items |

| SOCIAL SERVICES |
|---|
| Family Emergency |
| Marriage Request |
| Program Enrollment / Completion |
| Release ID / BC / SSN Card / MVC / Vet Asst. |
| Release Planning |
| SSI / SSDI / Affordable Healthcare |
| TDD |
| Others |

| SID |
|---|
| K/S |
| PC |
| STG |
| Visitor Ban |

| VISITS |
|---|
| Denied Visitors |
| Ex-Offender Visits |
| Issues at Visits |

| OSAPAS |
|---|
| Living in Balance |
| N/A and A/A |
| Engaging the Family |
| RPP |

## THIS SECTION TO BE COMPLETED BY INMATE

Inmate Name: ERIC HINES   Date: 12-13-2017

State Number: 662509   SBI#: 1969935

Housing Unit: C-POD   Work Detail Hours: ACSU

REQUEST: MEDICAL DIRECTOR DR. LATIMORE COLLIER HAS
FAIL TO PROTECT IN SUPERVISE NP JENNIFER MODESTA
ALLOWING HER TO DENY ME MEDICAL SUPPLIES TO
DEAL WITH DIAPERS-SOIL HALF (GLOVE) & DRY INJURES
TO PROTECT IN CLEAN MYSELF VIOLATING TITLE II
OF THE AMERICANS WITH DISABILITEL ACT
(ADA)

## FOR OFFICIAL USE ONLY

(PARA USO OFICIAL SOLAMENTE - NO ESCRIBA EN EL AREA SOMBREADA)

Date Received: 12-18-17   # 713049

Staff Receiving Request:

### THIS FORM CANNOT BE PROCESSED:

(Usted ha sido citado para entrevista en)
You have been scheduled for an interview on: _____
Check the Daily Appointment Schedule for your name.

Staff Response:

IF YOU NEED ASSISTANCE IN COMPLETING THIS FORM, SEE YOUR HOUSING
UNIT SOCIAL WORKER
(SI USTED NECESITA AYUDA COMPLETANDO ESTE FORMULARIO, VEA A SU
TRABAJADOR SOCIAL DE UNIDAD)

Distribution: (Original) Department Copy
(Yellow) Inmate's Copy With Response
(Pink) Inmate Copy

Form IRSF-101

| Ref# 713049 | Housing:SWSP-ACSU-C POD-1030 C | Date Created:12/18/2017 |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Inquiry | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*12/18/2017 2:38:53 PM : (T. Stanley) Wrote*
(This communication was created by T. Stanley, ID# 18567 on behalf of the inmate.)

Communications
*12/18/2017 2:38:53 PM : (T. Stanley) Wrote*
Medical Supplies - See Attached

*1/11/2018 11:35:19 AM : (Anthony Thomas) Wrote*
Thank you for your feedback.  Your concerns will be forwarded to site leadership for investigation.

EXHIBIT - F

Page: 1

| Ref# SWSP18014350 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:06/06/2018 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/6/2018 6:53:36 PM : ( 000146993b ) wrote*
RE: Medical supplies afforded to ADA inmates in population, discrimination and deprivation towards ADA inmate in ACSU
RE # 016077, 713049, SWSP 18004127. Confirms Luz Torres, Linda Linen, {ADA Coordinators} R.B.H.C. Dr. Latimore - Collier, Ms. Farestad N/P has established, and tolerated a deliberately indifference Policy, custom to refuse ADA inmate housed in ACSU medical supplies to aid with chronic medical condition. Maintain hygienic, and to prevent infection leading to future medical complication. I wear diaper, cath. Ms. Farestad N/P stated she cath's without gloves, so I can to, and wipes aren't needed, use your wash cloth to clean feces. Which has caused itching, rash, penis burning. Several complaints with no response, referrals to site leadship & medical administration with them never addressing issues.
I'm requesting a definitive answer, for the court.

Communications
*6/8/2018 7:14:31 AM : ( Anthony Thomas ) wrote*
Medical administration and your facility provider are aware of your concerns. You are encouraged to report any changes in your condition or new concerns with medical via MR007. If you are unable to reach a resolution which is satisfactory to you, you may write:
UBHC/Rutgers
c/o NJ DOC
Bates bldg., 2nd floor
PO Box 863
Trenton, NJ 08625

*6/9/2018 9:21:40 AM : ( 000146993b ) wrote*
I really don't understand your response, i have report all changes over the past 19mo. And still Dr. Latimore-Collier has signed off on her bias and 8th amendment violation. What make your response

*6/9/2018 9:54:52 PM : ( Willie Bonds ) wrote*
Mr. Hines your follow-up response is being forwarded to the Mr. Thomas for review. However, if you believe that the level of care you are receiving is inadequate please feel free to contact the Statewide Patient Advocate at the address provided in the response from Mr. Thomas.

EXHIBIT - G

| Ref# SWSP18014882 | Housing:SWSP-SSC-C POD-1023 | Date Created:06/10/2018 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Administration | Description:ADA |
| Urgènt:Yes | Time left:n/a | Status:Closed |

Original Form

*6/10/2018 10:31:58 AM : ( 000146993b ) wrote*

Failure to respond reasonably, the consitution, and Americans with Disabilities Act, the Rehabilitation Act has been violated by the following individuals. These standards gives inmates a right to treatment for medical needs that are "serious" complication; from neglect leads to many medical conditions endanger a person's life and are clearly serious. Inmates with "serious medical needs" have been confirmed though report for neurologist, shoulder operation "one needed," diaper, cathaters, and still administration, Luz Torress, Linda Linen {ADA Coordinator's}, Dr. Latimore- Collier, UBHC has institute policy & custom carried out by Farestad N/P to deny ACSU inmate proper medical supplies, ADA cell, access to shower chair, dietation and withholding medication as a form punishment no matter the medical injury and/or diagnosis. Yet discrimination, 8th Amendment violation continue as normal. Please understand on 6/16/14 RE: Eric Hines v. Department of Corrections Docket No. A-446-13T4

Communications / Case Actions

*6/13/2018 7:42:02 AM : ( Luz Torres ) wrote*

This form do not contain SPECIFIC information. Submit a new form with additional information.
Grievance Forms should include a summary of details:  date, time individuals involved, and description of incident.

EXHIBIT- H

| ID#: 000146993B | Name:HINES,ERIC | |
| --- | --- | --- |
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form

*10/16/2018 7:12:14 PM : ( 000146993b ) wrote*

Universal Correction Health Care Rutgers/University of New Jersey, S.W.S.P. director of medical Dr. Shertia Latimore-Collier both have abdicated duties, by failure to dispensing proper medical supplies, and proper disposal of medical hazardous waste. Their failure to supervise, instruct, and oversee N/P Jennifer Farestad decision, to refuse proper medical supplies to inmate utilizing diaper, catheter. First grievance was submitted in 2016. Several complaint have been filed since, with nothing changing. On 10/15/18, about 12:20 p.m., medical Nurse Angie stated that N/P Jennifer Farestad, ordered her to inform me to place used catheters and diapers in the corner. When inmates supplies is depleted, used ones must be returned to nurse before receiving more. On 10/16/18, Nurse Angie refused to handle hazardous waste in corner of cell but N/P Farestad and Nurse Angie expects me to cath without gloves, and handle hazardous waste which is medically unsafe and harmful to humans.

### Communications / Case Actions

*10/22/2018 8:03:42 AM : ( Anthony Thomas ) wrote*
Noted. New supply orders placed.

*10/24/2018 7:21:35 PM : ( 000146993b ) wrote*

This issue was first brought to medical department, as well as A. Thomas way back in 10/30/2016. Now you fill as you've done your job, because partial supplies have been despensed, these action do nothing about the burning fill in penis for the pas 16 month. so in fact medical supplies aren't being given in accodabnce with the facility 1,2,3, and ECU which is discrimination, deliberate indifference, but for two years you still say the samething.

*11/15/2018 10:05:39 AM : ( Linda Linen ) wrote*

This is not an appeal. You may complete a MR-007 (Health Services Request Form) for your health concern. No further action necessary.

EXHIBIT - I

| Ref# SWSP18036402 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:10/17/2018 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Inquiry | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

*10/17/2018 6:52:13 PM : ( 000146993B ) wrote*

Department of Correction, SWSP Administrator, SWSP ADA Ccordinator, Universal Correction Health Care Rutgers/University of New Jersey, have intentionally violated federal laws, abdicated duties, this deliberate indifference has exposing prisoner to the following dangerous conditions that poses an unreasonable risk of serious harm to prisoner's present and future health an safety. See Helling v. Mckinney, 509 U.S. 25. Several complaints detailing issues of hazardous and unreasonable risk of harm below were submitted concerning the following;

1). Administration, ADA Coordinator, intentional place wheelchair bound prisoner in cell which aren't handicap accessible. "In reply you state cell are handicap accessible" which you no isn't true.

2). Deprivation of clean and appropriate bedding {sheets, medical mattress, medical devise}

3). Medical supplies, chux, gloves, deprivation catheters and diapers. Deprivation of basic sanitation.

Communications / Case Actions

*10/19/2018 8:45:05 AM : ( Linda Linen ) wrote*

Your inquiry does not contain specific information as it pertains to you specifically. You may not submit any inquiry on behalf of other. Please resubmit your inquiry with specifics as to how any of the aforementioned relates directly to you.

EXHIBIT - J

| Ref# SWSP18038004 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:10/27/2018 |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Administration | Description:ADA |
| Urgent:Yes | Time left:n/a | Status:Closed |

Original Form
*10/27/2018 9:07:17 AM : ( 000146993b ) wrote*
Ref# 18014882 and 806638 are several grievances address SWSP refusal to honor documented, impaired inmate entitled to handicap accessible cell for over two years. commissioner,jail,DOC must abide with the federal ADA and rehabilitation act. once receiving federal grant money, 10/30/2016 admin. has violated inmates right to eighth amendment by refusing to honor request, and stating all cell are in complies with ADA, is a false statement. again I decision is requested.

Communications / Case Actions
*11/16/2018 12:17:49 PM : ( Luz Torres ) wrote*
SWSP is in compliance with ADA regulations.

EXHIBIT - K

| ID#: 000146993B | Name:HINES,ERIC | |
|---|---|---|
| Form:Grievance | Subject:Medical | Description:Concerns/Treatment |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form
*9/11/2019 7:17:08 PM : ( 000146993b ) wrote*

Re: deliberate indifferent to serious medical needs

It's mind blowing, Medical department, Dr. Latimore-Collier, N/p Jennifer Farested, D'mico, has been denying me proper medical supplies since 2016. Numerous grievances confirms this now on 9/9/19 going tpo medical trip. Morning nurse gave me 3-cath, 4gloves,5-wipes, 1-chux no diaper never put medical supplies in my room I had to wear diaper with feces in it from 9/8/19 all day 9/9/19 please explain this.

### Communications / Case Actions
*9/12/2019 10:58:22 AM : ( Anthony Thomas ) wrote*

Thank you for your feedback. Your concerns will be forwarded to site leadership to investigate this complaint.

*9/14/2019 1:27:44 PM : ( 000146993b ) wrote*

Rutgers, Dr. Latimore-Collier, N/P Jennifer Farestead, N/P Victoria D'Mico, and A. Thomas has all made the same statement " Your concerns will be forwarded to site leadership to investigate this complaint " but you have yet to act on this situation since 2016. your so-call investigation is never mention again, or a resolution is never forthcoming. I will seek relief for the court, because it's evident your refusal to act has been the same for years.

*10/21/2019 1:00:50 PM : ( Linda Linen ) wrote*

As Per Administrator Powell, no action required

EXHIBIT - L

| Ref# SWSP18000345 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:03/14/2018 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
3/14/2018 7:30:38 PM : ( 000146993b ) wrote
Coord T .Stanley discriminatory acts failure to address
written grievance of ACSU inmate inquiry 1-6-17 several submitted no reply 10-21-16 a two page complaint was served
to SID perry detailing PREA\abuse by Sco.Waters Read it laughed boastfully stated she'll be moved for a few days But
PREA\sexual touching are you crazy. not satisfactory I want charges filed. Belligerently stated" do you no were your at,
Good advise let it go People get Fuck-up or Killed in SWSP Threats of Bodly Harm, Threats of Retaliatory acts, never
investigated REF# 237689 or Questioned witness. Just closed the csae. But Protected Colleague Automatically, Bound
of years of working tegether SID are suppose to protect inmates from harm, what a Joke. 11-17-16 letter to Com.
Lanigan was PLEA for help. I assume his intent was to send assist, not Malicous Harm.
SWSP SID threats are Conflict of Interest.
  PART # 1

Communications
3/20/2018 2:33:10 PM : ( Tiffany Fairweather ) wrote
This matter is being referred to PREA for review and response.

3/28/2018 7:20:40 PM : ( 000146993b ) wrote
2 sid officers from centeral office interviewed on 3-26-18 concerning following ref.#'s....18000835, 18000721, 18000345.
actions stated concerning s.c.o waters reign of terror for   years. abundance of remedies/inquires/grievances and
administrative appeals but with sid officers perry/petit and their boss. slapping s.c.o waters on the hand, a move here, a
few days off, there wasnt a deterrent. colleagues like sgt.j. valle retaliating on s.c.o waters behalf against inmate filinig
complaints. affirm s.c.o waters actions wont be curved. so with this re-submission of this grievance form. i now exhaust
all administrative remedies available to me

4/3/2018 9:11:40 AM : ( Tiffany Fairweather ) wrote
Noted.

EXHIBIT - M

(Exhibit B-11(2))

| Ref# SWSP18000721 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:03/17/2018 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

*3/17/2018 9:03:34 AM : ( 000146993b ) wrote*

SGT. J. V

ALLE retaliatory acts, Putting inmate in unreasonable Harm on to occasions. 9-17-15 Sco. Waters moved me in retaliation, filing complaints in remedy Box, which she displayed on day of move. On Fac#3 Forseeing altercation with pass inmates, Sgt. Valle came, started explaining"She said, you ratted on Sco.Waters, you want my help, Belligerentlt she threaten me I just went to Lock-up.

11-8-16 Fac#2 Officer said pack up and report to Sgt. Valle at center, At window, she stated"Still ratting on Officers, not going to learn until you get your ass Whipped, I'm moving you back to Fac#3, Hope they beat the shit out of you, Now get the Fuck away from my window. Again SID Petit + Perry protected colleague, Why'll threating me with Bodly Harm.

Part #2

Communications

*3/22/2018 11:11:25 AM : ( Tiffany Fairweather ) wrote*

This matter is being referred to the Special Investigations Division here at Central Office for review and response.

*3/28/2018 7:22:39 PM : ( 000146993b ) wrote*

refer to appeal on ref# swsp18000345. all three of these appeals originate from s.c.o waters/ sid officer perry,petit, sgt.j.valle

*4/5/2018 11:17:58 AM : ( Tiffany Fairweather ) wrote*

The grievance has already been referred, and now appealed. You will be notified of the outcome of the investigation.

EXHIBIT - N

| Ref# SWSP18000835 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:03/17/2018 |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*3/17/2018 6:51:47 PM : ( 000146993b ) wrote*
SID Petit-Retaliatory Acts,Threats of Harm,putting inmates in unreasonable Harm,Ref#221445,#237689,
#242073 and.#243773 stated Prea\abuse by Sco.waters, SID Perry actions on 10\21\16 Sgt Valle on 11\8\16 weren't
address.SID Petit responded by referral
only on 11\16\16 He video taped interview but kept saying, just a over zealous search right? Female strip searching
feeling Penis+ass is Prea. He stopped tape,filing Prea charges on Off. your crazy.
He left returned 11\17or18\16 came back with another SID Off.She put Hit out on Ritter 801433C he confirm that,she will
be suspended for a few days.sign this dismissing Prea charges, no I said
Belligerently said black motherfucker bad things happen here Co back to any Fac we will beat your ass,having your ass
moved,other threats of harm.
moved 11\18\16 back 11\21\16 ACSU sense Numerous retaliatory searchs over, drugs 12\14\16,5\25\17 werre the
worserefuse any dialogue with SID
assigned to SWSP. Charges are filed.

Communications
*3/22/2018 1:28:51 PM : ( Tiffany Fairweather ) wrote*
This matter is being referred to the Special Investigations Division and PREA here at Central Office for review and
response.

*3/28/2018 7:23:49 PM : ( 000146993b ) wrote*
Refer to Ref# swsp18000345. all three of these apeals originated from the same source.

EXHIBIT - O

| Ref# SWSP18032627 | Housing:SWSP-SSC-C POD-1023 | Date Created:09/25/2018 |
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Final Review Request |
| Urgent:Yes | Time left:10 Day(s) | Status:Pending |

Original Form
*9/25/2018 6:53:23 PM : ( 000146993b ) wrote*
For the record I've begged for help, and intervention into complaints. which cause inmate to fear for hislife at SWSP after following Dates * Ref# 3/14/18- SWSp18000345, 3/17/18-SWSP18000721, And 3/17/18-SWSP 18000835 concerning threats of body harm, by sco. waters, sgt. J. Valle, wich wasa reported to the SID officer Petit * Perry who employed the same gorilla tactic, action taken by central office. upon central officew arrival it was explained how because pof their action i feared for my life and saftey. central office informed me i would be moved once my ad-seg was over.nothoing has happen conerning inmates plea for help  ms. tiffany fairweather even stated, in her response i would be moved. since inmatessafteyisn't a issues, and inmate must keep refusinga housing assignment to protect. himself from harm. i willnow petition the court to intervene, because administration, and central office has know intention of helping to remove me from these multiple detailed in numerous complaints

EXHIBIT - P

| Ref# SWSP19003028 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:01/19/2019 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form

*1/19/2019 6:28:26 PM : ( 000146993b ) wrote*

RE: Failure to protect, according to the following REF: SWSP-18000345, SWSP-18000721, SWSP-18000835, and SWSP-18032627. it was evident a serious problem exist. Officials at SWSP and Central Office deliberate indifference, to my saftey. From August of 2016 to the present day, officials, SID, Court-Line designee, and Central Office "Tiffany Fairweather." knowing about detail transcribed in above reference number, confirms ratalitory act, conspiracy, and threats of bodily harm. Since I won't go to population, where I can be harmed and set-up, I fear for my life here. They destroy my word processor, gave away my clear tune radio, sony walkman, surge protector and my fan. These actions have caused unimaginable harm, 3 years in ad-seg, and just given another year. Yet they still returned me to SWSP. This has result in a cascade of failures promulgating through every major infrastructure at SWSP. I am requesting an interview with Central Office.

## Communications / Case Actions

*1/24/2019 2:07:49 PM : ( Linda Linen ) wrote*

your inquiry contains more than one question which cannot be handled on the same form.

*1/28/2019 1:09:52 PM : ( 000146993b ) wrote*

How is This more then one question, when I'm explaining the situation forwhich officials at SWSP have allowed to run with no care about the saftey on inmate in question. ref# sent confirm the problems stated. Explanation confirming your officials allowing retaitory action to do the following explained. your action has put me in serious risk of harm.

EXHIBIT - Q

| Ref# SWSP19004002 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:01/26/2019 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*1/26/2019 7:26:51 PM : ( 000146993b ) wrote*

REF: SWSP-19003028 According to this reference number Linda Linen violated my right to be heard by Central Office. I specifically wrote a grievance to Central Office, and instead of an official from Central Office addressing the issue, Linda Linen took it upon herself to respond to the grievance. I would like this matter reviewed by Central Office for a Final Administrative Decision, so that the court may review these actions of putting my life in eminent danger.

Communications / Case Actions
*1/26/2019 7:26:51 PM : ( 000146993b ) wrote*
Form has been submitted

*3/7/2019 10:55:40 AM : ( Gwendolyn Lewis ) wrote*
Closed inmate form

*3/8/2019 12:39:49 PM : ( Tiffany Fairweather ) wrote*
Re-Opened inmate form

*3/8/2019 12:40:16 PM : ( Tiffany Fairweather ) wrote*
Closed inmate form

*3/9/2019 6:47:59 PM : ( 000146993b ) wrote*
Case Appealed.

*3/9/2019 6:47:59 PM : ( 000146993b ) wrote*
You refusal to address the issues put forth, has violated my constitutional rights to government reddress. and to be safe,free of threats,not put in serious risk of harm. you have fail withall of the above. final decision will be requested.

*3/11/2019 10:29:59 AM : ( Tiffany Fairweather ) wrote*
This matter is a duplicate. Only one response is given to any grievance. This matter is considered closed.

*3/11/2019 10:30:07 AM : ( Tiffany Fairweather ) wrote*
Closed appealed inmate form

EXHIBIT~R-1, R-2

| Ref# SWSP19006814 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:02/13/2019 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Final Review Request |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*2/13/2019 7:01:03 PM : ( 000146993B ) wrote*

REF: SWSP -18000345, SWSP-18000835, SWSP-18000721, confirms threats of retaliation, discrimination acts. 1 shift officers Marin, Fardone, Bagliani, Higbee, action are that of a gang, retaliatory acts for me filing PREA compliant on fellow officers, while property officer Jackson misuse, destroy, or discard my porperty. 1/30/19 officer Moratelli, on face sheet wrote derogatory words, voiced same rat, snitch, complaint PREA. 2/1/19 Lt. Labonne do rounds, was informed of Moratelli action but stated, "You filed a PREA charge on my officers, you've filed on me, You should have left when you had the chance. I got you now. 2/6/19 SID Goffredi, and Dipaulo, told of C/O Moratelli action, but was stopped when Lt. was named. 2/7/19 SID Goffredi, camera picture of cell 1028. 2/9/19, Officer Smith kicked wheelchair called me a snitch, rat nigger, for C/O Moratelli, and PREA complaint. I'm requesting to see SID, keep it up nigger I will hand your ass.
TO BE CONITUED

## Communications / Case Actions
*3/15/2019 1:27:41 PM : ( Tiffany Fairweather ) wrote*
This matter is being referred to the Special Investigations Division here at Central office for review and response.

*3/23/2019 9:32:11 AM : ( 000146993B ) wrote*
this situation has been going on since 2016, i have submitted over several grievances concerning the matter. And yet adminstration and central office state the same response, but you never act to secure my safety.

| Reff# SWSP19007102 | Housing:SWSP-ACSU-C POD-1028 C | Date Created:02/15/2019 |
|---|---|---|
| ID#: 000146993B | Name:HINES,ERIC | |
| Form:Grievance | Subject:Central Offices | Description:Final Review Request |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*2/15/2019 3:33:51 PM : ( 000146993B ) wrote*
      CONTINUED FROM SWSP-19006814
      and stated i hanged fucking with their jobs. 5:30p.m. 2/9/19, C/O L. Smith gave keys to C/O Moratelli who came to cell 1028, stated SID Goffredi and C/O L. Smith, nigger your fucking with our jobs, were going to hang your ass. How can officials question me fearing for my life. When officials, officers, SID operate as gang, and still you won't act!!!!!

Communications / Case Actions
*3/19/2019 7:09:32 PM : ( 000146993B ) wrote*
I have brought issues to you attention, for which administration fail to address. you allow officer to retailate without worry of discipine. out of all these complaints you have fail to act.