ERIC HINES
#663508/146993B
SOUTH WOODS STATE PRISON
215 BURLINGTON ROAD SOUTH
BRIDGETON, NJ 08302

NEOPOST            PRIORITY MAIL
03/20/2020
US POSTAGE $008.25⁰

ZIP 08302
041M11297259

RECEIVED
MAR 23 2020
AT 8:30      WILLIAM T. WALSH
             CLERK                M

HONORABLE NOEL L. HILLMAN, U.S.D.J.,
UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, N.J. 08101



UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9014 9645 1207 9803 49

Label 400  Jan  2013
7690-16-000-7948

X-RAYED

LEGAL PLEADINGS