

Case 1:17-cv-02864-NLH-MJS Document 53 Filed 04/02/20 Page 1 of 1 PageID: 552

CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

OFFICIAL BUSINESS

RECEIVED APR - 2 2020 AT 8:30 WILLIAM T. WALSH, CLERK

NEOPOST 03/23/2020
US POSTAGE $000.50⁰
ZIP 08101
041M11292214

ERIC HINES
146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

NIXIE    176   FE 1         0003/30/20
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 08101279797    *0403-03344-23-42