# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |
| DEFENDANT | TYPE OF PROCESS |
| GARY M. LANIGAN ET AL., | SUMMONS + COMPLAINT |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> LUZ TORRES

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
> SOUTH WOODS STATE PRISON, 215 SOUTH BURLINGTON ROAD, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

> ERIC HINES #663508/146993B
> SOUTH WOODS STATE PRISON
> 215 SOUTH BURLINGTON ROAD
> BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
*Eric Hines*
☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 11 of 16 | 050 | 050 | [signature] | 8/18/20 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [signature] CA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | |
|---|---|---|
| 8/19/20 | 12:47 | pm |

Signature of U.S. Marshal or Deputy: [signature] D.S.O.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $46.74 | | | | $111.74 | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**     1. **CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GARY M. LANIGAN ET AL., | SUMMONS + COMPLAINT |

CAMDEN, NJ
2020 JUL 29 AM 7:53

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ C.O. FARDONE I-BUILDING OFFICER

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON 215 SOUTH BURLINGTON ROAD BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS FIRST SHIFT, AT I-BUILDING INSIDE S.W.S.P

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Eric Hines | | N/A | 7/23/20 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Linen

Address (complete only if different than shown above):

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 8/19/20 | 12:47 | pm |

Signature of U.S. Marshal or Deputy: J. 050

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | 111.74 |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: ERIC HINES | COURT CASE NUMBER: 17-2864 (NLH)-JS |
| DEFENDANT: GARY M. LANIGAN ET AL., | TYPE OF PROCESS: SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: LINDA LINEN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 215 SOUTH BURLINGTON ROAD, SOUTH WOODS STATE PRISON, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 38
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Eric Hines | TELEPHONE NUMBER: N/A | DATE: 7/23/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 10 of 16
- District of Origin No.: 080
- District to Serve No.: 080
- Signature of Authorized USMS Deputy or Clerk
- Date: 8/18/20

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [signature] CA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

- Date of Service: 8/19/2020
- Time: 12:47 pm
- Signature of U.S. Marshal or Deputy: Bussey  DSO

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65 | 46.74 | | | | $111.74 |

REMARKS:

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |
| DEFENDANT | TYPE OF PROCESS |
| GARY M. LANIGAN ET AL. | SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ SERGEANT PIPITONE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON, 215 SOUTH BURLINGTON ROAD, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 38
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS FIRST SHIFT, IN D-BUILDING ADMINISTRATION CLOSE SUPERVISION UNIT.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Eric Hines* — TELEPHONE NUMBER: N/A — DATE: 7/23/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1/16 | District of Origin No. 080 | District to Serve No. 080 | Signature of Authorized USMS Deputy or Clerk | Date: 8/18/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [signature]
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/14/20 | Time: 13:47 pm
Signature of U.S. Marshal or Deputy: *Henry Busby Jr.* DSO

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | $111.74 |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** ERIC HINES | **COURT CASE NUMBER** 17-2864 (NLH)-JS |
| **DEFENDANT** GARY M. LANIGAN ET AL. | **TYPE OF PROCESS** SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. BAGLIANI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON, 215 SOUTH BURLINGTON ROAD, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

WORKS FIRST SHIFT, D-BUILDING ADMINISTRATION CLOSE SUPERVISION UNIT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Eric Hines
TELEPHONE NUMBER: N/A
DATE: 7/23/20

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 050 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): GA
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 8/19/20   Time: 15:47 pm
Signature of U.S. Marshal or Deputy: 050

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | $111.74 |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: ERIC HINES | COURT CASE NUMBER: 17-2864 (NLH)-JS |
| DEFENDANT: GARY M. LANIGAN ET AL. | TYPE OF PROCESS: SUMMONS + COMPLAINT |

CAMDEN, NJ
2020 JUL 29 AM 7:53

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. MCNEAR

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON, 215 SOUTH BURLINGTON ROAD, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS FIRST SHIFT, AT EXTENDED CARE UNIT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Eric Hines*
TELEPHONE NUMBER: N/A
DATE: 7/23/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 4/16 | District of Origin No. 050 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 8/19/20 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
*[signature]*

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/19/20  Time: 15:48 pm
Signature of U.S. Marshal or Deputy: *Henry Bussey* USDS

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | $111.74 | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>ERIC HINES | COURT CASE NUMBER<br>17-2864 (NLH)-JS |
|---|---|
| DEFENDANT<br>GARY M. LANIGAN ET AL. | TYPE OF PROCESS<br>SUMMONS + COMPLAINT |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**SERGEANT HORSEY**

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 215 SOUTH BURLINGTON ROAD
SOUTH WOODS STATE PRISON, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**WORKS SECOND SHIFT**

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 30/16 | District of Origin No. 050 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service / Time — am/pm
Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 46.74 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or 111.74 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** ERIC HINES | **COURT CASE NUMBER** 17-2864(NLH)-JS |
| **DEFENDANT** GARY M. LANIGAN ET AL., | **TYPE OF PROCESS** SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ S.I.D GOFFRED

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 215 SOUTH BURLINGTON ROAD
SOUTH WOODS STATE PRISON BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS FIRST SHIFT

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Eric Hines
TELEPHONE NUMBER: N/A
DATE: 7/23/20

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process 5 of 16 | District of Origin No. 050 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/20 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): [signature] EA

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/19/20   Time: 12:47 pm
Signature of U.S. Marshal or Deputy: Berry Jr. 050

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 46.74 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal $111.74 | Amount of Refund |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** ERIC HINES | **COURT CASE NUMBER** 17-2864 (NLH)-JS |
| **DEFENDANT** GARY M. LANIGAN ET AL. | **TYPE OF PROCESS** SUMMONS + COMPLAINT |

2020 JUL 29 AM 7:53

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. MORATELLI

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON 215 SOUTH BURLINGTON ROAD BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES # 663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORK SECOND SHIFT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Eric Hines
TELEPHONE NUMBER: N/A
DATE: 7/23/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 050 | District to Serve No. 050 | Signature of Authorized USMS Deputy or Clerk | Date 8-19-20 |
|---|---|---|---|---|
| 70/16 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/18/20  Time: 5:47 pm

Signature of U.S. Marshal or Deputy: Gary Jr, DSO

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | $111.74 | |

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**   1. CLERK OF THE COURT   **FORM USM-285 (Rev. 12/15/80)** (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| GARY M. LANIGAN ET AL, | SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ T. JACKSON PROPERTY OFFICED D-BUILDING

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 215 SOUTH BURLINGTON ROAD
SOUTH WOODS STATE PRISON BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 38
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

WORK FOR 8:00 AM TO 4:00 PM FROM TUES TO SAT.

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 8/16
District of Origin No.: 080
District to Serve No.: 080
Signature of Authorized USMS Deputy or Clerk
Date: 8/1/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/19/20
Time: 12:47 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65.00 | 46.74 | | | | $111.74 | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| GARY M. LANIGAN ET AL., | SUMMONS + COMPLAINT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SERGEANT J. VALLE

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON, 215 SOUTH BURLINGTON ROAD, BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Eric Hines* — TELEPHONE NUMBER: N/A — DATE: 8/23/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 080 | District to Serve No. 080 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/20 |
|---|---|---|---|---|---|
| | 12 of 16 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (if not shown above): ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/19/20 — Time: 7:47 pm

Signature of U.S. Marshal or Deputy: D 50

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | $46.74 | | | | $111.74 |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: ERIC HINES | COURT CASE NUMBER: 17-2864 (NLH)-JS |
| DEFENDANT: GARY M. LANIGAN ET AL., | TYPE OF PROCESS: SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O. L. SMITH   D-BUILDING SECOND SHIFT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON  215 SOUTH BURLINGTON ROAD  BRIDGETON, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, N.J. 08302

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

WORKS SECOND SHIFT

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 6 of 16
District of Origin No. 050
District to Serve No. 050
Date: 8/16/20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): CA

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/9/2020   Time: 5:47 pm

Signature of U.S. Marshal or Deputy: DSG

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | $46.74 | | | | $111.74 |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   1. **CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERIC HINES | 17-2864 (NLH)-JS |
| DEFENDANT | TYPE OF PROCESS |
| GARY M. LANIGAN ET AL., | Summons + Complaint |

SERVE { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ SCO. MARIN
AT { ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SOUTH WOODS STATE PRISON  215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
┌─                                                        ─┐
 ERIC HINES #663508/146993B
 SOUTH WOODS STATE PRISON
 215 SOUTH BURLINGTON ROAD
 BRIDGETON, N.J. 08302
└─                                                        ─┘
```

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 38 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(DEFENDANT INCORRECTLY DESIGNATED AS SCO. MARVIN IN THE COMPLAINT.)

2020 JUL 29

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Eric Hines | | N/A | 7/23/20 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 13/14 | District of Origin No. 080 | District to Serve No. 080 | Signature of Authorized USMS Deputy or Clerk | Date 8/18/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 8/9/20 | 12:47 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | $46.74 | | | | $111.74 / $,050 |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|