Eric Hines #663508/146993B
South Woods State Prison
215 Burlington Road South
Bridgeton, N.J. 08302

August 26th, 2020

To: Clerk of Court
United States District Court
P.O. Box 2797
Camden, N.J. 08101

RECEIVED
AUG 3 1 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

RE: Hines v. Lanigan
1:17-cv-02864-NLH-JS

Dear Clerk,

    Please be advised that on 8/10/2020, at 3:23 p.m., an electronic filing stated that a summons was issued as to Alnochawati, Bagliani, Collier, Crystal, Victoria D'amico, Diaz, Jennifer Farestad, M. Fardone, Goffred, Marcus O. Hicks, patrick A. Nogan, Horsey, T. Jackson, Gary M. Lanigan, Linda Linen, McNear, Miller, Moratelli, Mr. Bonds, N.J. Department of Corrections, Sharmalie Perera, Pipitone, John Powell, SCO Marin, SID Perry, SCO Waters, Sgt. j. Vallie, SID Petit, L. Smith, Dr. Herbert Smyczek, Anthony Thomas, Luz Torres, and Ralph Woodward.
    On 8/17/2020, at 8:46 a.m., an electronic filing did in fact state that summons was <u>Returned Unexecuted</u> by Eric Hines as to Collier, Crystal, Jane Doe #1 Nurse, SID Perry, SCO Waters, SID John Doe, SID Petit, and Anthony Thomas.
    Due to the above returned summons, Pro Se Plaintiff now requests eleven (11) additional USM-285 Marshall Forms, to resubmit summons on those who weren't served, and issue summons on three (3) additional defendants.
    Furthermore, it must be noted that on 4/1/2020, U.S.D.J. Honorable Hillman ordered Hines v. Lanigan et al. case number 1:20-cv-03183-NLH-AMD, administratively closed. However, Pro Se Plaintiff received a letter from this court, informing him that, if he wanted to reopen this case, he must submit a six month statement of his inmate account, as well as an Informa Pauperis application.
    On 4/7/2020, Pro Se Plaintiff did in fact submit a six month statement of his inmate account, along with an Informa Pauperis application, yet on 4/17/2020, this case remains administratively closed. Pro Se Plaintiff does have institutional receipts to verify that he did in fact send a six month statement of his inmate account, along with an Informa Pauperis application. Can you please explain to me why this matter is remains administratively closed???

Respectfully Submitted

Eric Hines #663508/146993B
Pro Se Plaintiff

N.J.
2797
States District Court
Court
08101

RECEIVED
AUG 3 1 2020
AT 8:30 M
WILLIAM T. WALSH
CLERK

NEOPOST
08/29/2020
US POSTAGE $000.55⁰
FIRST-CLASS MAIL
ZIP 08302
041M11297259

S JERSEY
NJ 080
29 AUG '20
PM 4 L