## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VINCINAGE

| | |
|---|---|
| ERIC HINES,<br><br>                    Plaintiff,<br><br>vs.<br><br>GARY M. LANIGAN, ET AL,<br><br>                    Defendants. | Honorable Joel Schneider, U.S.M.J.<br><br>Civil Action No.: 1:17-cv-02864-NLH_JS<br><br>**SUBSTITUTION OF ATTORNEY** |

    I, Eric Hines, hereby withdraws as Pro Se and Joseph D. Lento, Esquire, of Lento Law Group, P.C., hereby substitutes as counsel for the Plaintiff, Eric Hines, with regards to the above captioned matter.

_/s/ Joseph D. Lento_

_____   _____
Joseph D. Lento, Esquire                             Eric Hines
Lento Law Group. P.C.                                Pro Se

DATED: September 3, 2020                   DATED: _____