UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VINCINAGE

| | |
|---|---|
| ERIC HINES, <br><br> Plaintiff, <br><br> vs. <br><br> GARY M. LANIGAN, ET AL, <br><br> Defendants. | Honorable Joel Schneider, U.S.M.J. <br><br> Civil Action No.: 1:17-cv-02864-NLH_JS <br><br> **SUBSTITUTION OF ATTORNEY** |

I, Eric Hines, hereby withdraws as Pro Se and Joseph D. Lento, Esquire, of Lento Law Group, P.C., hereby substitutes as counsel for the Plaintiff, Eric Hines, with regards to the above captioned matter.

_____
Joseph D. Lento, Esquire
Lento Law Group. P.C.

DATED: September 3, 2020

_____ #663508
Eric Hines
Pro Se

DATED: 09/09/2020