UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC HINES,<br><br>        Plaintiff,<br><br>  v.<br><br>GARY M. LANIGAN, et al.,<br><br>        Defendants. | Civil Action No. 17-02864<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 10th day of November, 2020

ORDERED that the MOTION for Preliminary Injunction [51] by Plaintiff Eric Hines be, and the same hereby is, DENIED.

Date: November 10, 2020      s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.