# Vasios, Kelly & Strollo, P.A.

| | | |
|---|---|---|
| JAMES A. VASIOS*<br>THOMAS J. KELLY, JR.<br>LAUREN M. STROLLO○*<br>MAURA WATERS BRADY<br>ROWENA M. DURAN*^<br><br>ROBERT J. LOGAN<br>*OF COUNSEL* | 2444 MORRIS AVENUE,<br>SUITE 304<br>UNION, N.J. 07083-5711<br>(908) 688-1020<br>FAX  (908) 688-1403<br><br>Writer's email:<br>lstrollo@vasioslaw.com | DOUGLAS M. SINGLETERRY<br>*COUNSEL*<br><br>DAVID W. BADIE^<br>BROOKE E. REDDIN~<br><br>*CERTIFIED BY SUPREME COURT of<br> NEW JERSEY AS CIVIL TRIAL<br> ATTORNEY<br>○MEMBER OF N.J., MD. & D.C. BAR<br>^MEMBER OF N.J. & N.Y. BAR<br>~MEMBER OF N.J. & PA. BAR |

November 16, 2020

Hon. Joel Schneider, USMJ
United States Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101

    Re:  Eric Hines v. Gary Lanigan, et al
        Docket No. 1:17-CV-2864-NLH
        Our File No. 1565.91386 - LMS

Dear Judge Schneider:

    We filed a notice of motion for summary judgment on October 30, 2020, following the Court's Order mandating that dispositive motions be filed by November 2, 2020.

    Shortly before that motion was filed, plaintiff retained new counsel.  In addition, a Third Amended Complaint had been filed, but not yet answered on behalf of Dr. Miller at the time the motion was filed.

    I discussed the matter with plaintiff's counsel.  We have agreed that the filing date of our Answer to the Third Amended Complaint, November 3, 2020 is the appropriate date for determining when the affidavit of merit is due.

    I therefore respectfully request that the Court permit the motion to be withdrawn.  We will, with the court's permission await the receipt of an appropriate affidavit of merit, or renew the motion when it is appropriate.

                                Respectfully yours,
                                s/ Lauren M. Strollo
                                Lauren M. Strollo

LMS:pm

*Vasios, Kelly & Strollo, P.A.*
A PROFESSIONAL CORPORATION
Page -2-

```
cc:    Joseph D. Lento, Esq.
       Lento, Joseph, Esq.
       Marvin L. Freeman, Esq.
       Marvin Freeman
```