UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                :
ERIC HINES,                     :
                                :
          Plaintiff,            :    Civ. No. 17-2864 (NLH) (JS)
                                :
     v.                         :    MEMORANDUM ORDER
                                :
                                :
GARY M. LANIGAN, et al.,        :
                                :
          Defendants.           :
_____:

APPEARANCES:

Joseph D. Lento, Esq.
Optimum Law Group
300 Atrium Way
Suite 200
Mt. Laurel, NJ 08054

     Attorneys for Plaintiff

Gurbir S. Grewal, New Jersey Attorney General
Marvin L. Freeman, Deputy Attorney General
State Of New Jersey
Office Of The Attorney General
25 Market Street
P.O. Box 112
Trenton, NJ 08625

     Attorneys for Defendants Gary Lanigan, Ms. Bonds, SCO.
Marvin, SCO. Waters, and New Jersey Department of Corrections

Lauren M. Strollo, Esq.
Vasios, Kelly & Strollo, P.A.
2444 Morris Avenue
Suite 304
Union, NJ 07083-5711

     Attorneys for Defendant Dr. Miller

HILLMAN, District Judge

WHEREAS, Defendant Dr. Miller filed a motion for summary judgment on the grounds that Plaintiff had not provided him an affidavit of merit, ECF No. 67; and

WHEREAS, Defendant Dr. Miller subsequently filed a letter asking to withdraw his motion after discussing the matter with plaintiff's counsel and "agree[ing] that the filing date of our Answer to the Third Amended Complaint, November 3, 2020 is the appropriate date for determining when the affidavit of merit is due."  ECF No. 72,

THEREFORE, IT IS on this   24th   day of November, 2020

ORDERED that the request to withdraw the motion for summary judgment, ECF No. 72, is granted.  The Clerk shall administratively terminate the motion; and it is further

ORDERED that motion may be renewed, if necessary, at the conclusion of the time for filing an affidavit of merit.


                                          s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.