**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: ERIC HINES | COURT CASE NUMBER: 17-2864 (NLH)-JS |
| DEFENDANT: GARY M. LANIGAN ET AL. | TYPE OF PROCESS: SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARCUS O. HICKS COMMISSIONER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NJ DEPARTMENT OF CORRECTIONS, WHITTLESEY RD., TRENTON, NJ 08625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES # 663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08625

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 38
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Eric Hin— | TELEPHONE NUMBER: N/A | DATE: 7/23/20

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 9 of 16
- District of Origin No.: 050
- District to Serve No.: 050
- Signature of Authorized USMS Deputy or Clerk: [signed]
- Date: 8/19/20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Darlene Nichols – Admin

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/15/20  Time: 10:00 am
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65 | 3.80 | | 68.80 | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: ERIC HINES | COURT CASE NUMBER: 17-2864 (NLH)-JS |
| DEFENDANT: GARY M. LANIGAN ET AL. | TYPE OF PROCESS: SUMMONS + COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WILLIE BONDS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NJ DEPARTMENT OF CORRECTIONS, WHITTLESEY ROAD, TRENTON, NJ 08625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08302

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 38
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICIAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 15/16
District of Origin: No. 08U
District to Serve: No. 05U
Date: 8/18/20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Darlene Nichols - Admin.

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/15/20
Time: 10:00 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65. | 3.80 | | 68.80 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**     1. **CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)