GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street,
P.O. Box 112
Trenton, New Jersey 08625-0112

Attorney for Defendants: *New Jersey Department of Corrections, Gary M. Lanigan, Willie Bonds, SCPO Waters, and SCPO Marin*

By:   Marvin L. Freeman
      NJ ID: 045441995
      Deputy Attorney General
      (609)376-2998
      marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES,<br><br>    Plaintiff,<br><br>  v.<br><br>GARY M. LANIGAN, ET ALS.,<br><br>    Defendants. | HON. NOEL L. HILLMAN, U.S.D.J<br><br>Civil Action No.<br>1:17-cv-02864-NLH-JS<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that the Answer to Plaintiff's Third Amended Complaint and Certification of Service on behalf of New Jersey Department of Corrections, Marcus O. Hicks, Gary M. Lanigan, Willie Bonds, SCO Marvin, SCPO Waters, J.SGT. Vallie, Luz Torres, Linda Linen, T. Jackson, C.O. Moratelli, C.O. L. Smith, S.I.D. Goffred, C.O. McNear, Sgt. Horsey, C.O. Bagliani, Sgt. Pipitone and C.O. Fardone ("Defendants"), were electronically filed with the Clerk

of the United States District Court and that copies of these documents have been sent via the U. S. District Court's electronic filing system to plaintiff's attorneys: Joseph D. Lento, Esq., OPTIMUM LAW GROUP, 300 Atrium Way – Suite 200, Mt. Laurel, New Jersey 08054.

                                      Respectfully Submitted,

                                      GURBIR S. GREWAL
                                      ATTORNEY GENERAL OF NEW JERSEY

                            By:  /s/ Marvin L. Freeman
                                  Marvin L. Freeman
                                  Deputy Attorney General

Date: March 2, 2021

**Re:**    <u>**Eric Hines v. Gary M. Lanigan, et als**</u>
         <u>**Civil Action No. 1:17-cv-02864-NLH-JS**</u>