# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| ERIC HINES | 1:17-cv-02864 (NLH)-JS |
| DEFENDANT | TYPE OF PROCESS |
| GARY M. LANIGAN ET AL. | SUMMONS + COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SHARMALIE PERERA, MD

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NJ DEPARTMENT OF CORRECTIONS, WHITTLESEY ROAD, TRENTON, NJ 08625

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERIC HINES #663508/146993B
SOUTH WOODS STATE PRISON
215 SOUTH BURLINGTON ROAD
BRIDGETON, NJ 08625

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 38
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SHARMALIE PERERA, MD IS REGIONAL DIRECTOR OF MEDICAL, FOR THE NJ DEPARTMENT OF CORRECTIONS LOCATED AT ABOVE STATED ADDRESS.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 7/23/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 14 of 16
District of Origin: No. 080
District to Serve: No. 680
Signature of Authorized USMS Deputy or Clerk
Date: 8/18/20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):
168 Frontage Road
Newark NJ 07114

Date of Service: 3/5/2021
Time: 1:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $30.00 | | $5.60 | $135.60 | | |

REMARKS:
Endeavors: 12/17/20: Shirley from Q.O.C. (Whittlesey Rd.) advised to serve AOAG building (opp. East Jersey State)
Forward to Newark for Service - 1/4/21

PRIOR EDITIONS MAY BE USED
1. **CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)