NORRIS McLAUGHLIN, P.A.
Margaret Raymond-Flood, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807-5933
(908) 252-4228
Fax: (908) 722-0755
Email: mrflood@norris-law.com
Attorneys for Defendant, Dr. Sharmalie Perera

| | |
|---|---|
| ERIC HINES, | UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| v. | CASE NO. 1:17-cv-02864-NLH-JS |
| GARY M. LANIGAN, ET AL., | DOCUMENT ELECTRONICALLY FILED |
| Defendants. | APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L.Civ.R. 6.1 |

Application is hereby made for a Clerk's Order extending time within which the attorneys for Defendant, Dr. Sharmalie Perera ("Dr. Perera") may answer, move, or otherwise reply to the Amended Complaint (ECF No. 47) filed by plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. The Amended Complaint was filed on January 7, 2020 (ECF No. 47);

3. Dr. Perera was served on or about March 5, 2021; and

4. The time to Answer, Move or otherwise Reply expires on March 26, 2021.

NORRIS McLAUGHLIN, P.A.

Dated: March 25, 2021          By: _____
                                    Margaret Raymond-Flood

ORDER

The above application is ORDERED GRANTED extended to April 9, 2021.

ORDER DATED:                              William T. Walsh, Clerk of Court


                                          By: _____