**NORRIS McLAUGHLIN, P.A**.
Margaret Raymond-Flood, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General 908-722-0700
Fax 908-722-0755
Direct 908-252-4228
Email: mrflood@norris-law.com
Attorneys for Defendant, Dr. Sharmalie Perera

|  |  |
|---|---|
| ERIC HINES,<br><br>    Plaintiff,<br><br>    -vs-<br><br>GARY M. LANIGAN, ET AL.,<br><br>    Defendants. | **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 1:17-cv-02864-NLH-MJS<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE AS AGAINST DR. SHARMALIE PERERA PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:   Joseph D. Lento, Esq.
      Optimum Law Group
      300 Atrium Way
      Suite 200
      Mt. Laurel, NJ 08054
      Counsel for Plaintiff, Eric Hines

      Lauren M. Strollo, Esq.
      Vasios, Kelly & Strollo, PA
      2444 Morris Avenue
      Union, NJ 07083
      Counsel for Defendant, Dr. Scott Miller

COUNSEL:

PLEASE TAKE NOTICE that on **May 3, 2021** at 9:00 A.M. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Dr. Sharmalie Perera ("Dr. Perera"), will apply before the United States District Court for the District of New Jersey for an Order dismissing the Amended Complaint against Dr. Perera pursuant to Fed. R. Civ. P.

12(b)(6).

    PLEASE TAKE FURTHER NOTICE that Dr. Perera will rely on the brief in support of this motion which is submitted herewith.  A proposed form of Order granting this motion is also submitted herewith.

    PLEASE TAKE FURTHER NOTICE that Dr. Perera does not request oral argument on the return date of this motion unless opposition is filed.

**NORRIS McLAUGHLIN, P.A.**
Attorneys for Defendant, Dr. Sharmalie Perera


By: _/s/ Margaret Raymond-Flood_
    Margaret Raymond-Flood

DATED: April 8, 2021