**NORRIS McLAUGHLIN, P.A**.
Margaret Raymond-Flood, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General 908-722-0700
Fax 908-722-0755
Direct 908-252-4228
Email: mrflood@norris-law.com
Attorneys for Defendant, Dr. Sharmalie Perera

| | |
|---|---|
| ERIC HINES,<br><br>Plaintiff,<br><br>-vs-<br><br>GARY M. LANIGAN, ET AL.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 1:17-cv-02864-NLH-MJS<br><br>ELECTRONICALLY FILED<br><br>**ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE AS AGAINST DR. SHARMALIE PERERA PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

This matter having been opened to the Court upon motion of Defendant, Dr. Sharmalie Perera ("Dr. Perera"), by her attorneys, Norris McLaughlin, P.A., for an Order dismissing Plaintiff's Amended Complaint with prejudice as against her for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having reviewed the papers filed by Dr. Perera, and any opposition thereto, and for good cause shown;

IT IS on this _____ day of _____, 2021,

ORDERED as follows:

1. Dr. Perera's motion be and hereby is **GRANTED**; and

2. Plaintiff's Amended Complaint is hereby dismissed with prejudice in its entirety as to Dr. Perera.

Opposed     _____
Unopposed  _____

_____
U.S.D.J.