**NORRIS McLAUGHLIN, P.A**.
Margaret Raymond-Flood, Esq.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
General 908-722-0700
Fax 908-722-0755
Direct 908-252-4228
Email: mrflood@norris-law.com
Attorneys for Defendant, Dr. Sharmalie Perera

| | |
|---|---|
| ERIC HINES,<br><br>Plaintiff,<br><br>-vs-<br><br>GARY M. LANIGAN, ET AL.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 1:17-cv-02864-NLH-MJS<br><br>ELECTRONICALLY FILED<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that the within Notice of Motion to Dismiss Plaintiff's Amended Complaint with Prejudice as against Dr. Sharmalie Perera, supporting brief, proposed form of Order and this Certification of Service were electronically filed on this date.

I further certify that once the electronic filing receipt is received, any party not receiving electronic notices from the court will receive a copy of the aforementioned papers along with a copy of the Notice of Electronic Filing by regular mail.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
Margaret Raymond-Flood

Dated: April 8, 2021