```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
_____
                              :
ERIC HINES,                   :
                              :
          Plaintiff,          :     Civ. No. 17-2864 (NLH)(MJS)
                              :
     v.                       :     ORDER
                              :
                              :
                              :
GARY M. LANIGAN, et al.,      :
                              :
          Defendants.         :
_____:
```

For the reasons expressed in the accompanying Opinion,

IT IS on this  26th  day of   October     , 2021,

ORDERED that the unopposed motion for summary judgment, ECF No. 67, shall be, and hereby is, granted; and it is further

ORDERED that the Clerk shall enter judgment in favor of Defendant Miller for the third amended complaint.

At Camden, New Jersey               s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.

1