```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

  ERIC HINES,                          1:17-cv-2864 (NLH)(MJS)

              Plaintiff,               **ORDER TO SHOW CAUSE**

       v.

  GARY M. LANIGAN, et al.,

              Defendants.

**APPEARANCES**:

Lauren M. Strollo, Esq.
Vasios, Kelly & Strollo, PA
2444 Morris Avenue
Union, NJ 07083

    Counsel for Defendant Scott Miller, M.D.


Joseph D Lento, Esq.
Lento Law Group, P.C.
3000 Atrium Way
Suite 200
Mt. Laurel, NJ 08054

    Counsel for Plaintiff Eric Hines


Andrew J. Bruck, Acting New Jersey Attorney General
Marvin L. Freeman, Deputy Attorney General
Office of the New Jersey Attorney General
25 Market Street
P.O. Box 112
Trenton, NJ 08625

    Counsel for Defendants New Jersey Department of
Corrections, Brent Bagliani, Willie Bonds, Michael Fardone,
David Goffredi, Marcus O. Hicks, Andre Horsey, Terrance
Jackson, Gary M. Lanigan, Linda Linen, Edward Marin, Kevin
McNair, Michael Moratelli, Eric Pipitone, Leonard Smith, Luz

Torres, Jeannette Valle and Stephanie Waters

Margaret Raymond-Flood, Esq.
Norris McLaughlin, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807

    Counsel for defendant Sharmalie Perera

**HILLMAN, District Judge**

    WHEREAS, Plaintiff Eric Hines is presently proceeding on his third amended complaint filed on July 16, 2020, ECF No. 58 (order granting motion to amend); and

    WHEREAS, Defendant Scott Miller filed an answer to the third amended complaint, including a crossclaim against the other defendants, ECF No. 68; and

    WHEREAS, the Court granted Defendant Miller's unopposed motion for summary judgment on October 26, 2021, ECF No. 83; and

    WHEREAS, the Court entered judgment in favor of Defendant Miller on the sole claim against him in the third amended complaint, Id.; and

    WHEREAS, Defendant Miller may not seek contribution from other defendants when judgment has been entered in his favor, see Nora v. Livingston Tp., 410 A.2d 278, 582-83 (N.J. Super. Ct. App. Div. 1980),

    THEREFORE, IT IS on this __26th__ day of __October__, 2021

    ORDERED that within 30 days of this Order, Scott Miller shall show cause in writing why his crossclaims should not be

2

dismissed.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |