# Vasios, Kelly & Strollo, P.A.

| | | |
|---|---|---|
| JAMES A. VASIOS* <br> THOMAS J. KELLY, JR. <br> LAUREN M. STROLLO○* <br> MAURA WATERS BRADY <br> ROWENA M. DURAN*^ <br><br> ROBERT J. LOGAN <br> OF COUNSEL | 2444 MORRIS AVENUE, <br> SUITE 304 <br> UNION, N.J. 07083-5711 <br> (908) 688-1020 <br> FAX (908) 688-1403 <br><br> Writer's email: <br> lstrollo@vasioslaw.com | DOUGLAS M. SINGLETERRY <br> COUNSEL <br><br> DARRYL K. RICHARDSON <br><br> *CERTIFIED BY SUPREME COURT of <br>  NEW JERSEY AS CIVIL TRIAL <br>  ATTORNEY <br> ○MEMBER OF N.J., MD. & D.C. BAR |

October 28, 2021

Hon. Noel L. Hillman, U.S.D.J.
United States Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101

    Re:  Eric Hines v. Gary Lanigan, et al
         Docket No. 1:17-CV-2864-NLH
         Our File No. 1565.91386 - LMS

Dear Judge Hillman:

    On behalf of Dr. Miller, in view of the court's entry of summary judgment in his favor, we have no objection to the court entering an order dismissing the crossclaims asserted by Dr. Miller in his answer to the complaint.

                                    Respectfully yours,

                                    Lauren M. Strollo

LMS:td
 cc:   Joseph D. Lento, Esq.
       Lento, Joseph, Esq.
       Marvin L. Freeman, Esq.
       Marvin Freeman