UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                                :
ERIC HINES,                     :
                                :
        Plaintiff,              :   Civ. No. 17-2864 (NLH)(MJS)
                                :
    v.                          :   ORDER
                                :
                                :
                                :
GARY M. LANIGAN, et al.,        :
                                :
        Defendants.             :
_____ :
```

For the reasons expressed in the accompanying Opinion,

IT IS on this   5th   day of   November  , 2021,

ORDERED that the unopposed motion to dismiss, ECF No. 80, shall be, and hereby is, granted; and it is further

ORDERED that Plaintiff's claims against Defendant Sharmalie Perera, shall be, and hereby are, dismissed without prejudice, Fed. R. Civ. P. 12(b)(6); and it is finally

ORDERED that cross-claimant Scott Miller's claims against Defendant Perera shall be, and hereby are, dismissed with prejudice, ECF No. 83.

At Camden, New Jersey

        s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

1