```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

ERIC HINES,                              1:17-cv-2864 (NLH)(MJS)

        Plaintiff,                       **ORDER**

   v.

GARY M. LANIGAN, et al.,

        Defendants.

    The Court having entered summary judgment on behalf of Defendant Scott Miller, ECF No. 83, and Defendant Miller having no objection to the dismissal of his crossclaims, ECF No. 85,

    IT IS on this 9th day of December, 2021

    ORDERED that Scott Miller's crossclaims are dismissed with prejudice.  The Clerk shall terminate his crossclaims on the docket.


At Camden, New Jersey              s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.