MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Brent Bagliani, Willie Bonds, Michael Fardone, David Goffredi, Marcus O. Hicks, Andre Horsey, Terrance Jackson, Gary M. Lanigan, Linda Linen, Edward Marin, Kevin McNair, Michael Moratelli, Eric Pipitone, Leonard Smith, Luz Torres, Jeannette Valle, and Stephanie Waters*

By:  Nicholas Falcone
     Deputy Attorney General
     (609) 376-2964
     Nicholas.Falcone@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| ERIC HINES, | : |
| | HON. NOEL L. HILLMAN, U.S.D.J. |
| Plaintiff, | : HON. MATTHEW J. SKAHILL, U.S.M.J. |
| v. | |
| | : CIVIL DOCKET NO.: 17-02864 |
| GARY M. LANIGAN, et al., | |
| | : **NOTICE OF APPEARANCE** |
| Defendants. | |
| | : |

To:  Clerk of Court
     Mitchell H. Cohen Building & U.S. Courthouse
     4th & Cooper Streets Room 1050
     Camden, NJ 08101

**PLEASE TAKE NOTICE** that Nicholas Falcone, Deputy Attorney General, is hereby designated as co-counsel for the above-referenced Defendants; and

1

**PLEASE TAKE FURTHER NOTICE** that court notices should be directed to Deputy Attorney General Nicholas Falcone as follows:

>Nicholas Falcone, Deputy Attorney General
>Office of the Attorney General, Division of Law
>State Police, Employment and Corrections
>Richard J. Hughes Justice Complex
>25 Market Street, P.O. Box 112
>Trenton, NJ 08625-0112
>
>(609) 376-2964
>nicholas.falcone@law.njoag.gov

>>MATTHEW J. PLATKIN
>>ACTING ATTORNEY GENERAL OF NEW JERSEY
>
>By:  s/ Nicholas Falcone
>>Nicholas Falcone
>>Deputy Attorney General

Dated: May 10, 2022