Joseph D. Lento
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Suite 200
MT. Laurel, NJ 08054
Telephone: 856-652-2000
Fax: 856-375-1010
Email: JdLento@optimumlawgroup.com

Keith Altman *(pro hac vice pending)*
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff, Eric Hines*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC HINES, | Civil Action No. 17-2864 (NLH) (MJS) |
| *Plaintiff,* | **DECLARATION OF KEITH ALTMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| v. | |
| GARY M. LANIGAN, et al., | *DOCUMENT FILED ELECTRONICALLY* |
| *Defendants.* | |

I, **KEITH ALTMAN**, state the following of my own personal knowledge:

1.  I am an attorney at the Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334.

2.  I am familiar with the facts of this case.

3.  I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2008, Bar No. 257309, *certificate of*

*good standing attached*); the State of Michigan (2017, Bar No. P81702, *certificate of good standing attached*); the Federal Courts of Eastern Michigan (2015), Western Michigan (2011), Maryland (2017), Northern California (2011), Southern California (2008), Central California (2013), Eastern California (2017), Northern New York (2020), Southern Indiana (2021), Northern Illinois (2021), Central Illinois (2021), Colorado (2009), North Dakota (2022), Southern Texas (2022), and Western Texas (2021); the Appeals Courts for the Second (2017), Third (2022), Fourth (2022), Fifth (2020), Sixth (2018), Eighth (2017), Ninth (2018), and Eleventh (2017) Circuits; and the United States Supreme Court (2012).

4. I am not admitted to practice law in any other states.

5. I have never been under suspension or disbarment by any court, state or federal.

6. I made a payment in the amount of $212.00 as required by Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection on February 23, 2022. (*see attached receipt of payment*)

7. Pursuant to Local Civil Rule 101.1(c)(3) upon being admitted to appear pro hac vice, I will forthwith make a payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this _10_ day of May 2022

Keith Altman, Esq.
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

Subscribed and sworn to before
Me this _10_ day of May, 2022.

Branden Gulla
Notary Public State of Michigan
Oakland County
My Commission Expires 6/26/2026
Acting in the County of _____

Notary Public

oakland county

**From:** cams.mbx@njcourts.gov <cams.mbx@njcourts.gov>
**Sent:** Wednesday, February 23, 2022 9:16 AM
**To:** Keith Altman <keithaltman@kaltmanlaw.com>
**Subject:** 2022 Receipt for Fee

Internet Billing Receipt

This e-mail confirms receipt of the 2022 annual assessment as required by Rule 1:28 to the New Jersey Lawyers' Fund for Client Protection, Rule 1:20 to the Disciplinary Oversight Committee, Rule 1:28(b) to the New Jersey Lawyers Assistance Program, and Rule 1:42 to the Board on Continuing Legal Education.

Attorney ID: PHV023265
Name: KEITH ALTMAN
Amount Paid: $212.00
Service Fee: $6.36
Total Paid: $218.36
Date Paid: Feb 23, 2022

Please make note of your User ID and Password. You can use them to access the Attorney Registration Center at any time, and you will need them again at this time next year. Please remember to update your registration information, including your e-mail address, as changes occur throughout the year.