Joseph D. Lento
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Suite 200
MT. Laurel, NJ 08054
Telephone: 856-652-2000
Fax: 856-375-1010
Email: JdLento@optimumlawgroup.com

Keith Altman (*pro hac vice pending*)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff, Eric Hines*

### IN THE UNITED STATE DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC HINES, | ) Civil Action No. 17-2864 (NLH) (MJS) |
| *Plaintiff,* | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) *DOCUMENT FILED* |
| | ) *ELECTRONICALLY* |
| GARY M. LANIGAN, et al., | ) |
| *Defendants.* | ) |

JOSEPH D. LENTO, hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and the president of the firm of Lento Law Group, P.C., attorneys for Plaintiff Eric Hines, in the above matter. I hereby certify that on this 13th day of May, 2022, I caused copies of Plaintiff's Notice of Motion for Admission Pro Hac Vice of Co-Counsel, the Application and Certification of Joseph D. Lento, Esq. in support thereof, the Declaration of Keith

Altman, and a proposed form of an Order to be served on counsel for Defendants via the Court's CM/ECF electronic filing system

Dated: May 13, 2022

/s/ Joseph D. Lento
Joseph D. Lento, Esq.