

33228 West 12 Mile Road, Suite 375<br>
Farmington Hills, MI 48334<br>
(248)-987-8929<br>
keithaltman@kaltmanlaw.com

May 20, 2022

**Via CM/ECF & Email**
Honorable Matthew J. Skahill
United States Magistrate Judge for the District of New Jersey
njdnef_skahill@njd.uscourts.gov

   Re: *Hines v. Lanigan, et al.;* **Case No. 1:17-cv-02864-NLH-MJS**
      **United States District Court of New Jersey, Camden Vicinage**

Dear Magistrate Judge Skahill,

  The parties of the above-entitled action have met and conferred with regards to rescheduling the May 18, 2022 hearing. The parties are in agreeance and respectfully request that the hearing be rescheduled to May 26, 2022 at either 9:00 a.m. or 9:15 a.m.

           Respectfully Submitted,

           _____
           Keith Altman, Esq. (*pro hac vice*)
           Law Office of Keith Altman
           33228 West 12 Mile Road, Suite 375
           Farmington Hills, MI 48334
           Telephone: (248) 987-8929
           Email: keithaltman@kaltmanlaw.com

           /s/Joseph D. Lento_____
           Joseph D. Lento, Esw.
           LENTO LAW GROUP, P.C.
           3000 Atrium Way, Suite 200
           MT. Laurel, NJ 08054
           Telephone: 856-652-2000
           Fax: 856-375-1010
           Email: JdLento@optimumlawgroup.com
           *Counsel for Plaintiff*

> _/s/ Nicholas Falcone (with permission)_
> Nicholas Falcone, Deputy Attorney General
> Office of the Attorney General, Division of Law
> State Police, Employment and Corrections
> Richard J. Hughes Justice Complex
> 25 Market Street, P.O. Box 112
> Trenton, NJ 08625-0112
> (609) 376-2964
> nicholas.falcone@law.njoag.gov
> *Counsel for Defendants*