AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| ERIC HINES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:17-cv-02864-NLH-MJS |
| GARY M. LANIGAN, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Eric Hines.

Date:  05/20/2022

s/ Keith Altman
*Attorney's signature*

Keith Altman (pro hac vice)
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*