

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

May 20, 2022

**Via CM/ECF & Email**
Honorable Matthew J. Skahill
United States Magistrate Judge for the District of New Jersey
njdnef_skahill@njd.uscourts.gov

    Re:   *Hines v. Lanigan, et al.;* Case No. 1:17-cv-02864-NLH-MJS
              **United States District Court of New Jersey, Camden Vicinage**

Dear Magistrate Judge Skahill,

      The parties of the above-entitled action have met and conferred with regards to rescheduling the May 18, 2022 hearing. The parties are in agreeance and respectfully request that the hearing be rescheduled to May 26, 2022 at either 9:00 a.m. or 9:15 a.m.

                                        Respectfully Submitted,

                                        Keith Altman, Esq. (*pro hac vice*)
                                        Law Office of Keith Altman
                                        33228 West 12 Mile Road, Suite 375
                                        Farmington Hills, MI 48334
                                        Telephone: (248) 987-8929
                                        Email: keithaltman@kaltmanlaw.com

                                        */s/Joseph D. Lento*
                                        Joseph D. Lento, Esw.
                                        LENTO LAW GROUP, P.C.
                                        3000 Atrium Way, Suite 200
                                        MT. Laurel, NJ 08054
                                        Telephone: 856-652-2000
                                        Fax: 856-375-1010
                                        Email: JdLento@optimumlawgroup.com
                                        *Counsel for Plaintiff*

*/s/ Nicholas Falcone (with permission)*
Nicholas Falcone, Deputy Attorney General
Office of the Attorney General, Division of Law
State Police, Employment and Corrections
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112
(609) 376-2964
nicholas.falcone@law.njoag.gov
*Counsel for Defendants*
