UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ERIC HINES

    Plaintiff(s),

v.

GARY M. LANIGAN, et al.

    Defendant(s)

REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Civil Action No. 1:17-CV-02864-NLH-MJS

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                                                       s/ Joseph D. Lento
                                                     Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

| | |
|---|---|
| Name: | Keith Altman |
| Address: | Law Office of Keith Altman |
| | 33228 West 12 Mile Road |
| | Suite 375 |
| | Farmington Hills, MI 48334 |
| E-mail: | keithaltman@kaltmanlaw.com |
| | (One email address only) |