Joseph D. Lento
**LENTO LAW GROUP, P.C.**
3000 Atrium Way, Suite 200
MT. Laurel, NJ 08054
Telephone: 856-652-2000
Fax: 856-375-1010
Email: JdLento@optimumlawgroup.com

Keith Altman (*pro hac vice*)
Solomon Radner
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
Email: solomonradner@kaltmanlaw.com

*Attorneys for Plaintiff, Eric Hines*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ERIC HINES, | Civil Action No. 17-2864 (NLH) (MJS) |
| *Plaintiff,* | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| GARY M. LANIGAN, et al., | ***DOCUMENT FILED ELECTRONICALLY*** |
| *Defendants.* | |

Pursuant to Civ. Rule 102.1 of the Local Rules of the United States District Court for the District of New Jersey, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Eric Hines has retained Solomon Radner to substitute as counsel for Joseph D. Lento in this case.

1

Dated:  July 19, 2022              */s/ Solomon Radner*
                                   Solomon Radner
                                   **LAW OFFICE OF KEITH ALTMAN**
                                   33228 West 12 Mile Road, Suite 375
                                   Farmington Hills, MI 48334
                                   Telephone: (248) 987-8929
                                   Email: solomonradner@kaltmanlaw.com

Dated:  July 19, 2022              */s/ Joseph D. Lento (w/ permission)*
                                   Joseph D. Lento
                                   **LENTO LAW GROUP, P.C.**
                                   3000 Atrium Way, Suite 200
                                   MT. Laurel, NJ 08054
                                   Telephone: 856-652-2000
                                   Fax: 856-375-1010
                                   Email: JdLento@optimumlawgroup.com