# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** January 4, 2023

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**  **DOCKET NO. 17-2864(NLH)**
HINES
 v.
LANIGAN

**APPEARANCES:**
Solomon Radner, Esq. for Plaintiffs
Marvin Freeman Esq. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
Status Conference held by phone on the record.
Order to be entered.

*s/Ryan Sanders*
**DEPUTY CLERK**

**TIME COMMENCED:** 2:00 p.m.
**TIME ADJOURNED:**  2:26 p.m.
**TOTAL TIME:**   26 minutes