17515 West Nine Mile Road, Suite 1175
Southfield, MI 48075
Tel: (877) 723-6375 * Fax: (866) 571-1020

Solomon M. Radner, Of-Counsel
Email: solomon@radnerlawgroup.com

January 13, 2023

### Hines v Lanigan et al – Case Number: 17-cv-02864-NLH-MJS

Dear Mag. Judge Skahill,

    I hope this letter finds you well. As ordered by the Court on Jan. 4, 2023, see ECF #109, below is the list of all defendants' statuses.

1. **Current defendants who are being represented:**

| DEFENDANT | COUNSEL |
|---|---|
| Gary Lanigan | Marvin Freeman |
| Ms. Bonds | Marvin Freeman |
| SCO Marvin | Marvin Freeman |
| SCO Waters | Marvin Freeman |
| J. Sgt. Vallie | Marvin Freeman |
| NJDOC | Marvin Freeman |
| Linda Linen | Marvin Freeman |
| Marcus O. Hocks | Marvin Freeman |
| T. Jackson | Marvin Freeman |
| C.O. Moratelli | Marvin Freeman |
| C.O. L. Smith | Marvin Freeman |
| S.I.D. Goffred | Marvin Freeman |
| C.O. McNear | Marvin Freeman |
| Sgt. Horsey | Marvin Freeman |
| C.O. Bagliani | Marvin Freeman |
| Sgt Pipitone | Marvin Freeman |
| C.O M. Fardone | Marvin Freeman |

Radner Law Group

17515 West Nine Mile Road, Suite 1175
Southfield, MI 48075
Tel: (877) 723-6375 * Fax: (866) 571-1020

Solomon M. Radner, Of-Counsel
Email: solomon@radnerlawgroup.com

2. **The following defendants were terminated from this action:**

| | |
|---|---|
| MD Sharmalie Perera | N/A Ternimaed 11/05/2021 |
| Dr. Miller | N/A Ternimaed 10/26//2021 |

3. **The following defendants were named as defendants in ECF #47, operative Third Amended Complaint, but were apparently never served and are therefore not represented at this juncture:**

Dr. Alnochawati
Patrick Hogan
Dr. Diaz
Jennifer Fairstead
SCO Perry
Anthony Thomas
Dr. Collier
John Powell
Jane Doe Nurse #1
Victoria Damico
Dr. Ralph Woodward
Dr. Herbert Smyczek
Nurse Crystal

Given the posture of the case, Plaintiffs are uncertain how the Court will deal with these defendants. It appears that the U.S. Marshals were directed to serve them on 7/15/2020, ECF #58, but the fact remains that they were not served.

Radner Law Group

17515 West Nine Mile Road, Suite 1175
Southfield, MI 48075
Tel: (877) 723-6375 * Fax: (866) 571-1020

Solomon M. Radner, Of-Counsel
Email: solomon@radnerlawgroup.com

4. **The following defendants are named in ECF #47, operative Third Amended Complaint, as defendants, but are not listed on the docket as defendants, were not included in the defendants for whom summonses were issued by the Court on 8/10/2020, ECF #61, and were therefore never served and are not represented:**

E. Marin
Willie Bonds – not "Ms. Bonds," currently represented by Mr. Freeman
UCH
Patrick A. Nogan

5. **Defendant Luz Torres is named and is represented by Marvin Freeman, but does not appear on the "parties" list. See ECF #63. Torres should be added to the list of defendants on the caption.**

Lastly, there is a long list of cross-defendants; those cross-defendants and their current statuses as cross-defendants, are not included int his letter.

Respectfully,

/s/ Solomon M. Radner
Solomon M. Radner