

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 2, 2023

**<u>Via Electronic Filing</u>**
Honorable Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza-4th & Cooper Sts.
Camden, New Jersey 08101

  Re: Eric Hines v. Gary Lanigan, et al,
     Civil Action No.: 17-cv-02864 (NLH-MJS)

Dear Judge Skahill:

 I represent the State Defendants in the above-entitled matter. As directed by the Court during the last telephone conference, enclosed is the proposed consent order to conduct plaintiff's deposition in prison.

      Respectfully submitted,

      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

    By: *Marvin L. Freeman*
      Marvin L. Freeman
      Deputy Attorney General

