MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street,
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants

By:   Marvin L. Freeman
      NJ ID: 045441995
      Deputy Attorney General
      (609)376-2998
      marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES, <br><br> Plaintiff, <br><br> v. <br><br> GARY LANIGAN, ET ALS., <br><br> Defendants. | HON. NOEL L. HILLMAN, U.S.D.J <br><br> Civil Action No. <br> 1:17-cv-02864-NLH-MJS <br><br> **CONSENT ORDER TO DEPOSE A PERSON CONFINED IN PRISON** |

**THIS MATTER** having been opened to the Court by way of an application from Matthew J. Platkin, Attorney General of New Jersey, by Marvin L. Freeman, Deputy Attorney General, on behalf of the Defendants, having requested to take the

1

deposition of the Plaintiff, who is presently incarcerated at Northern State Prison, located in Newark, New Jersey; and

Counsel for both Plaintiff Eric Hines and for Defendants have consented to the form and entry of this order; and

Federal Rules of Civil Procedure 30(a)(2)(B), requires a party to obtain leave of Court to depose a person confined in prison; and

It appearing that the deposition of Plaintiff Eric Hines may provide discoverable evidence in this matter; and

Counsel for Defendants submitting that notice will be provided to necessary prison staff and administrators; and

For good cause shown:

**IT IS ON THIS** 3rd **day of** February , 2023

**ORDERED** that the request to take the deposition of the Plaintiff Eric Hines (SBI#146993B), who is presently incarcerated at Northern State Prison in Newark, New Jersey is hereby granted; and,

Defendants shall be permitted to take the deposition of the Plaintiff, Eric Hines (SBI#146993B), remotely via videoconference, teleconference, or in person while Plaintiff is confined at Northern State Prison, 168 Frontage Road, Newark, New Jersey, 07114, or at the prison facility in which he is confined.

The deposition shall be taken in accordance with the Federal Rules of Civil Procedure on a date and time designated by the Office of the Attorney General upon at least three days' notice to the Administrator, or his or her designee, at Northern State Prison, or at the prison facility at which Plaintiff Eric Hines (SBI#146993B), is housed.

**IT IS FURTHER ORDERED** that if the deposition is conducted in person, a court reporter may enter the premises of the prison to transcribe the deposition, and the reporter shall be permitted to bring all necessary equipment including, but not limited to, a laptop computer and any necessary recording equipment, into the facility.

_____
HON. MATTHEW J. SKAHILL, U.S.M.J.

I consent to the form and entry of this Order.

SOLOMON MORDECHAI RADNER
LAW OFFICE OF KEITH ALTMAN

By:   s/Solomon M. Radner
      Solomon M. Radner, Esq.
      Attorney for Plaintiff

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendants

By:   s/Marvin L. Freeman
      Marvin L. Freeman
      Deputy Attorney General