MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street,
P.O. Box 112
Trenton, New Jersey 08625-0112

Attorney for Defendants: New Jersey Department of Corrections, Gary Lanigan, Marcus Hicks aka Marcus O. Hocks, E. Marin aka SCO Marvin, Willie Bonds aka MS Bonds, SCO Waters, Sgt. J. Vallie, CO T. Jackson, CO Moratelli, CO L. Smith, CO Goffred, CO McNear, CO Horsey.

By:  Marvin L. Freeman
     Deputy Attorney General
     NJ ID: 045441995
     (609)376-2998
     marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERIC HINES,<br><br>        Plaintiff,<br><br>   v.<br><br>GARY M. LANIGAN, ET ALS.,<br><br>        Defendants. | HON. NOEL L. HILLMAN, U.S.D.J<br><br>  Civil Action No.<br>1:17-cv-02864-NLH-MJS<br><br>**CERTIFICATION OF SERVICE** |

To:  CLERK OF THE COURT

     Solomon M. Radner
     Radner Law Group PLLC
     17515 West Nine Mile Rd., Ste 1050
     Southfield, MI 48075
     *Attorney for Plaintiff*

     I hereby certify that the Answer to Plaintiff's Fourth Amended Complaint and Certification of Service on behalf of New Jersey

Department of Corrections, Gary Lanigan, Marcus Hicks aka Marcus O. Hocks, E. Marin aka SCO Marvin, Willie Bonds aka MS Bonds, SCO Waters, Sgt. J. Vallie, CO T. Jackson, CO Moratelli, CO L. Smith, CO Goffred, CO McNear, and CO Horsey, ("Defendants"), were electronically filed with the Clerk of the United States District Court and that copies of these documents have been sent via the U. S. District Court's electronic filing system to plaintiff's attorneys: Solomon M. Radner, Radner Law Group PLLC, 17515 West Nine Mile Rd., Ste 1050, Southfield, MI 48075.

    Respectfully Submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Marvin L. Freeman
    Marvin L. Freeman
    Deputy Attorney General

Date: April 14, 2023

Re: **Eric Hines v. Gary M. Lanigan, et als**
    **Civil Action No. 1:17-cv-02864-NLH-JS**