**Radner Law Group**

17515 West Nine Mile Road, Suite 1175
Southfield, MI 48075
Tel: (877) 723-6375 * Fax: (866) 571-1020

Solomon M. Radner, Of-Counsel
Email: solomon@radnerlawgroup.com

April 14, 2023

**Hines v Lanigan et al**
**Case Number: 17-cv-02864-NLH-MJS**

Dear Mag. Judge Skahill,

I hope this letter finds you well. As ordered by the Court on March 31, 2023, ECF #121, below is the list defendants whom Plaintiff wishes to depose:

**DEFENDANT**
1) NJDOC by way of 30b6, regarding Plaintiff' ADA claims and 8th Amendment claims contained in Count 2. We may be satisfied with the NJDOC ADA coordinator, if there is one.
2) Lanigan, regarding Count 2 – Defendants have advised they will resist such a deposition, based on lack of knowledge. Plaintiff believes he may be able to avoid deposing Lanhgigan after the 30b6 deposition.
3) Waters
4) Marin
5) Jackson
6) L. Smith
7) McNear

Unfortunately, as the Court may be aware, this past week has been the Jewish holiday of Passover, and I am still working on finalizing dates with Mr. Freeman. We hope to have them all scheduled by April 21, 2023, at which time I will supplement this letter with dates.

Plaintiff is scheduled to be deposed on April 28, 2023.

Respectfully,

/s/ Solomon M. Radner
Solomon M. Radner