**RL Radner Law Group**

17515 West Nine Mile Road, Suite 1175
Southfield, MI 48075
Tel: (877) 723-6375 * Fax: (866) 571-1020

Solomon M. Radner, Of-Counsel
Email: solomon@radnerlawgroup.com

April 20, 2023

**<u>Hines v Lanigan et al</u>**
**<u>Case Number: 17-cv-02864-NLH-MJS</u>**

Dear Mag. Judge Skahill,

    I hope this letter finds you well. This letter is to inform you of the following deposition dates that have been scheduled:

1. Plaintiff has been rescheduled to take place on May 4, 2023;
2. SCO Waters is scheduled for May 10, 2023
3. Marin, Jackson, Smith, and McNear are all scheduled for May 11, 2023

    Defense Counsel has advised that they will not produce Lanigan, and will need more time to produce a 30b6 witness. Thank you.

Respectfully,

/s/ Solomon M. Radner
Solomon M. Radner