MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Brent Bagliani, Willie Bonds, Michael Fardone, David Goffredi, Marcus O. Hicks, Andre Horsey, Terrance Jackson, Gary M. Lanigan, Linda Linen, Edward Marin, Kevin McNair, Michael Moratelli, Eric Pipitone, Leonard Smith, Luz Torres, Jeannette Valle, and Stephanie Waters*

By:   Andrew C. Matlack
      Deputy Attorney General
      Attorney ID No. 372262021
      (609) 376-2440
      Andrew.Matlack@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| ERIC HINES, | : |
| | HON. NOEL L. HILLMAN, U.S.D.J. |
| Plaintiff, | : HON. MATTHEW J. SKAHILL, U.S.M.J. |
| v. | |
| | : CIVIL DOCKET NO.: 17-02864 |
| GARY M. LANIGAN, et al., | |
| | : **NOTICE OF APPEARANCE** |
| Defendants. | |
| | : |

To:   Clerk of Court
      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets Room 1050
      Camden, NJ 08101

**PLEASE TAKE NOTICE** that Andrew C. Matlack, Deputy Attorney General, is hereby designated as co-counsel, alongside Nicholas A.

1

Falcone, and Marvin L. Freeman, for the above-referenced Defendants; and

**PLEASE TAKE FURTHER NOTICE** that, in addition to Deputy Attorney General Nicholas A. Falcone and Deputy Attorney General Marvin L. Freeman, court notices should be directed to Deputy Attorney General Andrew C. Matlack as follows:

> Andrew C. Matlack, Deputy Attorney General
> Office of the Attorney General, Division of Law
> State Police, Employment and Corrections
> Richard J. Hughes Justice Complex
> 25 Market Street, P.O. Box 112
> Trenton, NJ 08625-0112
> (609) 376-2440
> andrew.matlack@law.njoag.gov

        MATTHEW J. PLATKIN
        Attorney General of New Jersey

By:  s/ Andrew C. Matlack
      Andrew C. Matlack
      Deputy Attorney General

Dated: April 21, 2023